B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

In re  **A. CORDERO BADILLO, INC.**
    **a Corporation**
    **aka SUPERMERCADOS GRANDE**

Case No. *10-*
Chapter *11*

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 1<br>A.E.E.<br>OFICINA GERENTE<br>PO BOX 398<br>Bayamon PR  00960-0398 | Phone: 787-521-4103<br>A.E.E.<br>OFICINA GERENTE<br>PO BOX 398<br>Bayamon PR  00960-0398 | POWER SERVICES | | $ 3,457,239.89 |
| 2<br>PEPSI COLA PR DISTRIBUTING,LLC<br>PO BOX 2600<br>Toa Baja PR  00951-2600 | Phone: 787-251-2000<br>PEPSI COLA PR DISTRIBUTING,LLC<br>PO BOX 2600<br>Toa Baja PR  00951-2600 | INVENTORY PURCHASES AND SUPPLY | C U D | $ 2,618,053.91 |
| 3<br>EMPACADORA HILL BROTHERS<br>PO BOX 31303<br>65TH INF. STATION<br>San Juan PR  00929 | Phone: 787-761-1576<br>EMPACADORA HILL BROTHERS<br>PO BOX 31303<br>65TH INF. STATION<br>San Juan PR  00929 | VEGETABLES & FRUITS INVENTORY | | $ 759,452.67 |
| 4<br>DROGUERIA BETANCES, INC.<br>PO BOX 368<br>Caguas PR  00726-0368 | Phone: 787-746-0951<br>DROGUERIA BETANCES, INC.<br>PO BOX 368<br>Caguas PR  00726-0368 | MEDICAL SUPPLIES AND INVENTORY | | $ 637,181.49 |
| 5<br>TRIPLE-S SALUD<br>PO BOX 71548<br>San Juan PR  00936-8648 | Phone: 787-749-4949<br>TRIPLE-S SALUD<br>PO BOX 71548<br>San Juan PR  00936-8648 | HEALTHCARE INSURANCE PREMIUMS | | $ 579,282.93 |

_____ ,
                        Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 6 <br> DE LA CRUZ & ASSOCIATES <br> PO BOX 11885 <br> San Juan PR 00922-1885 | Phone: 787-792-4141 <br> DE LA CRUZ & ASSOCIATES <br> PO BOX 11885 <br> San Juan PR 00922-1885 | ADVERTISING SERVICES | | $ 472,399.68 |
| 7 <br> V. SUAREZ & CO. INC. <br> PO BOX 364588 <br> San Juan PR 00936-4588 | Phone: 787-792-0735 <br> V. SUAREZ & CO. INC. <br> PO BOX 364588 <br> San Juan PR 00936-4588 | INVENTORY PURCHASES (GROCERY) | | $ 361,674.56 |
| 8 <br> SUIZA DAIRY <br> PO BOX 363207 <br> San Juan PR 00936-3207 | Phone: 809-782-7375 <br> SUIZA DAIRY <br> PO BOX 363207 <br> San Juan PR 00936-3207 | DAIRY INVENTORY PURCHASES | | $ 357,828.61 |
| 9 <br> MMR SUPERMARKETS, INC. <br> C/O ECONO PASTRANA <br> PO BOX 1657 <br> Trujillo Alto PR 00977 | Phone: UNAVAILABLE <br> MMR SUPERMARKETS, INC. <br> PO BOX 1657 <br> Trujillo Alto PR 00977 | HEALTHCARE INSURANCE | | $ 344,290.52 |
| 10 <br> CRIM <br> PO BOX 195387 <br> San Juan PR 00919-5387 | Phone: 787-625-2746 <br> CRIM <br> PO BOX 195387 <br> San Juan PR 00919-5387 | PROPERTY TAXES | | $ 335,230.51 |
| 11 <br> MI PAN ASOCIADOS <br> APARTADO 174 <br> Sabana Seca PR 00952 | Phone: 787-261-4685 <br> MI PAN ASOCIADOS <br> APARTADO 174 <br> Sabana Seca PR 00952 | DELI INVENTORY PURCHASES | | $ 302,342.39 |
| 12 <br> CORP CREDITO/DESARROLLO COMERCIAL Y AGRICOLA PR <br> APARTADO 195009 <br> San Juan PR 00919-5009 | Phone: UNAVAILABLE <br> CORP CREDITO/DESARROLLO COMERCIAL Y AGRICOLA PR <br> APARTADO 195009 <br> San Juan PR 00919-5009 | RENT ARREARS | | $ 267,081.45 |
| 13 <br> KELLOGG'S SNACKS PR <br> PO BOX 50004 <br> San Juan PR 00902-0004 | Phone: 787-273-8888 <br> KELLOGG'S SNACKS PR <br> PO BOX 50004 <br> San Juan PR 00902-0004 | INVENTORY PURCHASES (GROCERY) | | $ 261,733.28 |

