# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO

In re A. *CORDERO BADILLO, INC.*,
   a  *Corporation*
   aka *SUPERMERCADOS GRANDE*

Case No. 10-
Chapter 11

_____ / Debtor

Attorney for Debtor:  *CHARLES A.  CUPRILL-HERNANDEZ*

## COVER SHEET FOR LIST OF CREDITORS

I hereby certify under penalty of perjury that the attached list of creditors, which consists of ___59___ pages,

is true, correct and complete to the best of my knowledge.

Date: _____

Debtor

*CHARLES A.  CUPRILL-HERNANDEZ*
*Attorney for the debtor(s)*
*356 FORTALEZA STREET*
*SECOND FLOOR*
*San Juan, PR  00901*

65 RENTAL & SALES CORP
CARR 857 KM 0.0
ESQ. 65TH INFANTERIA
Carolina, PR  00987

ACHA TRADING CO., INC.
PO BOX 9020150
San Juan, PR  00902-0150

ALBA MELENDEZ-A6-D1-DP-257-06
DPTO. TRABAJO REC. HUMANOS
45 C/CRUZ ORTIZ STELLA N. ST.6
Humacao, PR  00791-3751

65TH INFANTERIA SHOPPING
C/O LCDA. MARIA FERNANDA VELEZ
PO BOX 195582
San Juan, PR  00919-5582

ACS COMMUNICATIONS
10 VICTOR SQUARE
Scotts Valley, CA  95066

ALBERTO CULVER PR, INC.
GPO BOX 360366
San Juan, PR  00936-0366

A&H WHOLESALE IMPORTERS
FATIMA #9
PALMAR SUR
Carolina, PR  00979

ACTION COMMUNICATIONS
HC 67  NUM 86
MANSIONES DE SIERRA TAINA
Bayamon, PR  00956

ALEX NAZARIO
CALLE COMERIO #241
BO. MAGINAS
Sabana Grande, PR  00637

A. CORDERO BADILLO, INC.
P.O. BOX 458
Catano, PR  00963

ACTION GROUP CORP.
PO BOX 1325
Saint Just, PR  00978

ALEX RIVERA-A5-D1-DP-234-09
DPTO. TRABAJO Y REC. HUMANOS
PO BOX 488
Caguas, PR  00726-0488

A.E.E.
OFICINA GERENTE
PO BOX 398
Bayamon, PR  00960-0398

ADA RODRIGUEZ
C/O LCDO. EMILIO CANCEL
C/SAN MATEO #1702
San Juan, PR  00912

ALFREDO FORTIER GONZALEZ
C/O LCDO. IVAN R. AYALA
C/CASTILLO 1 ESQ LOLITA TIZOL
Ponce, PR  00730-3824

ABBOTT LABORATORIES PR, INC.
PO BOX 71469
San Juan, PR  00936

ADRIAN RIVERA-A2-D1-DP-49-08
CENTRO GUBERNAMENTAL
372 AVE.JOSE A CEDENO STE 206B
Arecibo, PR  00612-4623

ALFREDO GONZALEZ VICENTE
PO BOX 191312
San Juan, PR  00919-1312

ABNER RODRIGUEZ-A3-D4-DP-58-02
PLAZA BORINQUEN SHOPPING CTR.
2051 CARR. 107 SUITE 11
Aguadilla, PR  00603

ADVANCE CLEANING
PO BOX 4952
Caguas, PR  00726

ALIE SADIE AMAT
C/O LCDA. IRIS Y. TORRENS
PO BOX 223
Puerto Real, PR  00740

ABNER V. RIVERA
C/O LCDO. SAMUEL RODRIGUEZ
APARTADO 493
Mayaguez, PR  00681

AIDA CARRASQUILLO
C/O LCDO. FRANCISCO J. TORRES
PO BOX 874
Caguas, PR  00726-874

ALMA C. ROGERS VARGAS
URB. REPARTO SEVILLA 867
C/PAGANINI
San Juan, PR  00924

AC BRAND DEVELOPMENT, INC.
352 AVE SAN CLAUDIO
PMB 235
San Juan, PR  00926-4117

AIDA RAMIREZ SEIJO
COND. VISTA SERENA EDIF. C-302
Trujillo Alto, PR  00976

ALMACENES CARABALLO, INC.
APARTADO 783
Gurabo, PR  00778

ACCURATE INVENTORY OF PR, INC.
7155 SW 47 STREET
SUITE 311
Miami, FL  33155

AJC INTERNATIONAL WEST
5188 ROSSWELL RD.
Atlanta, GA  30342

ALMACENES PITUSA, INC.
C/O ISRAEL KOPEL AMSTER
CALL BOX 839, HATO REY STATION
San Juan, PR  00919-0839

ALMOKING CORP.
PO BOX 12181
SAN JUAN, PR  00914-2181

ANTILLES BRANDS, INC.
PO BOX 4829
Carolina, PR  00984-3630

B FERNANDEZ & HNOS, INC.
PO BOX 363629
San Juan, PR  00936-3629

AMERICAN PAPER CORP.
PO BOX 3304
San Juan, PR  00936

AQUA-GULF TRANSPORT, INC.
1301 NEWPORT CENTER,DR
Deerfield Beach, FL  33442

BAGCOR, INC.
CALL BOX 7886
SUITE 498
Guaynabo, PR  00970-7886

ANA LUISA LUNA
C/O LCDO. FRANCISCO J. TORRES
PO BOX 874
Caguas, PR  00726-0874

ARECIBO BUILDING CORPORATION
GENERAL PO BOX 362007
San Juan, PR  00936-2007

BALLESTER HNOS., INC.
PO BOX 364548
San Juan, PR  00936-4548

ANA RODRIGUEZ
C/O LCDO. NOEL PACHECO
APARTADO POSTAL 3011
Yauco, PR  00698

ASOCIACION PORNICULTORES
SUROESTE, INC.
HC 02 BOX 11074
San German, PR  00683

BANANERA COSTA SUR
PO BOX 929
Santa Isabel, PR  00757-0929

ANDRES GARCIA
PO BOX 253
Manati, PR  00674

ATUE REAL ESTATE, S.E.
PO BOX 458
Catano, PR  00963

BANANERA MONTEBELLO, INC.
PO BOX 225
Lares, PR  00669

ANGEL COLON
C/O LCDO. LUIS GERVITZ
500 AVE. MUNOZ RIVERA, #220
San Juan, PR  00918

ATUE, S.E.
AVE. PONCE DE LEON #56
BARRIOS SABANA
Catano, PR  00962

BANCO SANTANDER DE PR
ATTN.SR MIGUEL A BERRIOS
CALLE BARCELO #60
Barranquitas, PR  00794

ANGEL VARGAS A4-D1-DP-38(06)
DPTO. TRABAJO Y REC. HUMANOS
60 C/PUERTO VIEJO, PLAYA
Ponce, PR  00716

AURORA PEREZ LUGO
C/O LCDO. ALEXIS I. AVILES
CALLE O' NEIL 169
San Juan, PR  00918

BBVA
PO BOX 191759
San Juan, PR  00919-1759

ANGELA ROSARIO MARINEZ
C/O LCDO. LUIS R. TOUS
602 AVE. MUNOZ RIVERA STE. 506
San Juan, PR  00918

AUTORIDAD DE ACUEDUCTOS
Y ALCANTARILLADOS
PO BOX 70101
San Juan, PR  00936-8101

BERNS & KOPPSTEIN
17 BATTERY PLACE
SUITE 636
New York, NY  10004

ANGELICA ROBLES
C/O LCDO. LUIS CABRERA
PO BOX 6648
Caguas, PR  00726-6648

AXESA SERVICIOS DE INFORMACION
PUERTO RICO, INC. S EN C
PO BOX 191225
San Juan, PR  00919-1225

BERTHA JOSE GUERRERO
C/O LCDO. HECTOR OLAN
PO BOX 7312
San Juan, PR  00916

ANT SINGS
PO BOX 361666
San Juan, PR  00936-1666

AZAHAR DE LA BALEAR, INC.
PMB#56
19-22 AVE RAMREZ DE ARELLANO
Guaynabo, PR  00966

BLENDS MAKER, MFG., INC.
PO BOX 4985
PMB 274
Caguas, PR  00726-4985

BOQUERON ICE PLANT
HC 01  BOX 39310
LAS DELICIAS
Cabo Rojo, PR  00623

BYRON PIKE NURSERY
PO BOX 516
Sabana Hoyos, PR  00688

CARIBBEAN INTERNET
PO BOX 11278
San Juan, PR  00910

BORINQUEN BISCUIT CORP.
PO BOX 5644
Yauco, PR  00698

C.I. COPRUCOL LTDA.
CALLE 105 # 14-130
BODEGAS BARLOVENTO
PEREIRA, RISARALDA  COLOMBIA

CARIBBEAN MANAGEMENT, LLC
8167 NW 84TH
