

# CENTRAL PRODUCE El Jibarito, INC.

CARR. 869, KM. 2.8
URB. IND. SANTA MARIA, BARRIO PALMAS
CATAÑO, PUERTO RICO

PO BOX 11933
SAN JUAN PR 00922-1933

TELEFONO: DISTRIBUCION (787) 275-2807 • FAX (787) 275-2887

CUADRO TELEFONICO
(787) 275-2808
FAX CONTABILIDAD
(787) 275-2844

## FACTURA

| FACTURA | 725785 |
|---|---|
| FECHA | 08/03/09 |

**FACTURADO A:**
A. CORDERO BADILLO (1040079)

APARTADO 458
CATAÑO, PR 00963

**ENTREGADO EN:**
GRANDE MAYAGUEZ -017)
AVE. CORAZONES # 1020
MAYAGUEZ
787-832-2090-787-265-6500

| NUM. DE CLIENTE | #VENDEDOR | # ORDEN DE COMPRA | # CONDUCE | FECHA DE LA ENTREGA | TERMINOS | PAGINA |
|---|---|---|---|---|---|---|
| 2025 | 25 | CD,9-60 | 476907 | 08/03/09 | 15 Days Net | 1 |

| CODIGO | DESCRIPCION | CANTIDAD RECIBIDA | PRECIO | IMPORTE |
|---|---|---|---|---|
| 4822 | MANZANAS RED XFCY 12/3 EAST US | 3 | 25.00 | 75.00 |
| 3513 | ZANAHORIA 24/2 U.S./CANADA | 1 | 34.00 | 34.00 |
| 1022 | AGUACATE 20-24 REP.DOMINICANA/U.S. | 3 | 22.00 | 66.00 |
| 2918 | TOMATE TUBO 30 UNIDADES U.S. | 4 | 20.00 | 80.00 |
| 2919 | TOMATE PLATO #4 18ea U.S. | 2 | 20.00 | 40.00 |
| 1024 | BATATA 50# REP.DOMINICANA/FLORIDA | 1 | 22.00 | 22.00 |
| 3412 | YAUTIA LILA 50# NICARAGUA COSTA RICA/REP. DOM | 2 | 32.00 | 64.00 |
| 2576 | PAPAS\POTATOES YUKON GOLD 10/5 U.S./CANADA | 2 | 34.00 | 68.00 |
| 2512 | PIMIENTO CUBANELA (COCINAR) U.S/REP.DOMINICANA/PUERTO RICO | 5 | 23.00 | 115.00 |
| 1215 | CEB. BLANCA JUMBO 50# U.S./MEXICO/CANADA | 2 | 30.00 | 60.00 |
| 1198 | CEBOLLA BLANCA 24/2 U.S./MEXICO/CANADA | 1 | 32.00 | 32.00 |
| 2562 | PAPAS ROJA GRANDE-CHEF U.S./CANADA | 1 | 25.00 | 25.00 |
| 2912 | TOMATES 5X6 (#1 ESCOGIDO) Precio Especial | 40 | 16.25 | 650.00 |
| 5114 | PERAS ANJOU 100-120 36lb Precio Especial | 10 | 35.00 | 350.00 |
| 3511 | ZANAHORIA 50# Precio Especial | 5 | 16.00 | 80.00 |
| 3415 | YUCA SELECTA COSTA RICA 50# Precio Especial | 15 | 17.00 | 255.00 |

| TOTAL A PAGAR | 2016.00 |
|---|---|

COPIA CLIENTE

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

NO SE ADMITIRAN DEVOLUCIONES O REBAJAS EN PRODUCTOS UNA VEZ SEA RECIBIDA DE CONFORMIDAD LA MERCANCIA ARRIBA DETALLADA.

RECIBIDO DE CONFORMIDAD POR:

# CENTRAL PRODUCE El Jibarito, INC.

CARR. 869, KM. 2.8
URB. IND. SANTA MARIA, BARRIO PALMAS
CATAÑO, PUERTO RICO

PO BOX 11932
SAN JUAN PR 00922-1933

CUADRO VENTAS
(787) 275-2807
FAX
(787) 275-2887

**CONDUCE**

| CONDUCE NUM. | 476907 |
| --- | --- |
| FECHA DE LA ORDEN | 08/03/2009 |
| FECHA DE ENTREGA | |
| NUM. DE VENDEDOR | 25 |
| NUM. DE ORDEN | |
| TERMINOS | 15 Days |