**B4 (Official Form 4) (12/07)**

_____ ,
                           Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 14<br>USA WASTE SERVICES, INC.<br>PO BOX 71561<br>San Juan PR 00936-8661 | Phone: 787-852-4444<br>USA WASTE SERVICES, INC.<br>PO BOX 71561<br>San Juan PR 00936-8661 | WASTE DISPOSAL SERVICES | | $ 261,695.05 |
| 15<br>WHITE ROSE, INC.<br>380 MIDDLESEX AVE.<br>Carteret NJ 07008 | Phone: 732-541-5555<br>WHITE ROSE, INC.<br>380 MIDDLESEX AVE.<br>Carteret NJ 07008 | INVENTORY PURCHASES (GROCERY) | | $ 247,687.69 |
| 16<br>KRAFT FOODS PUERTO RICO, LLC<br>CITI VIEW PLAZA<br>48 ROAD 165, STE 412<br>Guaynabo PR 00968-8033 | Phone: 787-620-2525<br>KRAFT FOODS PUERTO RICO, LLC<br>CITI VIEW PLAZA<br>48 ROAD 165, STE 412<br>Guaynabo PR 00968-8033 | DAIRY INVENTORY PURCHASES | | $ 195,687.14 |
| 17<br>BANANERA MONTEBELLO, INC.<br>PO BOX 225<br>Lares PR 00669 | Phone: 787-897-4280<br>BANANERA MONTEBELLO, INC.<br>PO BOX 225<br>Lares PR 00669 | VEGETABLES & FRUITS INVENTORY | | $ 160,652.31 |
| 18<br>BRIDGE SECURITY SERVICES, INC.<br>PO BOX 7485<br>San Juan PR 00916 | Phone: 787-787-7125<br>BRIDGE SECURITY SERVICES, INC.<br>PO BOX 7485<br>San Juan PR 00916 | SECURITY SERVICES | | $ 150,941.20 |
| 19<br>FIDEICOMISO HISPAMER<br>PO BOX 1298<br>Guaynabo PR 00970-1298 | Phone: UNAVAILABLE<br>FIDEICOMISO HISPAMER<br>PO BOX 1298<br>Guaynabo PR 00970-1298 | RENT ARREARS | | $ 146,994.51 |
| 20<br>MARVEL SPECIALTIES, INC.<br>PO BOX 363306<br>San Juan PR 00936-3306 | Phone: 787-754-1825<br>MARVEL SPECIALTIES, INC.<br>PO BOX 363306<br>San Juan PR 00936-3306 | MEAT INVENTORIES PURCHASES | | $ 144,535.98 |

B4 (Official Form 4) (12/07)

_____
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, **YARIMIR RODRIGEZ**_____, **Acting Comptroller** of the **Corporation** named as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that they are true and correct to the best of my knowledge, information and belief.

Date: _____     Signature _____
                     Name: YARIMIR RODRIGEZ
                     Title: Acting Comptroller