STREET MEDLEY
Miami, FL  33166

BORINQUEN FOOD PRODUCTS
PO BOX 6330
Bayamon, PR  00960

C.K.S. PLUMBER DIV.
PO BOX 1868
Trujillo Alto, PR  00977-1868

CARIBBEAN SHIPPING SERVICES
C/O JAMES L. NIPPER, ESQ.
SUITE C-6, 200 W. FORSYTH ST.
Jacksonville, FL  32202

BORSCHOW HOSPITAL & MEDICAL
C/O JUAN ACEITUNO
PO BOX 366211
San Juan, PR  00936-6211

MMR SUPERMARKETS, INC.
PO BOX 1657
Trujillo Alto, PR  00977

CARIBE WHOLESALE FLORIST
PO BOX 12372
San Juan, PR  00914-0372

BPP RETAIL PROPERTIES, LLC
C/O LCDO. FERNANDO GIERBOLINI
PO BOX 194089
San Juan, PR  00919

CADBURY ADAMS PUERTO RICO
C/O PFIZER CARIBBEAN
PO BOX 363168
San Juan, PR  00936-3168

CARIDAD SANCHEZ SEVILLANO
C/O LCDA. KARIN VALLE
PO BOX 9024055
San Juan, PR  00902-4055

BPPR (WESTERNBANK)
PO BOX B62708
San Juan, PR  00936-2708

CAFE LAS MARIAS, INC.
PO BOX 627
Las Marias, PR  00670

CARLOS A. FIGUEROA
CALLE 5 #28
URB. VILLA SONADA
San Juan, PR  00916

BRENDA E. RAMOS
C/O BUFETE CASTRO-PEREZ
APARTADO 227
Yabucoa, PR  00767

CAFE RICO, INC.
PO BOX 400
Caguas, PR  00726-0400

CARLOS FONT CASTRO
C/O GUILLERMO J. RAMOS
PO BOX 22763
San Juan, PR  00931-2763

BRIDGE SECURITY SERVICES, INC.
PO BOX 7485
San Juan, PR  00916

CALI NURSERIES
PMB 318 HC-72
BOX 3766
Naranjito, PR  00719

CARLOS J. QUINONES
C/O LCDO. JOSE R. OLLER
CARR.167, MARGINAL B-4
Bayamon, PR  00959

BRISAS DEL CARIBE CORP.
MINILLAS IND PARK
317 CALLE D  SUITE 10
Bayamon, PR  00959-1906

CAMEN I. SUAREZ
C/O LCDA. KEYLLA BAEZ
LLANOS DE GURABO #150
Gurabo, PR  00778

CARLOS LOPEZ-A5-D2-DP-68-06
DPTO. TRABAJO Y REC. HUMANOS
PO BOX 370535
Cayey, PR  00737-0535

BUMBLE BEE FOODS, LLC
C/O LCDO. CHARLES BIMBELA
PO BOX 363507
San Juan, PR  00936-3507

CARDTRONICS USA, INC.
3250 BRIARPARK DRIVE
SUITE 400
Houston, TX  77042

CARLOS R. OLMO
C-13  CALLE #2
URB COLINAS VERDES
San Juan, PR  00924

CARLOS ROSADO
C/O LCDO. MIGUEL CINTRON
MSC 789, 138 AVE. W. CHURCHILL
San Juan, PR  00926-6023

CAROLINA SHOPPING COURT, INC.
C/O LCDO. ALBERTO C. RODRIGUEZ
33 C/RESOLUCION, STE. 805
San Juan, PR  00920-2717

CITIBANK, N.A.
270 AVE. MUNOZ RIVERA
4th FLOOR
San Juan, PR  00918


CARMELO ALICEA OTERO
C/O LCDO. RAFAEL SANTOS
1474 AVE. ASHFORD, ST. 100
San Juan, PR  00907-1559

CAROLINA SHOPPING COURT, INC.
PO BOX 29112
65TH INFANTERIA STATION
San Juan, PR  00929

CLARY CORP OF PR, INC.
PO BOX 9752
SANTURCE STATION
San Juan, PR  00908


CARMEN D. GERENA
PRODUCTOS MAMA DELIA
PO BOX 147
Angeles, PR  00611

CARRIER DE P.R.
PO BOX 9357
San Juan, PR  00908

CLIFFSTAR CORPORATION
PO BOX 532099
Atlanta, GA  30353-2099


CARMEN GLORIA ROSARIO
C/O LCDO. SEGISMUNDO LOPEZ
#106 C/ENRIQUE VAZQUEZ BAEZ
Mayaguez, PR  00680

CEDELIA CASANOVA RODRIGUEZ
C/O LCDO. LUIS E. GERVITZ
500 AVE. MUNOZ RIVERA, STE.220
San Juan, PR  00918

COCA COLA PR BOTTLERS
PO BOX 51985
Toa Baja, PR  00950-1985


CARMEN L. RIVERA
C/O LCDO. GABRIEL RUBIO
PO BOX 9436, COTTO STATION
Arecibo, PR  00613

CENTENNIAL DE PR
PO BOX 71333
San Juan, PR  00936-8433

COINSTAR, INC.
1800 114th AVE.. S.E.
Bellevue, WA  98004


CARMEN ORTIZ ROSARIO
C/O LCDA. EDA L. ORTIZ
PO BOX 1309
Guaynabo, PR  00970-1309

CENTRAL PRODUCE
EL JIBARITO INC
PO BOX 11909
San Juan, PR  00922

COLGATE PALMOLIVE
PO BOX 90215074
San Juan, PR  00902


CARMEN SANTINI
C/O LCDO.JUAN H. SERRANO
PO BOX 331445
Ponce, PR  00733-1445

C-G PRINTING
CALL BOX 30000
SUITE 566
Canovanas, PR  00729

COLOMBINA DE PUERTO RICO
METRO OFFICE PARK
CALLE 1 EDIF 7 SUITE 202
Guaynabo, PR  00968


CARMEN SERRANO
C/O LCDA. MADELINE VELEZ
PO BOX 379
San Lorenzo, PR  00754

CHARLES A. CUPRILL-HERNANDEZ
356 FORTALEZA STREET
SECOND FLOOR
San Juan, PR  00901

COLOMER & SUAREZ
PO BOX 11351
CAPARRA HEIGHT STATION
San Juan, PR  00922


CARMEN Y. VELEZ
C/O LCDA. ROSA CRUZ
PO BOX 365028
San Juan, PR  00936-5028

CHICKEN OF THE SEA
PO BOX 91943
Chicago, IL  60693

COMMERCIAL CENTERS MANAGEMENT
C/O REAL INVESTMENT, S.E.
GENERAL POST OFFICE 362983
San Juan, PR  00936


CARMEN YOLANDA REYES
C/O LCDO. JOSE A. CARLO
1056 AVE. MUNOZ RIVERA STE.508
San Juan, PR  00927

CHOICE BOOKS
PO BOX 4080
Manassas, VA  20108

COMPAÑIA DE COMERCIO
Y EXPORTACION DE PUERTO RICO
PO BOX 195009
San Juan, PR  00919-5009

CONCEPCION CONCERPCION
C/O LCDA. ANGELA OQUENDO
PO BOX 142082
Arecibo, PR  00614-2082

CRIM
PO BOX 195387
San Juan, PR  00919-5387

DE LA CRUZ & ASSOCIATES
PO BOX 11885
San Juan, PR  00922-1885

CONNECTING HOME AND BUSINESS
C/O ALEJANDRO CARELA GONZALEZ
1124 AVE. JESUS T. PINERO
San Juan, PR  00929

CRISTALERIA AMERICANA
PO BOX 8925
Bayamon, PR  00960

DEL NORTE DISTRIBUTOR
PO BOX 4189
Bayamon, PR  00958

COOPERATIVA AGRO COMERCIAL
PO BOX 9020331
San Juan, PR  00902-0331

CRISTALIA PR
PO BOX 815002
Carolina, PR  00981-5002

DELCA DISTRIBUTORS, INC.
PO BOX 10128
CAPARRA HEIGHTS STA.
San Juan, PR  00922

CORDIALSA BORICUA
PO BOX 9021741
San Juan, PR  00902-1741

CRISTINA SEVERINO
C/O LCDO. DOMINGO BONILLA
C/MAYAGUEZ NO.136 SUITE 103
San Juan, PR  00917

DELTA PACKAGING CO.
PO BOX 1831
Carolina, PR  00984

CORP CREDITO/DESARROLLO
COMERCIAL Y AGRICOLA PR
APARTADO 195009
San Juan, PR  00919-5009

CROWLEY AMERICAN TRANSPORT
PO BOX 9023921
San Juan, PR  00902-3291

DENISE MOLINA-A5-D3-BN-19-09
DPTO. TRABAJO Y REC. HUMANOS
PO BOX 488
Caguas, PR  00726-0488

CORPORACION FONDO DEL SEGURO
PO BOX 365028
San Juan, PR  00936-5028

DARVIN ROMAN-uadau10-087c
C/O DPTO.TRABAJO REC. HUMANOS
PO BOX 195540
San Juan, PR  00919-5540