Page: 1

**ENTREGADO A:**
2025 MAYA
A. CORDERO BADILLO (104079)
GRANDE MAYAGUEZ -017
AVE. CORAZONES # 1020
MAYAGUEZ
787-832-2090-787-265-6500  P.O. 38779

| CANTIDAD ORDENADA | CODIGO | DESCRIPCION | NUM. DE BULTOS | CANTIDAD DESPACHADA | CANTIDAD RECIBIDA | PRECIO | IMPORTE |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 3 | 4822 | MANZANAS RED XFCY 12/3 EAST 45 | | 3 | 3 | 25.00 | 75.00 |
| 1 | 3513 | ZANAHORIA 24/2 U.S./CANADA | | 1 | 1 | 34.00 | 34.00 |
| 3 | 1022 | AGUACATE 20-24 REP.DOMINCANA/U.S. | | 3 | 3 | 22.00 | 66.00 |
| 4 | 2918 | TOMATE TUBO 30 UNIDADES U.S. | | 4 | 4 | 20.00 | 80.00 |
| 2 | 2919 | TOMATE PLATO #4 18ea U.S. | | 2 | 2 | 20.00 | 40.00 |
| 1 | 1024 | BATATA 50# REP.DOMINICANA/FLORIDA | | 1 | 1 | 22.00 | 22.00 |
| 3 | 6224 | AJO EMPACADO 40/8 CHINA/U.S. | | 3 | 0 | 24.00 | 72.00 |
| 2 | 6218 | AJO EMPACADO 20/1# CHINA/U.S. | | 2 | 0 | 24.00 | 48.00 |
| 5 | 5610 | UVAS ROJAS 19# U.S/CHILE/PERU | | 5 | 0 | 26.00 | 130.00 |
| 2 | 3412 | YAUTIA LILA 50# NICARAGUA COSTA RICA/REP. DOM | | 2 | 2 | 32.00 | 64.00 |
| 2 | 2576 | PAPAS\POTATOES YUKON GOLD 10/5 U.S./CANADA | | 2 | 2 | 34.00 | 68.00 |
| 3 | 2543 | PAPAS ROJA EMP 10/5 U.S/CANADA | | 3 | 0 | 32.00 | 96.00 |
| 5 | 2512 | PIMIENTO CUBANELA (COCINAR) U.S/REP.DOMINICANA/PUERTO RICO | | 5 | 5 | 23.00 | 115.00 |
| 2 | 1245 | CHAYOTE BLANCO 40# PUERTO RICO/COSTA RICA | | 2 | 0 | 25.00 | 50.00 |
| 2 | 1215 | CEB. BLANCA JUMBO 50# U.S./MEXICO/CANADA | | 2 | 2 | 30.00 | 60.00 |
| 1 | 1198 | CEBOLLA BLANCA 24/2 U.S./MEXICO/CANADA | | 1 | 1 | 32.00 | 32.00 |
| 1 | 2562 | PAPAS ROJA GRANDE-CHEF U.S./CANADA | | 1 | 1 | 25.00 | 25.00 |
| 40 | 2912 | TOMATES 5X6 (#1 ESCOGIDO) Precio Especial | | 40 | 40 | 16.25 | 650.00 |
| 10 | 5114 | PERAS ANJOU 100-120 36lb Precio Especial | | 10 | 10 | 35.00 | 350.00 |
| 5 | 3511 | ZANAHORIA 50# Precio Especial | | 5 | 5 | 16.00 | 80.00 |
| 15 | 3415 | YUCA SELECTA COSTA RICA 50# Precio Especial | | 15 | 15 | 17.00 | 255.00 |
| 8 | 2128 | LECHUGA ROMAINE CELLO 18 U.S. Precio Especial | | 8 | 0 | 26.00 | 208.00 |
| 2 | 9504 | SANCOCHO 6/32 oz Precio Especial | | 2 | 0 | 12.00 | 24.00 |

DESPUES DE 24 HORAS NO ACEPTAREMOS
NINGUN TIPO DE DEVOLUCION

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

**CARRERO**
Recoger P.O. Con Precio

TOTAL SUJETO A REVISION: 2644.00

2016.00
$20.00

| RECIBIDO POR: | FECHA: | NUM. DE RUTA | ENTREGADO POR: | DESPACHADO POR: Rafa | SUPERVISOR |



**Vendor: 104079 — CENTRAL PRODUCE**

Run Date: 8/3/2009 10:48:30 AM  
Document No: 39719  
Duns #  
Invoice No: 476907

**Receiver**  
Target Store Local  
Store Id: 17  
Ref. Doc No. 38779  
Delivery Date: 8/3/2009

Vendor: 104079  CENTRAL PRODUCE  
EL JIBARITO INC  
BOX 11909  
Contact: 783-3053  
FAX:  
Freight:  FOB Point:  
Product: PRODUCE

Last Receiver: CARLOS  
Store ID: 17  
Francisco Torres  
Ave. Los Corazones #1020  
Mayaguez, PR 00680  
Grande Mayaguez