DEPARTAMENTO DE AGRICULTURA
OFIC DE FINANZAS/ATTN SRA RODZ
PO BOX 10163
San Juan, PR  00908-1163

CORPORACION PIPASA
APARTADO 22-4005 BELEN HEREDIA
LA RIBERA DE BELEN
   COSTA RICA

DAVID ALVAREZ
C/O LCDO. ANGEL JUARBE
APARTADO 1907
Utuado, PR  00641-1907

DESTILERIA SERRALLES, INC.
PO BOX 198
Mercedita, PR  00715

CORPORACION PIPASA
C/O LCDO. RAUL GONZALEZ
33 BOLIVIA ST., SUITE 701
San Juan, PR  00917

DAVID LOPEZ
C/O LCDO. DAVID F. CASTILLO
1506 PASEO FAGOT STE. 3
Ponce, PR  00716-2302

DIANA I. PEDROGO-A4-D2-DP-119
DPTO. TRABAJO Y REC. HUMANOS
60 C/ PUERTO VIEJO PLAYA
Caguas, PR  00726

CORTINAS VALERO, INC.
C/O LCDO. GARRY M. JONES
PO BOX 209
Carolina, PR  00986

DAVID RIVERA ALVAREZ/FINCA
URB. VISTA AZUL
CALLE 20 Q22
Arecibo, PR  00612

DISTRIBUIDORA MANI GERARDO
PO BOX 363
Moca, PR  00676-0363

CRESPO ICE PLANTS
CALLE CANADA 1173
San Juan, PR  00901

DAWN FOODS INTERNATIONAL, INC.
PO BOX 12002
San Juan, PR  00922-2002

DISTRIBUTION INTEGRATED
PO BOX 9066544
San Juan, PR  00906-6544

DIVISION DE RENTAS
MUNICIPIO AUTONOMO DE CAGUAS
PO BOX 907
Caguas, PR  00726-907

EDMUNDO B. FERNANDEZ
APARTADO 368
Bayamon, PR  00960-0368

EMDEON
12016 COLLECTIONS CENTER DRIVE
Chicago, IL  60693

DOBLE E-E DISTRIBUTORS
PO BOX 43002 SUITE 377
ALTURAS STATION
Rio Grande, PR  00745

EFRAIN NUNEZ, INC.
PO BOX 191478
San Juan, PR  00919-1478

EMMANUEL TORIBIO
DPTO. TRABAJO Y REC. HUMANOS
PO BOX 21361
San Juan, PR  00928-1361

DORADO ICE & WATER PLANT
425 CARRETERA 693
PMB 227
Dorado, PR  00646

EL TACONAZO, INC.
F-41 CALLE MARACAIBO
URB PARK GARDENS
San Juan, PR  00926

EMPACADORA AVICOLA
PO BOX 3010
Mayaguez, PR  00681

DRIVE IN CENTER, S.E.
C/O LCDA. BEATRIZ M. RAMIREZ
239 AVE.ARTERIAL HOSTOS#1104
San Juan, PR  00918

ELADIO URBINA RODRIGUEZ
C/O LCDO. VICTOR RAMOS
PO BOX 9465
Carolina, PR  00988-9465

EMPACADORA EL GRANJERO
PO BOX 80273
Corozal, PR  00783-8273

DROGUERIA BETANCES, INC.
PO BOX 368
Caguas, PR  00726-0368

ELECTRO SIGNS
PO BOX 944
Sabana Seca, PR  00952

EMPACADORA HILL BROTHERS
PO BOX 31303
65TH INF. STATION
San Juan, PR  00929

DROGUERIA BORSCHOW
PO BOX 366211
GENERAL POST OFFICE
San Juan, PR  00936-6211

ELIAS VELAZQUEZ BAEZ
URB. VERDE MAR 16 #521
PUNTA SANTIAGO
Punta Santiago, PR  00741

EMPRESAS AGRICOLAS DE P.R.
PO BOX 1950
Caguas, PR  00726-1950

E. FRANCO & CO., INC.
PO BOX 3046
Mayaguez, PR  00681

ELMEC INDUSTRIES INC.
PO  BOX 3509
Mayaguez, PR  00681

EMPRESAS BARSAM
PO BOX 6969
SANTA ROSA - UNIT
Bayamon, PR  00960

ECOLAB, INC.
CALL BOX 60-7086
Bayamon, PR  00960

ELMEC INDUSTRIES, INC.
C/O LCDO. JUAN M. APONTE
5 LA CRUZ
Juana Diaz, PR  00795

EMPRESAS DE GAS CO., INC .
PO BOX 1025
Sabana Seca, PR  00952-1230

ED FITZER & CO.
1001 N.W.  62ND ST
SUITE 309
Fort Lauderdale, FL  33309

EMANUEL JIMENEZ TOSADO
PO BOX 39
Quebradillas, PR  00678

EMPRESAS LA FAMOSA, INC.
PO BOX 51968
Toa Baja, PR  00950-1968

EDEN MANUFACTURING, INC.
ESPECIAS DOBLE ''AA''
PMB 407- 2135 CARR #2, STE.15
Bayamon, PR  00959-5259

EMBUTIDOS TIO FELIPE
PO BOX 930 0687
San Juan, PR  00930

EMPRESAS MASSO
APARTADO 446
Caguas, PR  00726

EMPRESAS Y-NUINA, INC.
PO BOX 1661
Canovanas, PR  00729-1661

EURO CARIBE PACKING CO, INC.
PO BOX 4435
Vega Baja, PR  00694-4435

FAST CONTRACTORS & PLUMBING
PO BOX 4407
Carolina, PR  00984

ERASMO RODRIGUEZ
C/O LCDO. MIGUEL A. RIVERA
RR-3 BOX 3724
San Juan, PR  00926

EVA FELIX RODRIGUEZ
C/O LCDO FEDERICO ALBANDOZ
C/CARMEN HERNANDEZ 927
San Juan, PR  00924

FEDERAL EXPRESS CORP.
PO BOX 371461
Pittsburgh, PA  15250-7461

ERx NETWORK
12016 COLLECTIONS CENTER DRIVE
Chicago, IL  60693

EVANGER'S DOG & CAT FOOD CO.
221 WHEELING RD
Wheeling, IL  60090

FERNANDEZ COLLINS & RIVERO
PO BOX 9023905
San Juan, PR  00902-3905

ESB PUERTO RICO CORP.
PO BOX 4825
Carolina, PR  00984-4825

EVELYN DELANNOY
C/O LCDO. IVAN MONTALVO
108 C/ LUIS MUNOZ RIVERA SUR
Cayey, PR  00736

FERNANDO SANTIAGO
C/O LCDO. ARIEL IRIZARRY
PO BOX 5399
Yauco, PR  00698-5399

ESPERANZA RODRIGUEZ RIVERA
URB LAS AGUILAS
CALLE 6 G-1
Coamo, PR  00769

EVELYN MONTANEZ-A5-D2-DP-38-08
DPTO. TRABAJO Y REC. HUMANOS
PO BOX 488
Caguas, PR  00726-0488

FERRERO CARIBE
PO BOX 11854
San Juan, PR  00922-1854

ESTHER CAMPOS
URB. VILLA ANDALUCIA
ELCHE J-51
San Juan, PR  00926

EXPRESS METRIX
200 FIRST AVENUE WEST
SUITE 205
Seattle, WA  98119

FF COMPUTER SUPPLIES CORP.
PO BOX 195373
San Juan, PR  00919-5373

ESTRELLA FOOD PRODUCTS, INC.
325 CALLE D  SUITE #2
MINILLAS IND PARK
Bayamon, PR  00959-1906

F. CARRO PROPERTIES, INC.
MANSIONES DE VILLANOVA
CALLE C-E1-16
San Juan, PR  00926

FIDA/OMMI
PO BOX 9200
San Juan, PR  00908-0200

ESTRELLITA ZABALETA
C/O LCDA. NANCY RODRIGUEZ
PO BOX 51107
Toa Baja, PR  00950-1107

F.C. PUJALS & BROS., INC.
PO BOX 364245
San Juan, PR  00936-4245

FIDEICOMISO HISPAMER
PO BOX 1298
Guaynabo, PR  00970-1298

EUGENIO RIVERA CASTRO
C/O LCDO. ANTONIO ORTIZ
4 C/MADURO N.
Coamo, PR  00769

F.E. RODRIGUEZ ROMAN, INC.
PO BOX 1348
Utuado, PR  00641

FINCA MONTEVERDE
CONDOMINIO TROPICANA
APARTADO A-1207
Carolina, PR  00979

EUGENIO SILVESTRINI
CALLE B NO 13
URB. RAMANI GARDENS
San Juan, PR  00926

FABRICA DULCES LA FE
HC-01 BOX 20719
Caguas, PR  00725-9305

FIRE CONTROL CORP.
PO BOX 192076
San Juan, PR  00919-2076

FIREMAN'S FUND INSURANCE CO
C/O MARSH SALDANA, INC.
PO BOX 9023549
San Juan, PR  00902-3549

GARRIDO & CO., INC.
PO BOX 70220
San Juan, PR  00936-9330

GM SECURITY TECHNOLOGIES
PO BOX 365051
San Juan, PR  00936-5051

FLORES & SERVICIOS
212 CALLE DEL PARQUE
San Juan, PR  00912

GAS REPAIR EQUIPMENT
CALLE 7 NE #332
PUERTO NUEVO
San Juan, PR  00920

GOBIERNO MUNICIPAL AUTONOMO
CAROLINA
PO BOX 8
Carolina, PR  00986-0008

FORSA EDITORES
PO BOX 11249
San Juan, PR  00922-1249

GENERAL CANDY IMPORTS
PO BOX 9418
Caguas, PR  00726-9418

GOBIERNO MUNICIPAL DE ARECIBO
APARTADO 1086
Arecibo, PR  00613-1086

FR CLEANING CONTRACTOR
PO BOX 2186
Guayama, PR  00785

GENERAL WHOLESALERS, INC.
PO BOX 1739
Trujillo Alto, PR  00977

GOBIERNO MUNICIPAL DE COAMO
PO BOX 516