| UPC EAN | V Item | Package Size | Weigh Item | Description | Recv Dept | Case Cost | Allow | Quantity | Net Cost |
|---|---|---|---|---|---|---|---|---|---|
| 7-86900-05051 | 99901 | 20.00 ZZZ | No | AJOS 1 LB | 0002 | 21.00000 | 0.00 | | 0.00000 |
| 7-86900-05012 | 99901 | 40.00 ZZZ | No | AJOS 8 OZ | 0002 | 24.00000 | 0.00 | | 0.00000 |
| 12578-99138 | 00138 | 50.00 ZZZ | No | BATATA BLANCA | 0002 | 22.00000 | 0.00 | 1 | 22.00000 |
| 33383-60051 | 99909 | 24.00 ZZZ | No | CEBOLLA BLANCA 2 LB | 0002 | 32.00000 | 0.00 | 1 | 32.00000 |
| 12578-99186 | 99901 | 1.00 ZZZ | No | CHAYOTE FRESCO | 0002 | 25.00000 | 0.00 | | 0.00000 |
| 8-55324-00102 | 99934 | 6.00 ZZZ | No | DEL CAMPO SANCOCHO | 0002 | 12.00000 | 0.00 | | 0.00000 |
| 27918-20314 | 99912 | 12.00 ZZZ | No | LETTUCE ROMAINE | 0002 | 26.00000 | 0.00 | | 0.00000 |
| 12578-99171 | 99901 | 50.00 ZZZ | No | ONION WHITE JUMBO | 0002 | 30.00000 | 0.00 | 2 | 60.00000 |
| 33383-45204 | 99903 | 10.00 ZZZ | No | PAPAS ROJAS 5 LBS | 0002 | 32.00000 | 0.00 | | 0.00000 |
| 33383-45406 | 99903 | 10.00 ZZZ | No | PAPAS YUKON 5 LBS | 0002 | 29.00000 | 0.00 | 2 | 58.00000 |
| 12578-99380 | 00380 | 22.00 ZZZ | No | PIMIENTO DE COCINAR | 0002 | 23.00000 | 0.00 | 5 | 115.0000 |
| 33383-65500 | 99904 | 30.00 ZZZ | No | TOMATES 3 CT | 0002 | 20.00000 | 0.00 | 4 | 80.00000 |
| 6-12920-45551 | 99905 | 18.00 ZZZ | No | TOMATES 4 CT | 0002 | 20.00000 | 0.00 | 2 | 40.00000 |
| 12578-99449 | 99904 | 25.00 ZZZ | No | TOMATES ENSALADA | 0002 | 16.25000 | 0.00 | 40 | 650.0000 |
| 12578-99470 | 46027 | 18.00 ZZZ | No | UVAS ROJAS | 0002 | 26.00000 | 0.00 | | 0.00000 |
| 12578-99475 | 00475 | 1.00 ZZZ | No | YAUTIA LILA SELECTA | 0002 | 32.00000 | 0.00 | 2 | 64.00000 |
| 33383-66001 | 99904 | 24.00 ZZZ | No | ZANAHORIA CELLO | 0002 | 34.00000 | 0.00 | 1 | 34.00000 |
| 12578-99528 | 99904 | 50.00 ZZZ | No | ZANAHORIA JUMBO | 0002 | 16.00000 | 0.00 | 5 | 80.00000 |
| 12578-99479 | 00479 | 1.00 ZZZ | No | YUCA | 0002 | 17.00000 | 0.00 | 15 | 255.0000 |
| 12578-99374 | 99903 | 40.00 ZZZ | No | PERAS ANJOU SUELTA | 0002 | 35.00000 | 0.00 | 10 | 350.0000 |
| 12578-99105 | 99910 | 24.00 ZZZ | No | AGUACATES | 0002 | 22.00000 | 0.00 | 3 | 66.00000 |
| 33383-08044 | 99903 | 12.00 ZZZ | No | MANZANAS ROJAS 3 LB | 0002 | 23.00000 | 0.00 | 3 | 69.00000 |
| 12578-99361 | 99903 | 1.00 ZZZ | No | POTATO RED LOOSE | 0002 | 25.00000 | 0.00 | 1 | 25.00000 |

| | | Status: Conditional | Sub-Total |
|---|---|---|---|
| Quantity Cases: | 97 | Units: 0  Items Listed: 23 | Amount |
| Quantity Free Cases: | 0 | Units: 0  Taxes: 0.00 | Extended Cost: 2,000.00000 | 2,000.00 |
| Total Qty Rcvd Cases: | 97 | Units: 0  Total w/o Tax 2,000.00 | Off Invoice: 0.00000 | 2,000.00 |
| Qty Returned Cases: | 0 | Units: 0  Misc. Debits: 0.00 | Charge: 0.00000 | 2,000.00 |
| Net Quantity Cases: | 97 | Units: 0  Misc. Credits: 0.00 | Total Credits: 0.00000 | 2,000.00 |
| | | Total Allow: 0.00 | Total Debits: 0.00000 | 2,000.00 |
| Weight: | 0.000 | | Deposits Paid: 0.00000 | 2,000.00 |
| Weight Free: | 0.000 | | Deposits Returned: 0.00000 | 2,000.00 |
| Total Wt Rcvd: | 0.000 | | Excluded Tax: 0.00000 | 2,000.00 |
| Weight | 0.000 | | | |
| Net Weight: | 0.000 | Terms: 0 %  Term Days: 3 | Total: | 2,000.00000 |
| | | Terms Type: No Terms | Vendor Invoice: | 2,016.00000 |
| | | | Difference: | 16.00000 |
| | | | Total with Terms: | 2,000.00000 |

Approval Signature: _____  Receiver Signature: _____

Value at Retail: 698.68000  
Net Cost for GM: 2,000.00000  
Gross Margin: -186.25

Page: 1

User ID: CARLOS