Coamo, PR  00769-0516

FRANK CANEPA, JR.
PO BOX 6649
San Juan, PR  00914-6649

GESCO ALARM SYSTEMS
PO BOX 2110
Bayamon, PR  00960

GOBIERNO MUNICIPAL DE OROCOVIS
PO BOX 2106
Orocovis, PR  00720

FRIEND SMITH & CO.
PO BOX 366206
San Juan, PR  00936-6206

GILBERTO MARRERO-A7-D2DP-95-07
DPTO. TRABAJO Y REC. HUMANOS
PO BOX 239
Carolina, PR  00986

GOBIERNO MUNICIPAL DE SALINAS
DEPARTAMENTO DE FINANZAS
APARTADO 1149
Salinas, PR  00751

FRITO-LAY CARIBBEAN
GPO BOX 70276
San Juan, PR  00936

GIS OF PUERTO RICO, INC.
2000 CARR. 8177, SUITE 26
PO BOX 207
Guaynabo, PR  00966-3762

GOLDENWHIPP DISTRIBUTOR
PMB 138
AVE ESMERALDA #405
Guaynabo, PR  00969

FRUTERRY BARN
18 CALLE GUAYAMA SUITE 1
San Juan, PR  00917

GLAXO SMITHKLINE
PO BOX 71591
San Juan, PR  00936-8691

GONZALEZ TRADING
PO BOX 364884
San Juan, PR  00936-4884

FUSION WORKS, INC.
#120 AVE CONDADO
PICO CENTER SUITE 102
San Juan, PR  00907-2755

GLOBAL BAKERY CORP.
PO BOX 244
Puerto Real, PR  00740-0244

GRAINGER CARIBE, INC.
105 AVE CONQUISTADORES
Catano, PR  00962

GARAGE ISLA VERDE, INC.
AVE BALDORIOTY DE CASTRO
KM 10.3 MARGINAL RR #1 BOX 29
Carolina, PR  00979

GLORIA DELGADO
C/O LCDA. EVELYN SANTIAGO
PO BOX 30744
San Juan, PR  00929-1744

GRAND AUTO PART
PO BOX 192244
San Juan, PR  00919-2244

GRANIX ARGENTINA FOOD
WACHOVIA BANK N.A. ATN:FL 8044
PO BOX 522817
Miami, FL  33152-2817

GRANOSA CORPORATION
PO BOX 11433
San Juan, PR  00922

GREAT CARIBBEAN INVESTMENTS
C/O LCDO. CARLOS QUILICHINI
PO BOX 9020895
San Juan, PR  00902-0895

GUIA ACTUALIZADA
HC 4 BOX 42767
Aguadilla, PR  00603

GUILLERMO FONSECA
C/O LCDO. FREDESWIN PEREZ
PARAISO D GURABO 32 SOL D LUNA
Gurabo, PR  00778-3741

HACIENDA CENTRAL
HC-20 BOX 10715
Juncos, PR  00777

HARRY CLAUDIO-A8-D1-DP-0529-07
DPTO. TRABAJO Y REC. HUMANOS
APARATADO 1057
Bayamon, PR  00960

HECTOR LOPEZ
C/O LCDO. HECTOR A. CORTES
PO BOX 896
Arecibo, PR  00613

HECTOR RIOS
501 GUANILLA ST
BOX 5
San Juan, PR  00923

HERBA PUERTO RICO, LLC
PMB 139
PO BOX 194000
San Juan, PR  00919-4000

HILDA SOTO
C/O LCDO. CARLOS VICKY MORELL
APARTADO 8247
Caguas, PR  00726

HILEX POLY CO., LLC
PO BOX 63347
Charlotte, NC  28263-3347

HIRAM ROJAS
PO BOX 195
Garrochales, PR  00652

HOBART SALES & SERVICE
PO BOX 11912
CAPARRA HEIGHTS
San Juan, PR  00922

HORIZON LINES, LLC
GPO BOX 3671345
San Juan, PR  00936

I. REMBALSKY, INC.
PO BOX 9567
San Juan, PR  00908

INCOMM
111 CARR.#2 KM 7.4, SUITE 201
Guaynabo, PR  00966

INDUSTRIA LECHERA DE PR, INC.
C/O LCDA. VANESSA MEDINA
PO BOX 190095
San Juan, PR  00919-0095

INFOMAX CORPORATION
AVE. PINERO #299
San Juan, PR  00927

IN-MAR TRADING, INC.
PO BOX 51486
Toa Baja, PR  00950

INOVIS, INC.
PO BOX 198145
Atlanta, GA  30384-8145

INSULAR TRADING CO., INC.
PO BOX 3069
Vega Alta, PR  00692

INTEGRAND ASSURANCE COMPANY
PO BOX 70128
San Juan, PR  00936-8128

INTER STRAP PACKAGING
PO BOX 12367
LOIZA STREET STATION
San Juan, PR  00914-0372

INTERNATIONAL GROCERY
DISTRIBUTORS
PO BOX 364564
San Juan, PR  00936-4564

INTER-WORLD CUSTOM BROKER
PO BOX 9023568
San Juan, PR  00902-3568

INT'L. SAFE DEPOSIT & COURIER
COURIER SERVICES, CORP.
B-5 C/TABONUCO, #216 PMB 353
Guaynabo, PR  00968

INT'L.TRANSPORT LOGISTICS,INC.
9485 REGENCY SQUARE BOULEVARD
SUITE 415
Jacksonville, FL  32225

INVATRON SYSTEMS CORP.
5710 TIMBERLEA BLVD
SUITE 201
Mississauga, Ontario  L4W 1W4

IRENE COLON MARTINEZ
C/O LCDO. LUIS G. CABRERA
PO BOX 6648
Caguas, PR  00726-6648

IRMA ALVARADO
C/O LCDA. GLORIA E. BORGES
PO BOX 3000 SUITE 323
Coamo, PR  00769

JANICE SOLER
C/O LCDO. MILTON J. GARCIA
PO BOX 1077
Manati, PR  00674

JOSE A. VEGA
C/O LCDO. DAVID F. CASTILLO
1506 PASEO FAGOT STE.3
Ponce, PR  00716-2302

ISRAEL DIAZ-A5-D1-DP-218-06
DPTO. TRABAJO Y REC. HUMANOS
PO BOX 488
Caguas, PR  00726-0488

JB READ MARKETING, INC.
ALOSAN DISTRIBUTORS
PO BOX 1026
Guaynabo, PR  00970-1026

JOSE CRUZ RENTAS
C/O LCDO. JOHN DONATO
PO BOX 364522
San Juan, PR  00936-4522

ITF FINANCIAL LICENSES, INC.
INCOMM
1800 114th AVE. S.E.
Bellevue, WA  98004

JD REPAIR SERVICES
PMB 2510  BOX 14
Trujillo Alto, PR  00977

JOSE CRUZ-A5-D1-DP-29-08
DPTO. TRABAJO Y REC. HUMANOS
PO BOX 488
Caguas, PR  00726-0488

ITG
PO BOX 365024
San Juan, PR  00936-5024

J-G CORP.
AVE JESUS T PINERO 1745
San Juan, PR  00920

JOSE L. RODRIGUEZ
HC 04  BOX 41759
Mayaguez, PR  00680

IVAN GONZALEZ
C/O LCDO. FELIX A. VILLANUEA
HC-59 BOX 5260
Aguada, PR  00602

JOEL RIVERA-A5-D1-DP-249-06
DPTO. TRABAJO Y REC. HUMANOS
PO BOX 488
Caguas, PR  00726-0488

JOSE MALGOR & CO., INC.
PO BOX 9021904
San Juan, PR  00902-1904

IVETTE OCASIO
C/O LCDO. ERIC M. PAGAN
AVE. LAUREL AQ-26,STA. JUANITA
Bayamon, PR  00956

JOHANNA SEPULVEDA-uada60256cm
C/O DPTO.TRABAJO REC. HUMANOS
EDIF. 828 AVE HOSTOS, STE.301
Mayaguez, PR  00682-1536

JOSE MIGUEL
C/O LCDO. ARIEL IRIZARRY
PO BOX 5399
Yauco, PR  00698-5399

J.J.J. RANCH
PO BOX 161
San Lorenzo, PR  00754

JOHNSON & JOHNSON H.S.A.
PO BOX 71463
Catano, PR  00963-8563

JOSE SANTIAGO, INC.
PO BOX 191795
San Juan, PR  00919-1795

J.N. REFRIGERATION COMERCIAL
CALLE AMAPOLA S-47
URB. LOMAS VERDES
Bayamon, PR  00960

JOHNSON CONTROLS OF PR
PO BOX 3419
Carolina, PR  00984-3419

JOSE VIDAL-A5-D1-DP-137-09
DPTO. TRABAJO Y REC. HUMANOS
PO BOX 488
Caguas, PR  00726-0488

JACKELINE RODRIGUEZ
C/O LCDO. ALVING RIVERA
AVE. MUNOZ RIVERA #83
Santa Isabel, PR  00757

JORGE DAVID GONZALEZ
C/O LCDO. JOSE PORBEN
PO BOX 364624
San Juan, PR  00936-4624

JOSEFINA GOMEZ CARRION
C/O LCDO. JOSE R. TORRES
PASEO DEGETAU, APT. 1802
Caguas, PR  00727

JANET LUZ KENNELL
C/O LCDA. GLORIA BORGES
PO BOX 3000 SUITE 323
Coamo, PR  00769

JORIMAR VELEZ TORRES
EXT. VILLA MILAGROS
C/RENE ALFONSO #38
Yauco, PR  00698

JR HIDROPONICO MAYAGUESANO
PO BOX 7999
PMB 1125
Mayaguez, PR  00680

JRH INTERNATIONAL
PO BOX 194546
San Juan, PR  00919-4546

K. TORO GARRATON, INC.
PO BOX 8629
San Juan, PR  00910

L.C. DISTRIBUTORS, INC.
PO BOX 361709
San Juan, PR  00936


JUAN CALVENTE-uadau10-468c
C/O DPTO.TRABAJO REC. HUMANOS
PO BOX 195540
San Juan, PR  00919-5540

KAREN ENID RIVERA
C/O LCDA. MARIA ELSA SANCHEZ
PO BOX 1393
Yauco, PR  00698-1393

LA CASA DE LOS TORNILLOS
PO BOX 365047
San Juan, PR  00936-5047


JUAN M. ALONSO
C/O LCDO. JOHN CRUZ
PMB 229,1507 AVE.PONCE DE LEON
San Juan, PR  00909

KARLA VICENCIO
C/O LCDO. HECTOR SANTIAGO
C/ESTEBAN PADILLA 60-E ALTOS
Bayamon, PR  00959

LA MONTANA
PO BOX 909
Saint Just, PR  00978


JUAN PAGAN
URB LUCHETTI
CALLE I  E-I
Yauco, PR  00698

KATIRIA REYES-A1 DI DP 0272 07
C/O DPTO. TRABAJO REC. HUMANOS
PO BOX 21361
San Juan, PR  00928-1361

LA OROCOVENA BISCUIT
C/O ROBERTO BERRIOS
PO BOX 2150
Orocovis, PR  00720


JUAN VELAZQUEZ
C/O LCDA. MERCEDES M. REYES
762 AVE. SAN PATRICIO
San Juan, PR  00921

KELLOGG'S SNACKS PR
PO BOX 50004
San Juan, PR  00902-0004

LAILA SHWAIKI DIAZ
C/O LCDO. JUAN M. FRONTERA
239 AVE. ARTERIAL HOSTOS #305
San Juan, PR  00918-1476


JUANITA TORRES-uadau10-196c
C/O DPTO.TRABAJO REC. HUMANOS
PO BOX 195540
San Juan, PR  00919-5540

KEY CARGO MARINE, INC.
1301 NEWPORT CENTER DR
Deerfield Beach, FL  33442

LAS FLORES ICE PLANT
SECTOR LAS FLORES #55
Rio Grande, PR  00745


JUAR-GON, CORP.
C/O LCDO. RICARDO M. GONZALEZ
PO BOX 194948
San Juan, PR  00919-4948

KIMBERLY -CLARK DE PR, INC.
PO BOX 71453
San Juan, PR  00936-8553

LAS MARIAS FARM CORP.
C/O LCDO. CARLOS HERNANDEZ
PO BOX 5000, STE. 694
Aguada, PR  00602


JUDITH PIZARRO ALLENDE
C/O LCDA. EVELYN MARQUEZ
PO BOX 810386
Carolina, PR  00981-0386

KJ REFRIGERATION & AIR
PMB 182-200
AVE RAFAEL CORDERO SUITE 140
Caguas, PR  00725

LASER PRODUCTS, INC.
PO BOX 1723
Juncos, PR  00777


JULIA VALLES DEL RIO
C/O LCDO. ANGEL L. DIAZ
APARTADO 5159
Caguas, PR  00726

KMART CORPORATION
3100 WEST BIG BEAVER RD.
Troy, MI  48084

LAUREL COMPANY
FRANCISCO ZUNIGA 1952
URB. FAIRVIEW
San Juan, PR  00926


JUSTO SOTOMAYOR & CIA
PO BOX 36387
San Juan, PR  00936

KRAFT FOODS PUERTO RICO, LLC
CITI VIEW PLAZA
48 ROAD 165,STE 412
Guaynabo, PR  00968-8033

LCDA. CARMEN E RAMOS GONZALEZ
PO BOX 5456
Caguas, PR  00726-5456

```
LCDA. GLORIA BORGES VALERO        LIBERTY MUTUAL INSURANCE CO      LOS GENUINOS
PO BOX 3000                       55 WATER ST., 18th FL.          CALLE COMERIO #454
SUITE 323                         New York, NY  10041             Bayamon, PR  00959-5459
Coamo, PR  00769


LCDO. FERNANDO L. RODRIGUEZ       LIDESTRI FOODS, INC.            LOS MUCHACHOS BAKERY
PO BOX 1291                       815 WEST WHITNEY ROAD           PO BOX 7225
San Lorenzo, PR  00754            Fairport, NY  14450-1030        Ponce, PR  00732-7225


LCDO. FRANCISCO J. TORRES DIAZ    LIDIAGRAMA                      LUIS A. FRANCO-A4-D2-DP-121 05
PO BOX 874                        PO BOX 2407                     DPTO. TRABAJO Y REC. HUMANOS
Caguas, PR  00726-0874            Vega Baja, PR  00694            60 C/PUERTO VIEJO, PLAYA
                                                                  Ponce, PR  00716


LCDO. PEDRO MAYSONET              LIFT TRUCKS & PARTS, INC.       LUIS A. MATEO
AVE. BARBOSA #115 ALTO            PO BOX 6779                     C/O LCDA. NORMA I. PASSALACQUA
Catano, PR  00962                 Caguas, PR  00726-6779          C/OBISPO SALAMANCA #1-A
                                                                  Coamo, PR  00769


LCDO. SAMUEL D. COLON ANAYA       LIGHT GAS CORP.                 LUIS COTTO HERNANDEZ
AVE BETANCES D-11                 PO BOX 1155                     C/O LCDO. HERIBERTO MARTINEZ
HERMANAS DAVILA                   Salinas, PR  00751              PO BOX 22
Bayamon, PR  00959                                                Caguas, PR  00726


LE NATURAL, INC.                  LIGHTMASTER COMPANY             LUIS GARRATON, INC.
PMB DPT. 388 HC-01                PO BOX 4529                     GPO BOX 2984
BOX 29030                         Carolina, PR  00984-4529        San Juan, PR  00936
Caguas, PR  00725-8900


LEGNA SERRANO                     LILLIAM ROJAS CRUZADO           LUZ C. AQUINO
C/O LCDO. LUIS GERVITZ            C/O LCDO. RAMON ENRIQUEZ        C/O LCDO. JORGE R. DIAZ
500 AVE. MUNOZ RIVERA, ST.220     PO BOX 9024226                  ROLLING HILLS F-222 C/E.U.
San Juan, PR  00918               San Juan, PR  00902-4226        Carolina, PR  00987


LENNICK BERMUDEZ                  LIONEL ZANABRIA                 LUZ ENEIDA NIEVES
C/O LCDA. MADY MUNOZ              C/O LCDO. NORMAN VELAZQUEZ      C/O LCDO. JORGE MELENDEZ
APARTADO 9020192                  APARATADO 801400                MUNOZ RIVERA #48, PO BOX 2518
San Juan, PR  00902-0192          Coto Laurel, PR  00780-1400     Toa Baja, PR  00951


LETT US ONE CORP.                 LIQUID CAPITAL EXCHANGE         LUZ M. COSME
PO BOX 6578                       PO BOX 17000                    C/O LCDO. EFRAIN A. GARCIA
LOIZA STATION                     Greenville, SC  29606           PMB 083 PO BOX 8901
San Juan, PR  00914                                               Hatillo, PR  00659


LIANA FOODS, INC.                 LISELA LIZARDI                  LUZ M. GUZMAN
MSC #408                          C/O LCDO. FERNANDO RODRIGUEZ    C/O LCDA. BLANCA RUPERTO
2135 CARR 2  SUITE 15             PO BOX 1291                     PO BOX 191463
Bayamon, PR  00959-5259           San Lorenzo, PR  00754          San Juan, PR  00919-1463
```

LUZ MARIA RUIZ
C/O LCDO. MAXIMINO MALDONADO
HC 01 BOX 6339
Las Piedras, PR  00771

MALGOR & CO., INC.
PO BOX 366
Catano, PR  00963-0366

MARIA LUISA MALDONADO
C/O LCDO. HECTOR GRAU
ALTURAS FLAMBOYAN N-67 C/23
Bayamon, PR  00959


LUZ PEREZ-uadau10-350c
C/O DPTO.TRABAJO REC. HUMANOS
PO BOX 195540
San Juan, PR  00919-5540

MANI MANI TOSTADO
AMILCAR LOZADA
PO BOX 312
Cabo Rojo, PR  00623

MARINA ANTONIA GARCIA
C/O LCDO. JUAN H. SERRANO
CALLE ESTRELLA #58
Ponce, PR  00731


LUZ RAQUEL COLON
C/O LCDO. JOSE E. RAMIREZ
PO BOX 195491
San Juan, PR  00919-5491

MARA ESCUDERO
C/O LCDO. EDGAR ANDUJAR
PO BOX 191407
San Juan, PR  00919-1407

MARIOLA/FT PRIVATE LABEL
PO BOX 650
Cabo Rojo, PR  00623


LYDIA E. RODRIGUEZ
C/O LCDO. LUIS M. ORTEGA
PO BOX 9023998
San Juan, PR  00902-3998

MARANGELIS REYES-A4-D1-DP-4308
DPTO. TRABAJO Y REC. HUMANOS
60 C/PUERTO VIEJO, PLAYA
Ponce, PR  00716

MARPOR CORPORATION
C/O LCDO. LUIS E. PALOU
PO BOX 195287
San Juan, PR  00919-5287


LYDIA MONTALVO
C/O LCDA. ALEXANDRA PEREZ
PO BOX 1466
Mayaguez, PR  00681-1466

MARGARITA VERDEJO
C/O LCDO. ALFREDO CRUZ
BOX 262, SAN CLAUDIO MAIL ST.
San Juan, PR  00926

MARSH SALDANA, INC.
PO BOX 9023549
San Juan, PR  00902-3549


LYNN LATIMER GUADALUPE
C/O LCDO. MANUEL MEDINA
PO BOX 22435
San Juan, PR  00931

MARIA CRISTINA GONZALEZ
C/O LCDA. ADALYS E. DIAZ
PO BOX 362132
San Juan, PR  00936-2132

MARTA ARISTUD
C/O LCDO. MIGUEL CINTRON
MSC789,138 AVE. W. CHURCHILL
San Juan, PR  00926-6023


M. CUEVAS, INC.
PMB 169
PO BOX 7891
Guaynabo, PR  00970-7891

MARIA DEL C. RIVERA
C/O PEREZ & CORDERO LAW OFFICE
14 CALLE CORONEL
Isabela, PR  00662

MARTHA SILVA
CALLE COLMENAR J-72
VILLA ANDALUCIA
San Juan, PR  00926


M.A. ESTEVES, INC.
48 STREET SE #1272
URB. LA RIVIERA
San Juan, PR  00921

MARIA DEL PILAR REYES
C/O LCDA. LOURDES J. GOMEZ
261 TANCA ST., 6th FL.
San Juan, PR  00901

MARVEL SPECIALTIES, INC.
PO BOX 363306
San Juan, PR  00936-3306


MADELINE MORALES DIAZ
C/O LCDO. MIGUEL A. OLMEDO
MSC 914 AVE. W. CHURCHILL 138
San Juan, PR  00926

MARIA E. PEREZ
C/O LCDO. RAFAEL A. RODRIGUEZ
LA PROVIDENCIA, 31 C/ABRAHAM
Aibonito, PR  00705

MATOSANTOS COMERCIAL CO.
PO BOX 4435
Vega Baja, PR  00694-4435


MAGALY MARTINEZ
C/O LCDO. LUIS B. MUNIZ
CALLE PABLO CASALS 136
Mayaguez, PR  00680

MARIA ESTHER SANTIAGO
C/O LCDO. LUIS RAUL ALBALADEJC
602 AVE. MUNOZ RIVERA STE.504
San Juan, PR  00918

MEAD JOHNSON NUTRITION
PO BOX 71343
San Juan, PR  00936-8443

MEDALLA PUERTO RICO
PO BOX 51985
Bayamon, PR  00960-1985

MIGUEL MOYET
C/O LCDO. JUAN CORCHADO
C/ ESTEBAN PADILLA #60-E ALTOS
Bayamon, PR  00959

MUNICIPIO AUTONOMO DE GUAYNABO
APARTADO 7885
Guaynabo, PR  00970


MEGA PET  DOG WASH GROOMING
ADDRESS UNKNOWN
Catano, PR  00962

MIOSOTIS PANELL
C/O LCDA. FRANCISCA DIAZ
PO BOX 1873
Carolina, PR  00984

MUNICIPIO AUTONOMO DE MANATI
HACIENDA MUNICIPAL
10 CALLE QUINONES
Manati, PR  00674


MELISSA SALES CORP.
CARR 869 KM 1.5 ROYAL IND PARK
EDIFICIO A LOCAL 2 BO PALMAS
Catano, PR  00962

MIREYA GUZMAN
C/O LCDO. HECTOR SANTIAGO
C/ESTEBAN PADILLA 60-E ALTOS
Bayamon, PR  00959

MUNICIPIO DE SAN JUAN
PO BOX 71332
San Juan, PR  00936-8432


MELISSA SALES CORP.
C/O LCDO. ORLANDO MARTINEZ
623 PONCE DE LEON AVE, #1205-E
San Juan, PR  00917

MMR SUPERMARKET, INC.
C/O LCDO. ROGELIO MUNOZ
PO BOX 191979
San Juan, PR  00919-1979

MUNICIPIO DE TRUJILLO ALTO
DEPT DE FINANZAS
IVU MUNICIPAL
Trujillo Alto, PR  00977


MENDEZ & CO., INC.
PO BOX 363348
San Juan, PR  00936-3348

MMR SUPERMARKETS, INC.
C/O ECONO PASTRANA
PO BOX 1657
Trujillo Alto, PR  00977

NATIONAL COMPRESSOR EXCHANGE
75 ONDERDONK AVENUEZ
Ridgewood, NY  11385


MEYER NURSERIES &
FLORAL FARMS, INC.
HC-01  BOX 6845
Aibonito, PR  00705

MONTEBELLO MEAT PROCESSING
RR-02  BOX 6785
Manati, PR  00674

NATIONAL LUMBER HARDWARE, INC.
BANCO SANTANDER PR  051-027481
PO BOX 195579
San Juan, PR  00919-5579


MI PAN ASOCIADOS
APARTADO 174
Sabana Seca, PR  00952

MORALES DISTRIBUTORS, INC.
PO BOX 787
Hormigueros, PR  00660-1394

NATIVIDAD VELEZ VARGAS
C/O LCDA. EDA L. ORTIZ
PO BOX 1309
Guaynabo, PR  00970-1309


MIGUEL A. HERNANDEZ DE JESUS
C/O LCDO. EMILIO CANCIO
C/SAN MATEO #1702
San Juan, PR  00912

MORALES DISTRIBUTORS, INC.
C/O LCDA. AIXA V. ALONSO
195 C/FLAMBOYAN URB. EL VALLE
Lajas, PR  00667

NATURAL NUTRITION CENTER
ATALAYA D-13
GARDEN HILLS
Guaynabo, PR  00966


MIGUEL A. MIRANDA
C/O LCDO. DAVID F. CASTILLO
1506 PASEO FAGOT STE. 3
Ponce, PR  00716-2302

MORTON SALT
PO BOX 93052
Chicago, IL  60673

NEGRON PRODUCE
GPO BOX 363006
San Juan, PR  00936


MIGUEL LOIZ
C/O LCDA. EILEEN LOIZ
PO BOX 195278
San Juan, PR  00919

MORTON SALT-1030684-41
C/O MARK WAGNER
PO BOX 33127
Louisville, KY  40232-3127

NEPTUNO MEDIA
PO BOX 191995
San Juan, PR  00919-1995

NESTLE P.R., INC.
PO BOX 15069
San Juan, PR  00902-8569

OLIVER EXTERMINATING CORP.
PO BOX 363888
San Juan, PR  00936-3888

PANIFICADORA DEL SUR, INC.
268 LUIS MUNOZ RIVERA SUITE #1
CENTRO COMERCIAL STA. ELENA
Guayanilla, PR  00656

NEW YORK EXPORT CO., INC.
100 CLEARBROOK ROAD
Elmsford, NY  10523

ORBI SANTOS-A8-D1-DP-0138-08
DPTO. TRABAJO Y REC. HUMANOS
PO BOX 1057
Bayamon, PR  00960

PARADISE ICE PLANT, INC.
PO BOX 361807
San Juan, PR  00936-1807

NILDA ACEVEDO CARDONA
C/O LCDO. SAMUEL D. COLON
PMB 152 PO BOX 607061
Bayamon, PR  00960-7061

ORLANDO VELEZ CARDE
C/O LCDO. HECTOR A. CORTES
PO BOX 896
Arecibo, PR  00613

PEDRO IRIZARRY-A4-D1-DP-204(09
DPTO. TRABAJO Y REC. HUMANOS
60 C/PUERTO VIEJO, PLAYA
Ponce, PR  00716

NIN-TORREGROSA LAW OFFICE
CITIBANK TOWER SUITE 1801
252 PONCE DE LEON AVE
San Juan, PR  00918-2001

OSRAM SYLVANIA
C/O ROBERT KRAMER
6303 E. TANQUE VERDE RD. #110
Tucson, AZ  85715

PEPSI COLA PR DISTRIBUTING,LLC
PO BOX 2600
Toa Baja, PR  00951-2600

NOEMI CASTRO
C/O LCDA. GINA H. FERRER
PO BOX 2342
Mayaguez, PR  00681-2342

P. R. TELEPHONE CO.
PO BOX 71535
San Juan, PR  00936-8635

PERFECT EQUIPMENT &
PRODUCT SUPPLY
LOS PASEOS 112/MCS 115
San Juan, PR  00926

NOEMI CLEMENTE
C/O LCDO. GILBERTO E. PADUA
1111 AVE. JESUS T. PINERO
San Juan, PR  00920-5605

P.D.C.M. ASSOCIATES, S.E.
PO BOX 839
San Juan, PR  00917

PERFECT EQUIPMENT AND PRODUCT
C/O LCDO. HECTOR L. BANCHS
APARTADO 194243
San Juan, PR  00919-4243

NSA TRADING, INC.
PO BOX 3920
Guaynabo, PR  00970-3920

P.R. MERCHANDISING
PO BOX 10322
San Juan, PR  00922-0322

PERSONA INTERNATIONAL DE PR
PO BOX 70317
San Juan, PR  00936-8317

NUPCAY
BO SUSANA ALTO
SECTOR LA PALMITA
Yauco, PR  00698

PACKAGING SOLUTION EPS DIV
PO BOX 4321
Bayamon, PR  00960

PETROWEST, INC.
PO BOX 1256
Mayaguez, PR  00681

OFFICE ZONE, INC.
C/O LCDO. LUIS F. MANGUAL
CALLE 7, L-3 EL MIRADOR
San Juan, PR  00926

PACKERS PROVISION
PMB #342-1353 CARR 19
Guaynabo, PR  00966-2700

PHOENIX PACKAGING
3900 PEMBROKE ROAD
Hollywood, FL  33021-8127

OLGA TRINIDAD
MIRAMONTE 285
SABANERA
Cidra, PR  00739

PAN AMERICAN GRAIN
PO BOX 41136
MINILLAS STATION
San Juan, PR  00940

PLANTA DE HIELO CASELLAS
PO BOX 594
Arecibo, PR  00612

PLAZA DEGETAU INVESTMENT CORP.
C/O CARLOS ESCOTO
PO BOX 4817
Carolina, PR  00984-4817

PR PRODUCTS, INC.
189 BERDAN AVE
SUITE #281
Wayne, NJ  07470

PROVIMI DE P.R., INC.
PO BOX 248
Vega Baja, PR  00693


PLAZA PROVISION CO., INC.
PO BOX 363328
San Juan, PR  00936-3328

PR TELEPHONE CO.- CLARO
1515 AVE. F.D. ROOSEVELT
Guaynabo, PR  00968

PROVISIONES LE GRAND
MERCADO CENTRAL  EDIFICIO C
ZONA PORTUARIA
San Juan, PR  00920


PLOM ELECTRIC
PO BOX 1771
Juncos, PR  00777-1771

PREMIUM BRAND OF PR
PUERTO RICO CO. INC
PO BOX 11908
San Juan, PR  00922-1908

PUBLISHING SERVICES GROUP
PO BOX 360813
San Juan, PR  00936


PLUMBING & SEWER CLEANING R US
C/O LCDO. BAYON-CASIANO
420 PONCE DE LEON AVE. STE 307
San Juan, PR  00918

PREMIUM BRANDS OF PR-BORDEN
PO BOX 364265
SAN JUAN, PR  00936-4265

PUERTO RICO BEAUTY SUPPLY
PO BOX 2317
San Juan, PR  00919


PLUMBING & SEWER CLEANING R US
Y/O ROD-RODDER SERVICE, INC.
PO BOX 191713
San Juan, PR  00919-1713

PRICE & NOVELTIES
PO BOX 191108
San Juan, PR  00918-1108

PUERTO RICO WIRE PRODUCT
PO BOX 363167
San Juan, PR  00936-3167


PMQ BROKERAGE & MARKETING
PO BOX 9021623
San Juan, PR  00902

PROCESADORA CAMPOFRESCO
PO BOX 755
Santa Isabel, PR  00757

QUESERA EL GIGANTE DORMIDO
PO BOX 977
Hatillo, PR  00659


PONCE CARIBBEAN DIST., INC.
PO BOX 11946
San Juan, PR  00922-1946

PRODUCTORES DE CITRICOS DE
LA MONTANA, INC.
PO BOX 398
Lares, PR  00669

RADIO COAMO (WCPR)
PO BOX 1863
Coamo, PR  00769


POPEYE'S ICE FACTORY
PO BOX 943
Quebradillas, PR  00678

PRODUCTOS AVICOLAS DEL SUR
PO BOX 139
Aguirre, PR  00704

RADIO HOY (WHOY)
PO BOX 1148
Salinas, PR  00751-1148


POPULAR AUTO
DIVISION DE FLOTAS
1901 AVE JESUS T PIÑERO
San Juan, PR  00920-5608

PRODUCTOS LA FINCA
PO BOX 456
San German, PR  00683

RAFAEL BENITEZ CARRILLO,INC.
PO BOX 362769
San Juan, PR  00936-2769


POPULAR AUTO, INC.
APARTADO 50045
San Juan, PR  00902-6245

PRODUCTOS TERE
PO BOX 1029
Isabela, PR  00662

RAICES DEL YUNQUE
PO BOX 43001
Rio Grande, PR  00745

RAMALLO BROS. PRINTING
PO BOX 70225
San Juan, PR  00926

RICARDO MONTALVO RIVERA
C/O LCDO. CARLOS M. CABRERA
PO BOX 7105, PMB 555
Ponce, PR  00732-7105

SABANA LUMBER YARD
CALLE JUANCHO LOPEZ #59
BO. SABANA
Catano, PR  00962

RAMON PEREZ-515-2010-00432
525 F D ROOSEVELT
1202 PLAZA LAS AMERICAS
San Juan, PR  00918

RICARDO OLAVARRIA-A3 D1-DP5008
DPTO. TRABAJO Y REC. HUMANOS
EDIF 828 AVE HOSTOS ST 301
Mayaguez, PR  00682-1536

SABROSURAS BORICUAS
PO BOX 4385
SALUD STATION
Mayaguez, PR  00681-4385

RAMONA QUINONES MANGUAL
C/O LCDO. JORGE CARAZO
PMB 133 #53 AVE. ESMERALDA
Guaynabo, PR  00969-4429

ROGER ELECTRIC CO., INC.
PO BOX 3166
Bayamon, PR  00960-3166

SAMMY'S MODERN BEAUTY
AVE JESUS T PINEIRO #1028
San Juan, PR  00921

RANGER AMERICAN ARMORED
SERVICES, INC.
PO BOX 29105
San Juan, PR  00929-0105

ROGER ELECTRIC CO., INC.
BO SABANETA
1698 PASEO VILLA FLORES
Ponce, PR  00716-2978

SAMUEL MATOS
C/O LCDO. ARTURO NIEVES
602 AVE MUNOZ RIVERA, STE.504
San Juan, PR  00918

RD MANATI, L.P.
C/O LCDO. RAFAEL E. DAVILA
C/JOSE MARTI 60
San Juan, PR  00917

ROSA MARIA DEL RIO
EDDIE GARCIA
#514 EXT ROOSEVELT
San Juan, PR  00918

SAN JUAN TRADING CO., INC.
PO BOX 366458
San Juan, PR  00936-6458

REFRICENTRO, INC.
AVENIDA BARBOSA 380
San Juan, PR  00917

ROVIRA FOODS, INC.
URB BUENA VISTA
619 AVE LA CEIBA
Ponce, PR  00717-1901

SAN MIGUEL LABEL
PO BOX 1401
Ciales, PR  00638

REFRIGERAMA , INC.
PO BOX 446
Catano, PR  00963-0446

RSM ROC & COMPANY
PO BOX 10528
San Juan, PR  00922-0528

SC JOHNSON DE PR
PO BOX 70346
San Juan, PR  00936

REPARTO METROPOLITANO SHOPPING
C/O LCDA. MARIA FERNANDA VELEZ
PO BOX 195582
San Juan, PR  00919-5582

RUBIO IMPORTS, INC.
PO BOX 3933
Aguadilla, PR  00603

SEA STAR LINE, LLC
PO BOX 195461
San Juan, PR  00919-5461

RG PREMIER BANK
PO BOX 2510
Guaynabo, PR  00970-2510

RUTH D. MARQUEZ
C/O LCDO. JUAN RAMON
APARTADO 287
Trujillo Alto, PR  00977

SEA STAR LINE, LLC
C/O LCDO. JOSE E. ALFARO
53 PALMERAS ST., 14th FL.
San Juan, PR  00901-2417

RICARDO A. TROCHE
C/O LCDO. ANGEL RAMIREZ
PO BOX 1386
Boqueron, PR  00622

RUZA, INC.
PMB 483
200 AVE RAFAEL CORDERO SUITE 1
Caguas, PR  00725-3757

SEA WORLD, INC.
PO BOX 361986
San Juan, PR  00936-1986

SECRETARIO DE HACIENDA
DPTO DE ASUNTOS AL CONSUMIDOR
PO BOX 41059  MINILLAS STA
San Juan, PR  00940

START MARKING SYSTEM
AVE TNTE NELSON MARTINEZ
PO BOX 2175
Bayamon, PR  00960-2175

TECNO-LITE DE P.R., INC.
18 G-J AVE. CAMPO RICO
URB. COUNTRY CLUB
Carolina, PR  00979

SECRETARIO DE HACIENDA
PO BOX 9024140
San Juan, PR  00902-4140

SUAREZ TOY HOUSE
PO BOX 364911
San Juan, PR  00936-4911

TENNIS DEL PRADO, INC.
PO BOX 361950
San Juan, PR  00936-1950

SELMA GONZALEZ
C/O LCDA. NANCY Y. SANCHEZ
PO BOX 652
Hormigueros, PR  00660

SUBCO FOODS, INC.
9198 EAGLE WAY
Chicago, IL  60678-1091

TERESA BAEZ
C/O LCDA. MAGALI DIAZ
PO BOX 9644
Caguas, PR  00726-9644

SENSE SOFTWARE INT'L.
PO BOX 193095
San Juan, PR  00919-3095

SUBWAY REAL ESTATE CORP.
1606 AVE. PONCE DE LEON #200
San Juan, PR  00909

THE CLOROX COMMERCIAL CO.
LOCK BOX CLOROX
PO BOX 71590
San Juan, PR  00936-8690

SHERWIN-WILLIAMS
CARR. 190 KM 0.8
MARGINAL VISTAMAR
Carolina, PR  00983

SUIZA DAIRY
PO BOX 363207
San Juan, PR  00936-3207

THE FULLER BRUSH CO. OF PR.
PO BOX 362617
San Juan, PR  00936-2617

SHERWIN-WILLIAMS
C/O INTEL COLLECTION SERVICES
AVE. DE DIEGO #503 B
San Juan, PR  00920

SUPER PET CENTER
PO BOX 3960
Guaynabo, PR  00970-3960

THE TRAVELERS INSURANCE CO.
ONE TOWER SQUARE
Hartford, CT  01683

SILVIA VERGES
C/O LCDA. LOURDES COLON
PO BOX 8988
Ponce, PR  00732

SYLVIA ROSAS ROJAS
C/O LCDO. SEGISMUNDO LOPEZ
PO BOX 427, PMB 144
Mayaguez, PR  00681

THE YATES COMPANY, INC.
PO BOX 13430
San Juan, PR  00908

SIMCOX REFRIGRATION SUPPLIERS
PO BOX 9608
San Juan, PR  00908

T & D TRADING, INC.
1255 SORRENTO WOODS BLVD.
Nokomis, FL  34275

THOMAS DIAZ, INC.
PO BOX 1031
Sabana Seca, PR  00952-1031

SOFRITO TRINI
PO BOX 3433
Manati, PR  00674

TAINO ELECTRIC
PO BOX 366005
San Juan, PR  00936-6005

TIME SECURITY SYSTEMS, INC.
AVE MAGNOLIA L-15
Bayamon, PR  00956

SOLAR WINDS, INC.
1301 S. MOPAC EXPRESSWAY
Austin, TX  78746

TECHNICAL FIRE SERVICE, INC.
PO BOX 2318
Guaynabo, PR  00969

T-MOBILE
PO BOX 660252
Dallas, TX  75266-0252

TOBY ICE PLANT
BOX 473 CARR. 162 KM 0.8
BO. ASOMANTE
Aibonito, PR  00705

UNILEVER DE P.R., INC.
DIVISION PERSONAL PROD.
PO BOX 70357
San Juan, PR  00936-8357

VENTO PONCE, INC.
PO BOX 7823
Ponce, PR  00732-7823

TOMAS A. DE JESUS
C/O LCDO. LUIS ALBERTO PABON
CALLE DR. RUFO #39
Caguas, PR  00725

USA WASTE SERVICES, INC.
PO BOX 71561
San Juan, PR  00936-8661

VENTURA FOODS
PO BOX 641100
Pittsburgh, PA  15264-1100

TORREFACCION VELEZ GONZALEZ
HIJOS
PO BOX 291
Angeles, PR  00611

V & R CORPORATION
VILLA DEL CARMEN SHOPPING
LOCAL 103
Cidra, PR  00739

VICTOR ORTIZ-A4-D2-DP-67(09)
DPTO. TRABAJO Y REC. HUMANOS
PO BOX 1421
Juana Diaz, PR  00795

TRAILER BRIDGE, INC.
PO BOX 861623
Orlando, FL  32886-1623

V. SUAREZ & CO. INC.
PO BOX 364588
San Juan, PR  00936-4588

VILLA BLANCA VB PLAZA, LLC
PO BOX 362983
San Juan, PR  00936-2983

TRANE DE PUERTO RICO
PO BOX 9000
San Juan, PR  00908-9000

VALERIE VARGAS GONZALEZ
C/O LCDA. EDMEE VICENTY
867 AVE MUNOZ RIVERA,STE.C-100
San Juan, PR  00925

VILMA Y. IRIZARRY
C/O LCDA. NAYDA CASTRO
PO BOX 194762
San Juan, PR  00919-4762

TRIPLE-S SALUD
PO BOX 71548
San Juan, PR  00936-8648

VANESSA BERDECIA
C/O LCDO. JORGE A. CAMARA
PO BOX 1885
Coamo, PR  00769-1885

VIVERO UN GRANO DE MOSTAZA
APARTADO POSTAL 8479
San Juan, PR  00910-0479

TRIPLE-S VIDA, INC.
PO BOX 363786
San Juan, PR  00936-3786

VAQUERIA TRES MONJITAS
PO BOX 366757
San Juan, PR  00936-6757

WANDA FEBUS-A8-D1-DP-501-09
DPTO. TRABAJO Y REC. HUMANOS
PO BOX 1057
Bayamon, PR  00960

TROPICAL CITY, INC.
AVE. HOSTOS 95
APARTADO 7466
Ponce, PR  00732

VARIETY FOOD SERVICES
PO BOX 414
Saint Just, PR  00978

WANDA MACHI CUEVAS
C/O LCDA. FABIOLA FERNANDEZ
CALL BOX 7886, SUITE 223
Carolina, PR  00979-7886

TROPICAL FERTILIZER CORP.
PO BOX 154
Sabana Seca, PR  00952-0154

VEDELNIS DISTRIBUTING CO.
AMOCO
PO BOX 367
San Juan, PR  00936

WANDA RODRIGUEZ DIAZ
C/O LCDA. RICHARD SCHELL-ASAD
254 SAN JOSE ST., 3rd FLOOR
San Juan, PR  00901

UN GRANO DE MOSTAZA
C/O LCDO. EDGARDO R. JIMENEZ
PO BOX 8765
San Juan, PR  00910-0765

VENTO DISTRIBUTORS CORP.
PO BOX 363051
San Juan, PR  00936-3051

WARCO
PO BOX 1868
Trujillo Alto, PR  00977-1868

WE ENTERPRISE, CORP.
AVE. ASHFORD 1020
SUITE 323
San Juan, PR  00907

YAMIL MELENDEZ-A6-D1-DP-207-09
CENTRO GOBIERNO, ST. 6
45 C/CRUZ ORTIZ STELLA N.
Humacao, PR  00791


WEST INDIES & GREY
PO BOX 71354
San Juan, PR  00936-8454

YAMILET VEGA
C/O LCDO. ARIEL IRIZARRY
PO BOX 5399
Yauco, PR  00698-5399


WG GROUP
2000 CARR 8177 SUITE 26
PMB 20020
Guaynabo, PR  00966

YARAS SERVICE CORP.
PMB #3372135  CARR 2
SUITE 15
Bayamon, PR  00959-5259


WHITE ROSE, INC.
380 MIDDLESEX AVE.
Carteret, NJ  07008

YAZMIN L. SUAREZ
C/O LCDO. FRANCISCO J. TORRES
PO BOX 874
Caguas, PR  00726-0874


WILMA J. RODRIGUEZ
C/O LCDO. MIGUEL A. OLMEDO
MSC 914,AVE. W.CHURCHILL 138
San Juan, PR  00926

YOLANDA DELGADO
C/O LCDO. EDWIN ORTIZ
APARTADO 305
Coamo, PR  00769


WIN-HOLT EQUIPMENT CORP.
PO BOX 823210
Philadelphia, PA  19182-3210

ZARAHI ANADON
C/O LCDA. HORTENSIA FRANQUIZ
777 VIA DE LA HERMITA, HSJ
Caguas, PR  00727


WORLDNET TELECOMMUNICATION
PO BOX 70201
San Juan, PR  00936-8201

ZULMA MIRANDA MARRERO
C/O LCDO. FEDERICO DUCOUDRAY
500 AVE. MUNOZ RIVERA, STE.262
San Juan, PR  00918


WRIGLEY PUERTO RICO, INC.
CALLE BAETRIZ #8A
URB INDUSTRIAL AMELIA
Guaynabo, PR  00968

ZWANENBERG FOOD GROUP
3640 MUDDY CREEK ROAD
Cincinnati, OH  45238


XAVI ICE PLANT
RR 02 BOX 6459
Toa Alta, PR  00953


YADIRA SERRANO MORALES
PO BOX 356
Barranquitas, PR  00794