B6F (Official Form 6F) (12/07)   - Cont.

In re A. CORDERO BADILLO, INC. _____,     Case No. 10-10705-SEK11 ____

Debtor(s)                                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address Including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: | | | 9/28/2010 | | | | $ 75,609.04 |
| Creditor # : 203 FRITO-LAY CARIBBEAN GPO BOX 70276 San Juan PR 00936 | | | INVENTORY   PURCHASES (GROCERY) | | | | |
| Account No: | | | 9/28/2010 | | | | $ 1,100.00 |
| Creditor # : 204 FRUTERRY BARN 18 CALLE GUAYAMA SUITE 1 San Juan PR 00917 | | | DELI INVENTORY PURCHASES | | | | |
| Account No: | | | 9/28/2010 | | | | $ 19,685.00 |
| Creditor # : 205 FUSION WORKS, INC. #120 AVE CONDADO PICO CENTER SUITE 102 San Juan PR 00907-2755 | | | INFORMATION TECHNOLOGY SERVICES | | | | |
| Account No: | | | 9/28/2010 | | | | $ 1,179.88 |
| Creditor # : 206 GARAGE ISLA VERDE, INC. AVE BALDORIOTY DE CASTRO KM 10.3 MARGINAL RR #1 BOX 29 Carolina PR 00979 | | | AUTO MAINTENANCE | | | | |
| Account No: | | | 9/28/2010 | | | | $ 41,061.09 |
| Creditor # : 207 GARRIDO & CO., INC. PO BOX 70220 San Juan PR 00936-9330 | | | INVENTORY   PURCHASES (GROCERY) | | | | |
| Account No: | | | 9/28/2010 | | | | $ 3,346.96 |
| Creditor # : 208 GAS REPAIR EQUIPMENT CALLE 7 NE #332 PUERTO NUEVO San Juan PR 00920 | | | REPAIRS AND MAINTENANCE | | | | |

Sheet No. 34 of 94 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 141,981.97

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re A. CORDERO BADILLO, INC. _____,   Case No. 10-10705-SEK11 _____
                  **Debtor(s)**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 209<br>GENERAL CANDY IMPORTS<br>PO BOX 9418<br>Caguas PR 00726-9418 | | | 9/28/2010<br>INVENTORY  PURCHASES (GROCERY) | | | | $ 2,516.62 |
| Account No:<br>Creditor # : 210<br>GENERAL WHOLESALERS, INC.<br>PO BOX 1739<br>Trujillo Alto PR 00977 | | | 9/28/2010<br>INVENTORY  PURCHASES (GROCERY) | | | | $ 813.85 |
| Account No:<br>Creditor # : 211<br>GESCO ALARM SYSTEMS<br>PO BOX 2110<br>Bayamon PR 00960 | | | 9/28/2010<br>ALARM SYSTEM SERVICES | | | | $ 12,935.30 |
| Account No:<br>Creditor # : 212<br>GILBERTO MARRERO-A7-D2DP-95-07<br>DPTO. TRABAJO Y REC. HUMANOS<br>PO BOX 239<br>Carolina PR 00986 | | | 04/03/2008<br>LABOR ARBITRATION<br>CASE NO. A7-D2-DP-95-07 | X | X | X | $ 1.00 |
| Account No:<br>Creditor # : 213<br>GIS OF PUERTO RICO, INC.<br>2000 CARR. 8177, SUITE 26<br>PO BOX 207<br>Guaynabo PR 00966-3762 | | | 9/28/2010<br>INVENTORY  PURCHASES (GROCERY) | | | | $ 15,587.30 |
| Account No:<br>Creditor # : 214<br>GLAXO SMITHKLINE<br>PO BOX 71591<br>San Juan PR 00936-8691 | | | 9/28/2010<br>MERCHANDISE INVENTORY PURCHASES | | | | $ 21,760.79 |

Sheet No. 35 of 94 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 53,614.86

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re A. CORDERO BADILLO, INC. _____,   Case No. 10-10705-SEK11 _____
           Debtor(s)                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 215<br>GLOBAL BAKERY CORP.<br>PO BOX 244<br>Puerto Real PR 00740-0244 | | | 9/28/2010<br>DELI INVENTORY PURCHASES | | | | $ 1,228.95 |
| Account No:<br>Creditor # : 216<br>GLORIA DELGADO<br>C/O LCDA. EVELYN SANTIAGO<br>PO BOX 30744<br>San Juan PR 00929-1744 | | | 07/14/2010<br>EXTRAJUDICIAL CLAIM | X | X | X | $ 1.00 |
| Account No:<br>Creditor # : 217<br>GM SECURITY TECHNOLOGIES<br>PO BOX 365051<br>San Juan PR 00936-5051 | | | 9/28/2010<br>INFORMATION TECHNOLOGY SERVICES | | | | $ 41,831.14 |
| Account No:<br>Creditor # : 218<br>GOLDENWHIPP DISTRIBUTOR<br>PMB 138<br>AVE ESMERALDA #405<br>Guaynabo PR 00969 | | | 9/28/2010<br>INVENTORY  PURCHASES (GROCERY) | | | | $ 1,667.05 |
| Account No:<br>Creditor # : 219<br>GONZALEZ TRADING<br>PO BOX 364884<br>San Juan PR 00936-4884 | | | 9/28/2010<br>MAINTENANCE AND REPAIRS | | | | $ 1,298.13 |
| Account No:<br>Creditor # : 220<br>GRAINGER CARIBE, INC.<br>105 AVE CONQUISTADORES<br>Catano PR 00962 | | | 9/28/2010<br>MAINTENANCE AND REPAIRS | | | | $ 2,234.04 |

Sheet No. 36 of 94 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $           $ 48,260.31

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re A. CORDERO BADILLO, INC. ,    Case No. 10-10705-SEK11
_____
**Debtor(s)**             (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See Instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 221<br>GRAND AUTO PART<br>PO BOX 192244<br>San Juan PR 00919-2244 | | | 9/28/2010<br>MISCELLANEOUS INVENTORY PURCHASES | | | | $ 5,961.77 |
| Account No:<br>Creditor # : 222<br>GRANIX ARGENTINA FOOD<br>WACHOVIA BANK N.A. ATN:FL 8044<br>PO BOX 522817<br>Miami FL 33152-2817 | | | 9/28/2010<br>INVENTORY  PURCHASES (GROCERY) | | | | $ 15,178.35 |
| Account No:<br>Creditor # : 223<br>GRANOSA CORPORATION<br>PO BOX 11433<br>San Juan PR 00922 | | | 9/28/2010<br>INVENTORY  PURCHASES (GROCERY) | | | | $ 5,075.03 |
| Account No:<br>Creditor # : 224<br>GREAT CARIBBEAN INVESTMENTS<br>C/O LCDO. CARLOS QUILICHINI<br>PO BOX 9020895<br>San Juan PR 00902-0895 | | | 05/06/2010<br>SUIT FOR MONEY COLLECTION<br>CIVIL NO. JAC 2010-0228 | X | X | X | $ 1.00 |
| Account No:<br>Creditor # : 225<br>GUIA ACTUALIZADA<br>HC 4 BOX 42767<br>Aguadilla PR 00603 | | | 9/28/2010<br>MISCELLANEOUS INVENTORY PURCHASES | | | | $ 2,679.75 |
| Account No:<br>Creditor # : 226<br>GUILLERMO FONSECA<br>C/O LCDO. FREDESWIN PEREZ<br>PARAISO D GURABO 32 SOL D LUNA<br>Gurabo PR 00778-3741 | | | 11/21/2007<br>LABOR SUIT<br>CIVIL NO. EPE 2007-0702 | X | X | X | $ 1.00 |

Sheet No. 37 of 94 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 28,896.90

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re A. CORDERO BADILLO, INC.                    ,          Case No. 10-10705-SEK11
                    **Debtor(s)**                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>**Creditor # : 227**<br>HACIENDA CENTRAL<br>HC-20 BOX 10715<br>Juncos PR 00777 | | | 9/28/2010<br>INVENTORY PURCHASES (GROCERY) | | | | $ 34,893.60 |
| Account No:<br>**Creditor # : 228**<br>HARRY CLAUDIO-A8-D1-DP-0529-07<br>DPTO. TRABAJO Y REC. HUMANOS<br>APARATADO 1057<br>Bayamon PR 00960 | | | 05/20/2009<br>LABOR ARBITRATION<br>CASE NO. A8-D1-DP-0529-07 | X | X | X | $ 1.00 |
| Account No:<br>**Creditor # : 229**<br>HECTOR LOPEZ<br>C/O LCDO. HECTOR A. CORTES<br>PO BOX 896<br>Arecibo PR 00613 | | | 06/22/2010<br>LABOR SUIT<br>CIVIL NO. CPE2010-0202 | X | X | X | $ 1.00 |
| Account No:<br>**Creditor # : 230**<br>HECTOR RIOS<br>501 GUANILLA ST<br>BOX 5<br>San Juan PR 00923 | | | 9/28/2010<br>NEWSPAPER INVENTORY | | | | $ 99.00 |
| Account No:<br>**Creditor # : 231**<br>HERBA PUERTO RICO, LLC<br>PMB 139<br>PO BOX 194000<br>San Juan PR 00919-4000 | | | 9/28/2010<br>INVENTORY PURCHASES (GROCERY) | | | | $ 1,655.05 |
| Account No:<br>**Creditor # : 232**<br>HILDA SOTO<br>C/O LCDO. CARLOS VICKY MORELL<br>APARTADO 8247<br>Caguas PR 00726 | | | 09/16/2009<br>SUIT FOR DAMAGES<br>CIVIL NO. EDP2009-0339 | X | X | X | $ 1.00 |

Sheet No. 38 of 94 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 36,650.65

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re A. CORDERO BADILLO, INC. _____,    Case No. 10-10705-SEK11 _____
                    **Debtor(s)**                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 233 <br> HILEX POLY CO., LLC <br> PO BOX 63347 <br> Charlotte NC 28263-3347 | | | 9/28/2010 <br> MISCELLANEOUS INVENTORY PURCHASES | | | | $ 49,484.16 |
| Account No: <br> Creditor # : 234 <br> HIRAM ROJAS <br> PO BOX 195 <br> Garrochales PR 00652 | | | 9/28/2010 <br> VEGETABLES &  FRUITS INVENTORY PURCHASES | | | | $ 7,035.35 |
| Account No: <br> Creditor # : 235 <br> HOBART SALES & SERVICE <br> PO BOX 11912 <br> CAPARRA HEIGHTS <br> San Juan PR 00922 | | | 9/28/2010 <br> INDUSTRIAL EQUIPMENT | | | | $ 1,024.57 |
| Account No: <br> Creditor # : 236 <br> HORIZON LINES, LLC <br> GPO BOX 3671345 <br> San Juan PR 00936 | | | 9/28/2010 <br> TRANSPORTATION SERVICES | | | | $ 8,608.00 |
| Account No: <br> Creditor # : 237 <br> I. REMBALSKY, INC. <br> PO BOX 9567 <br> San Juan PR 00908 | | | 9/28/2010 <br> MERCHANDISE INVENTORY PURCHASES | | | | $ 172.10 |
| Account No: <br> Creditor # : 238 <br> INCOMM <br> 111 CARR.#2 KM 7.4, SUITE 201 <br> Guaynabo PR 00966 | | | 09/05/2010 <br> CELLPHONE PREPAID CARDS PURCHASED BY CUSTOMERS | | | | $ 6,284.35 |

Sheet No. 39 of 94 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 72,608.53

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re A. CORDERO BADILLO, INC. _____,   Case No. 10-10705-SEK11 ____
       **Debtor(s)**                                           (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 239<br>INCOMM<br>111 CARR.#2 KM 7.4, SUITE 201<br>Guaynabo PR 00966 | | | 9/28/2010<br>PREPAID CALL CARDS SUPPLIER | | | | $ 30,227.37 |
| Account No:<br>Creditor # : 240<br>INDUSTRIA LECHERA DE PR, INC.<br>C/O LCDA. VANESSA MEDINA<br>PO BOX 190095<br>San Juan PR 00919-0095 | | | 06/02/2010<br>EXTRAJUDICIAL CLAIM | X | X | X | $ 1.00 |
| Account No:<br>Creditor # : 241<br>INFOMAX CORPORATION<br>AVE. PINERO #299<br>San Juan PR 00927 | | | 9/28/2010<br>INFORMATION TECHNOLOGY SERVICES | | | | $ 4,422.20 |
| Account No:<br>Creditor # : 242<br>IN-MAR TRADING, INC.<br>PO BOX 51486<br>Toa Baja PR 00950 | | | 9/28/2010<br>MERCHANDISE INVENTORY PURCHASES | | | | $ 240.80 |
| Account No:<br>Creditor # : 243<br>INOVIS, INC.<br>PO BOX 198145<br>Atlanta GA 30384-8145 | | | 9/28/2010<br>INFORMATION TECHNOLOGY SERVICES | | | | $ 1,500.00 |
| Account No:<br>Creditor # : 244<br>INSULAR TRADING CO., INC.<br>PO BOX 3069<br>Vega Alta PR 00692 | | | 9/28/2010<br>MISCELLANEOUS INVENTORY PURCHASES | | | | $ 589.16 |

Sheet No. 40 of 94 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 36,980.53
Total $
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re A. CORDERO BADILLO, INC.                   ,        Case No. 10-10705-SEK11

            **Debtor(s)**                                                     (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: | | | 9/28/2010 | | | | $ 2,157.12 |
| Creditor # : 245 INTER STRAP PACKAGING PO BOX 12367 LOIZA STREET STATION San Juan PR 00914-0372 | | | MISCELLANEOUS INVENTORY PURCHASES | | | | |
| Account No: | | | 9/28/2010 | | | | $ 5,224.05 |
| Creditor # : 246 INTERNATIONAL GROCERY DISTRIBUTORS PO BOX 364564 San Juan PR 00936-4564 | | | INVENTORY PURCHASES (GROCERY) | | | | |
| Account No: | | | 9/28/2010 | | | | $ 303.72 |
| Creditor # : 247 INTER-WORLD CUSTOM BROKER PO BOX 9023568 San Juan PR 00902-3568 | | | CARGO & TRADE SERVICES | | | | |
| Account No: | | | 9/28/2010 | | | | $ 750.00 |
| Creditor # : 248 INT'L. SAFE DEPOSIT & COURIER COURIER SERVICES, CORP. B-5 C/TABONUCO, #216 PMB 353 Guaynabo PR 00968 | | | INFORMATION TECHNOLOGY SERVICES | | | | |
| Account No: | | | 9/28/2010 | | | | $ 33,263.00 |
| Creditor # : 249 INT'L.TRANSPORT LOGISTICS,INC. 9485 REGENCY SQUARE BOULEVARD SUITE 415 Jacksonville FL 32225 | | | TRANSPORTATION SERVICES | | | | |
| Account No: | | | 9/28/2010 | | | | $ 8,325.00 |
| Creditor # : 250 INVATRON SYSTEMS CORP. 5710 TIMBERLEA BLVD SUITE 201 Mississauga Ontario L4W 1W4 | | | INFORMATION TECHNOLOGY SERVICES | | | | |

Sheet No. 41 of 94 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 50,022.89

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re  A. CORDERO BADILLO, INC. _____ ,      Case No. _10-10705-SEK11_
                  **Debtor(s)**                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 251<br>IRENE COLON MARTINEZ<br>C/O LCDO. LUIS G. CABRERA<br>PO BOX 6648<br>Caguas PR 00726-6648 | | | 9/28/2010<br>BALANCE OF SETTLEMENT AGREEMENT<br>IN CIVIL NO. FDP07-0480 | | | | $ 20,000.00 |
| Account No:<br>Creditor # : 252<br>IRMA ALVARADO<br>C/O LCDA. GLORIA E. BORGES<br>PO BOX 3000 SUITE 323<br>Coamo PR 00769 | | | 10/09/2009<br>SUIT FOR DAMAGES<br>CIVIL NO. B2CI 2009-1426 | X | X | X | $ 1.00 |
| Account No:<br>Creditor # : 253<br>ISRAEL DIAZ-A5-D1-DP-218-06<br>DPTO. TRABAJO Y REC. HUMANOS<br>PO BOX 488<br>Caguas PR 00726-0488 | | | 06/29/07<br>LABOR ARBITRATION<br>CASE NO. A5-D1-DP-218-06 | X | X | X | $ 1.00 |
| Account No:<br>Creditor # : 254<br>ITG<br>PO BOX 365024<br>San Juan PR 00936-5024 | | | 10/31/2010<br>INFORMATION TECHNOLOGY SERVICES | | | | $ 10,056.25 |
| Account No:<br>Creditor # : 255<br>IVAN GONZALEZ<br>C/O LCDO. FELIX A. VILLANUEA<br>HC-59 BOX 5260<br>Aguada PR 00602 | | | 05/04/2010<br>EXTRAJUDICIAL CLAIM | X | X | X | $ 1.00 |
| Account No:<br>Creditor # : 256<br>IVETTE OCASIO<br>C/O LCDO. ERIC M. PAGAN<br>AVE. LAUREL AQ-26,STA. JUANITA<br>Bayamon PR 00956 | | | 08/27/2010<br>SUIT FOR DAMAGES<br>CIVIL NO.DDP2010-0730 | X | X | X | $ 1.00 |

Sheet No. _42_ of _94_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 30,060.25

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re A. CORDERO BADILLO, INC. _____,      Case No. 10-10705-SEK11
                    **Debtor(s)**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 257 J.J.J. RANCH PO BOX 161 San Lorenzo PR 00754 | | | 9/28/2010 MEAT INVENTORIES PURCHASES | | | | $ 6,488.77 |
| Account No: Creditor # : 258 J.N. REFRIGERATION COMERCIAL CALLE AMAPOLA S-47 URB. LOMAS VERDES Bayamon PR 00960 | | | 9/28/2010 REPAIRS AND MAINTENANCE | | | | $ 2,150.00 |
| Account No: Creditor # : 259 JACKELINE RODRIGUEZ C/O LCDO. ALVING RIVERA AVE. MUNOZ RIVERA #83 Santa Isabel PR 00757 | | | 11/23/2009 EXTRAJUDICIAL CLAIM | X | X | X | $ 1.00 |
| Account No: Creditor # : 260 JANET LUZ KENNELL C/O LCDA. GLORIA BORGES PO BOX 3000 SUITE 323 Coamo PR 00769 | | | 08/10/2010 BALANCE OF SETTLEMENT AGREEMENT IN CIVIL NO. B2CI 2009-1344 | | | | $ 3,500.00 |
| Account No: Creditor # : 261 JANICE SOLER C/O LCDO. MILTON J. GARCIA PO BOX 1077 Manati PR 00674 | | | 05/20/2010 EXTRAJUDICIAL CLAIM | X | X | X | $ 1.00 |
| Account No: Creditor # : 262 JB READ MARKETING, INC. ALOSAN DISTRIBUTORS PO BOX 1026 Guaynabo PR 00970-1026 | | | 9/28/2010 VEGETABLES & FRUITS INVENTORY | | | | $ 16,403.20 |

Sheet No. 43 of 94 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 28,543.97

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re A. CORDERO BADILLO, INC.                                      ,        Case No. 10-10705-SEK11
_____
                    **Debtor(s)**                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See Instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 263 JD REPAIR SERVICES PMB 2510  BOX 14 Trujillo Alto PR 00977 | | | 9/28/2010 REPAIRS AND MAINTENANCE | | | | $ 81,020.20 |
| Account No: Creditor # : 264 J-G CORP. AVE JESUS T PINERO 1745 San Juan PR 00920 | | | 9/28/2010 MERCHANDISE INVENTORY PURCHASES | | | | $ 7,856.00 |
| Account No: Creditor # : 265 JOEL RIVERA-A5-D1-DP-249-06 DPTO. TRABAJO Y REC. HUMANOS PO BOX 488 Caguas PR 00726-0488 | | | 06/29/07 LABOR ARBITRATION CASE NO. A5-D1-DP-249-06 | X | X | X | $ 1.00 |
| Account No: Creditor # : 266 JOHANNA SEPULVEDA-uada60256cm C/O DPTO.TRABAJO REC. HUMANOS EDIF. 828 AVE HOSTOS, STE.301 Mayaguez PR 00682-1536 | | | 05/01/2006 LABOR ARBITRATION CASE NO. UADA60256CM/16H200602136C | X | X | X | $ 1.00 |
| Account No: Creditor # : 267 JOHNSON & JOHNSON H.S.A. PO BOX 71463 Catano PR 00963-8563 | | | 9/28/2010 MISCELLANEOUS INVENTORY PURCHASES | | | | $ 6,828.84 |
| Account No: Creditor # : 268 JOHNSON CONTROLS OF PR PO BOX 3419 Carolina PR 00984-3419 | | | 9/28/2010 REPAIRS AND MAINTENANCE | | | | $ 9,844.00 |

Sheet No. 44 of 94 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 105,551.04

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re A. CORDERO BADILLO, INC. _____,   Case No. 10-10705-SEK11 ____
                    **Debtor(s)**                                           (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 269<br>JORGE DAVID GONZALEZ<br>C/O LCDO. JOSE PORBEN<br>PO BOX 364624<br>San Juan PR 00936-4624 | | | 01/27/2010<br>SUIT FOR DAMAGES<br>CIVIL NO. B2CI201000079 | X | X | X | $ 1.00 |
| Account No:<br>Creditor # : 270<br>JORIMAR VELEZ TORRES<br>EXT. VILLA MILAGROS<br>C/RENE ALFONSO #38<br>Yauco PR 00698 | | | 04/06/2010<br>EXTRAJUDICIAL CLAIM | X | X | X | $ 1.00 |
| Account No:<br>Creditor # : 271<br>JOSE A. VEGA<br>C/O LCDO. DAVID F. CASTILLO<br>1506 PASEO FAGOT STE.3<br>Ponce PR 00716-2302 | | | 05/17/2010<br>LABOR SUIT<br>CIVIL NO. JPE 2010-0365 | X | X | X | $ 1.00 |
| Account No:<br>Creditor # : 272<br>JOSE CRUZ RENTAS<br>C/O LCDO. JOHN DONATO<br>PO BOX 364522<br>San Juan PR 00936-4522 | | | 09/13/2006<br>SUIT FOR DAMAGES<br>CIVIL NO. DKDP 1004 060572 | X | X | X | $ 1.00 |
| Account No:<br>Creditor # : 273<br>JOSE CRUZ-A5-D1-DP-29-08<br>DPTO. TRABAJO Y REC. HUMANOS<br>PO BOX 488<br>Caguas PR 00726-0488 | | | 09/18/2008<br>LABOR ARBITRATION<br>CASE NO. A5-D1-DP-29-08 | X | X | X | $ 1.00 |
| Account No:<br>Creditor # : 274<br>JOSE L. RODRIGUEZ<br>HC 04  BOX 41759<br>Mayaguez PR 00680 | | | 9/28/2010<br>MISCELLANEOUS INVENTORY PURCHASES | | | | $ 3,135.00 |

Sheet No. 45 of 94 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 3,140.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re A. CORDERO BADILLO, INC.        Case No. 10-10705-SEK11

|  | Debtor(s) | | | (if known) |
|---|---|---|---|---|

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 275 JOSE MALGOR & CO., INC. PO BOX 9021904 San Juan PR 00902-1904 | | | 9/28/2010 MEAT INVENTORIES PURCHASES | | | | $ 10,837.05 |
| Account No: Creditor # : 276 JOSE MIGUEL C/O LCDO. ARIEL IRIZARRY PO BOX 5399 Yauco PR 00698-5399 | | | 05/03/2010 LABOR SUIT CIVIL NO. I3CI201000299 | X | X | X | $ 1.00 |
| Account No: Creditor # : 277 JOSE SANTIAGO, INC. PO BOX 191795 San Juan PR 00919-1795 | | | 9/28/2010 INVENTORY PURCHASES (GROCERY) | | | | $ 127.83 |
| Account No: Creditor # : 278 JOSE VIDAL-A5-D1-DP-137-09 DPTO. TRABAJO Y REC. HUMANOS PO BOX 488 Caguas PR 00726-0488 | | | 01/15/2010 LABOR ARBITRATION CASE NO. A5-D1-DP-137-09 | X | X | X | $ 1.00 |
| Account No: Creditor # : 279 JOSEFINA GOMEZ CARRION C/O LCDO. JOSE R. TORRES PASEO DEGETAU, APT. 1802 Caguas PR 00727 | | | 04/09/2010 SUIT FOR DAMAGES CIVIL NO. DDP 2010-0276 | X | X | X | $ 1.00 |
| Account No: Creditor # : 280 JR HIDROPONICO MAYAGUESANO PO BOX 7999 PMB 1125 Mayaguez PR 00680 | | | 9/28/2010 VEGETABLES & FRUITS INVENTORY PURCHASES | | | | $ 45,713.70 |

Sheet No. 46 of 94 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 56,681.58

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re A. CORDERO BADILLO, INC. , Case No. 10-10705-SEK11
Debtor(s) (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 281<br>JRH INTERNATIONAL<br>PO BOX 194546<br>San Juan PR 00919-4546 | | | 9/28/2010<br>INVENTORY PURCHASES (GROCERY) | | | | $ 4,543.59 |
| Account No:<br>Creditor # : 282<br>JUAN CALVENTE-uadau10-468c<br>C/O DPTO.TRABAJO REC. HUMANOS<br>PO BOX 195540<br>San Juan PR 00919-5540 | | | 08/06/2010<br>LABOR ARBITRATION<br>CASE NO. UADAU10-468C; 16H-2010-00611C | X | X | X | $ 1.00 |
| Account No:<br>Creditor # : 283<br>JUAN M. ALONSO<br>C/O LCDO. JOHN CRUZ<br>PMB 229,1507 AVE.PONCE DE LEON<br>San Juan PR 00909 | | | 11/16/2009<br>SUIT FOR DAMAGES<br>CIVIL NO. DDP2009-1014 | X | X | X | $ 1.00 |
| Account No:<br>Creditor # : 284<br>JUAN PAGAN<br>URB LUCHETTI<br>CALLE I E-I<br>Yauco PR 00698 | | | 9/28/2010<br>VEGETABLES & FRUITS INVENTORY PURCHASES | | | | $ 50,639.60 |
| Account No:<br>Creditor # : 285<br>JUAN VELAZQUEZ<br>C/O LCDA. MERCEDES M. REYES<br>762 AVE. SAN PATRICIO<br>San Juan PR 00921 | | | 09/02/2009<br>EXTRAJUDICIAL LABOR CLAIM | X | X | X | $ 1.00 |
| Account No:<br>Creditor # : 286<br>JUANITA TORRES-uadau10-196c<br>C/O DPTO.TRABAJO REC. HUMANOS<br>PO BOX 195540<br>San Juan PR 00919-5540 | | | 04/08/2010<br>LABOR ARBITRATION<br>CASE NO. UADAU10-196C; 16H-2010-00334C | X | X | X | $ 1.00 |

Sheet No. 47 of 94 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ $ 55,187.19

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re A. CORDERO BADILLO, INC. , Case No. 10-10705-SEK11
_____   _____
Debtor(s) (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See Instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:**<br>Creditor # : 287<br>JUAR-GON, CORP.<br>C/O LCDO. RICARDO M. GONZALEZ<br>PO BOX 194948<br>San Juan PR 00919-4948 | | | 11/01/2010<br>SUIT FOR MONEY COLLECTION | X | X | X | $ 7,836.50 |
| **Account No:**<br>Creditor # : 288<br>JUAR-GON, CORP.<br>C/O LCDO. RICARDO M. GONZALEZ<br>PO BOX 194948<br>San Juan PR 00919-4948 | | | 10/05/2010<br>EXTRAJUDICIAL CLAIM | X | X | X | $ 1.00 |
| **Account No:**<br>Creditor # : 289<br>JUDITH PIZARRO ALLENDE<br>C/O LCDA. EVELYN MARQUEZ<br>PO BOX 810386<br>Carolina PR 00981-0386 | | | 0201/2009<br>SUIT FOR DAMAGES<br>CIVIL NO. FDP09-0049 | X | X | X | $ 1.00 |
| **Account No:**<br>Creditor # : 290<br>JULIA VALLES DEL RIO<br>C/O LCDO. ANGEL L. DIAZ<br>APARTADO 5159<br>Caguas PR 00726 | | | 08/17/2010<br>BALANCE OF SETTLEMENT AGREEMENT<br>IN CIVIL NO. DDP 08-0961 | | | | $ 25,000.00 |
| **Account No:**<br>Creditor # : 291<br>JUSTO SOTOMAYOR & CIA<br>PO BOX 36387<br>San Juan PR 00936 | | | 9/28/2010<br>SECURITY SERVICES | | | | $ 2,250.00 |
| **Account No:**<br>Creditor # : 292<br>K. TORO GARRATON, INC.<br>PO BOX 8629<br>San Juan PR 00910 | | | 9/28/2010<br>INVENTORY   PURCHASES (GROCERY) | | | | $ 580.00 |

Sheet No. 48 of 94 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 35,668.50

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re A. CORDERO BADILLO, INC. ,                                      Case No. 10-10705-SEK11
_____                                    _____
          Debtor(s)                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 293<br>KAREN ENID RIVERA<br>C/O LCDA. MARIA ELSA SANCHEZ<br>PO BOX 1393<br>Yauco PR 00698-1393 | | | 06/30/2010<br>EXTRAJUDICIAL CLAIM | X | X | X | $ 1.00 |
| Account No:<br>Creditor # : 294<br>KARLA VICENCIO<br>C/O LCDO. HECTOR SANTIAGO<br>C/ESTEBAN PADILLA 60-E ALTOS<br>Bayamon PR 00959 | | | 08/20/2010<br>BALANCE OF SETTLEMENT AGREEMENT<br>IN CIVIL NO. DDP 08-1130 | | | | $ 12,000.00 |
| Account No:<br>Creditor # : 295<br>KATIRIA REYES-A1 DI DP 0272 07<br>C/O DPTO. TRABAJO REC. HUMANOS<br>PO BOX 21361<br>San Juan PR 00928-1361 | | | 01/20/2009<br>LABOR ARBITRATION<br>CASE NO. A1 DI DP 0272 07 | X | X | X | $ 1.00 |
| Account No:<br>Creditor # : 296<br>KELLOGG'S SNACKS PR<br>PO BOX 50004<br>San Juan PR 00902-0004 | | | 9/28/2010<br>INVENTORY  PURCHASES (GROCERY) | | | | $ 261,733.28 |
| Account No:<br>Creditor # : 297<br>KEY CARGO MARINE, INC.<br>1301 NEWPORT CENTER DR<br>Deerfield Beach FL 33442 | | | 9/28/2010<br>TRANSPORTATION SERVICES | | | | $ 2,281.00 |
| Account No:<br>Creditor # : 298<br>KIMBERLY -CLARK DE PR, INC.<br>PO BOX 71453<br>San Juan PR 00936-8553 | | | 9/28/2010<br>BALANCE OF SETTLEMENT AGREEMENT<br>IN CIVIL NO. DCD 2010-1284 | | | | $ 45,878.89 |

Sheet No. 49 of 94 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 321,895.17

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re A. CORDERO BADILLO, INC. , Case No. 10-10705-SEK11
_____
Debtor(s) (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 299<br>KJ REFRIGERATION & AIR<br>PMB 182-200<br>AVE RAFAEL CORDERO SUITE 140<br>Caguas PR 00725 | | | 9/28/2010<br>MAINTENANCE AND REPAIRS | | | | $ 6,303.00 |
| Account No:<br>Creditor # : 300<br>KMART CORPORATION<br>12664 COLLECTIONS CENTER DRIVE<br>Chicago IL 60693 | | | 9/28/2010<br>RENT ARREARS FAJARDO STORE<br>(SUIT FOR COLLECTION OF MONEY<br>CIVIL NO. KPE 2010-4201) | X | | X | $ 119,668.64 |
| Account No:<br>Creditor # : 301<br>KRAFT FOODS PUERTO RICO, LLC<br>CITI VIEW PLAZA<br>48 ROAD 165,STE 412<br>Guaynabo PR 00968-8033 | | | 9/28/2010<br>DAIRY INVENTORY PURCHASES | | | | $ 195,687.14 |
| Account No:<br>Creditor # : 302<br>L.C. DISTRIBUTORS, INC.<br>PO BOX 361709<br>San Juan PR 00936 | | | 9/28/2010<br>INVENTORY PURCHASES (GROCERY) | | | | $ 9,279.13 |
| Account No:<br>Creditor # : 303<br>LA CASA DE LOS TORNILLOS<br>PO BOX 365047<br>San Juan PR 00936-5047 | | | 9/28/2010<br>MAINTENANCE AND REPAIRS | | | | $ 207.05 |
| Account No:<br>Creditor # : 304<br>LA MONTANA<br>PO BOX 909<br>Saint Just PR 00978 | | | 9/28/2010<br>MERCHANDISE INVENTORY PURCHASES | | | | $ 5,620.20 |

Sheet No. 50 of 94 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ $ 336,765.16

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re A. CORDERO BADILLO, INC. _____,     Case No. 10-10705-SEK11
                    **Debtor(s)**                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 305 LA OROCOVENA BISCUIT C/O ROBERTO BERRIOS PO BOX 2150 Orocovis PR 00720 | | | 08/11/2010 EXTRAJUDICIAL CLAIM | X | X | X | $ 1.00 |
| Account No: Creditor # : 306 LAILA SHWAIKI DIAZ C/O LCDO. JUAN M. FRONTERA 239 AVE. ARTERIAL HOSTOS #305 San Juan PR 00918-1476 | | | 07/02/2008 SUIT FOR DAMAGES CIVIL NO. DDP 2008-0624 | X | X | X | $ 1.00 |
| Account No: Creditor # : 307 LAS FLORES ICE PLANT SECTOR LAS FLORES #55 Rio Grande PR 00745 | | | 9/28/2010 ICE INVENTORY PURCHASES | | | | $ 1,073.00 |
| Account No: Creditor # : 308 LAS MARIAS FARM CORP. C/O LCDO. CARLOS HERNANDEZ PO BOX 5000, STE. 694 Aguada PR 00602 | | | 09/17/2010 EXTRAJUDICIAL CLAIM | X | X | X | $ 1.00 |
| Account No: Creditor # : 309 LASER PRODUCTS, INC. PO BOX 1723 Juncos PR 00777 | | | 9/28/2010 MERCHANDISE INVENTORY PURCHASES | | | | $ 31,295.95 |
| Account No: Creditor # : 310 LAUREL COMPANY FRANCISCO ZUNIGA 1952 URB. FAIRVIEW San Juan PR 00926 | | | 9/28/2010 MISCELLANEOUS INVENTORY PURCHASES | | | | $ 12,798.58 |

Sheet No. 51 of 94 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 45,170.53

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re  A. CORDERO BADILLO, INC. _____ ,     Case No. 10-10705-SEK11 _____
                    **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 311<br>LCDA. CARMEN E RAMOS GONZALEZ<br>PO BOX 5456<br>Caguas PR 00726-5456 | | | 9/28/2010<br>PROFESSIONAL (LEGAL) SERVICES | | | | $ 175.00 |
| Account No:<br>Creditor # : 312<br>LCDA. GLORIA BORGES VALERO<br>PO BOX 3000<br>SUITE 323<br>Coamo PR 00769 | | | 9/28/2010<br>PROFESSIONAL (LEGAL) SERVICES | | | | $ 1,155.00 |
| Account No:<br>Creditor # : 313<br>LCDO. FERNANDO L. RODRIGUEZ<br>PO BOX 1291<br>San Lorenzo PR 00754 | | | 9/28/2010<br>PLAINTIFF'S PROFESSIONAL (LEGAL)<br>SERVICES IN CIVIL NO. E2CI20090583 | | | | $ 5,700.52 |
| Account No:<br>Creditor # : 314<br>LCDO. FRANCISCO J. TORRES DIAZ<br>PO BOX 874<br>Caguas PR 00726-0874 | | | 9/28/2010<br>PROFESSIONAL (LEGAL) SERVICES | | | | $ 1,300.00 |
| Account No:<br>Creditor # : 315<br>LCDO. PEDRO MAYSONET<br>AVE. BARBOSA #115 ALTO<br>Catano PR 00962 | | | 06/25/2010<br>EXTRAJUDICIAL CLAIM | X | X | X | $ 1.00 |
| Account No:<br>Creditor # : 316<br>LCDO. SAMUEL D. COLON ANAYA<br>AVE BETANCES D-11<br>HERMANAS DAVILA<br>Bayamon PR 00959 | | | 9/28/2010<br>PROFESSIONAL (LEGAL) SERVICES | | | | $ 3,960.00 |

Sheet No. 52 of 94 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 12,291.52

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related)

B6F (Official Form 6F) (12/07)  - Cont.

In re  A. CORDERO BADILLO, INC. ,                                    Case No. 10-10705-SEK11
                    **Debtor(s)**                                                   (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:  Creditor # : 317 LE NATURAL, INC. C/O JOSE D. LAZOFF PMB DPT. 388 HC-01, BOX 29030 Caguas PR 00725-8900 | | | 08/27/2010 EXTRAJUDICIAL CLAIM | X | X | X | $ 1.00 |
| Account No:  Creditor # : 318 LE NATURAL, INC. PMB DPT. 388 HC-01 BOX 29030 Caguas PR 00725-8900 | | | 9/28/2010 MISCELLANEOUS INVENTORY PURCHASES | | | | $ 2,979.40 |
| Account No:  Creditor # : 319 LEGNA SERRANO C/O LCDO. LUIS GERVITZ 500 AVE. MUNOZ RIVERA, ST.220 San Juan PR 00918 | | | 12/16/2009 SUIT FOR DAMAGES CIVIL NO. DDP-2009-1119 | X | X | X | $ 1.00 |
| Account No:  Creditor # : 320 LENNICK BERMUDEZ C/O LCDA. MADY MUNOZ APARTADO 9020192 San Juan PR 00902-0192 | | | 05/22/2009 SUIT  FOR DAMAGES IN CIVIL NO. G4CI200800185(202) | X | X | X | $ 1.00 |
| Account No:  Creditor # : 321 LETT US ONE CORP. PO BOX 6578 LOIZA STATION San Juan PR 00914 | | | 9/28/2010 VEGETABLES &  FRUITS INVENTORY PURCHASES | | | | $ 556.80 |
| Account No:  Creditor # : 322 LIANA FOODS, INC. MSC #408 2135 CARR 2  SUITE 15 Bayamon PR 00959-5259 | | | 9/28/2010 MEAT INVENTORIES PURCHASES | | | | $ 18,826.86 |

Sheet No. __53__ of __94__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 22,366.06

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re A. CORDERO BADILLO, INC.                 ,     Case No. 10-10705-SEK11
                 **Debtor(s)**                                             (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 323<br>LIDESTRI FOODS, INC.<br>815 WEST WHITNEY ROAD<br>Fairport NY 14450-1030 | | | 9/28/2010<br>MISCELLANEOUS INVENTORY PURCHASES | | | | $ 38,864.88 |
| Account No:<br>Creditor # : 324<br>LIDIAGRAMA<br>PO BOX 2407<br>Vega Baja PR 00694 | | | 9/28/2010<br>MISCELLANEOUS INVENTORY PURCHASES | | | | $ 6,121.32 |
| Account No:<br>Creditor # : 325<br>LIFT TRUCKS & PARTS, INC.<br>PO BOX 6779<br>Caguas PR 00726-6779 | | | 9/28/2010<br>REPAIRS AND MAINTENANCE | | | | $ 2,386.77 |
| Account No:<br>Creditor # : 326<br>LIGHT GAS CORP.<br>PO BOX 1155<br>Salinas PR 00751 | | | 9/28/2010<br>PROPANE GAS SUPPLIER | | | | $ 8,030.25 |
| Account No:<br>Creditor # : 327<br>LIGHTMASTER COMPANY<br>PO BOX 4529<br>Carolina PR 00984-4529 | | | 9/28/2010<br>REPAIRS AND MAINTENANCE | | | | $ 204.80 |
| Account No:<br>Creditor # : 328<br>LILLIAM ROJAS CRUZADO<br>C/O LCDO. RAMON ENRIQUEZ<br>PO BOX 9024226<br>San Juan PR 00902-4226 | | | 11/24/2008<br>SUIT FOR DAMAGES<br>CIVIL NO. FDP08-0464 (403) | X | X | X | $ 1.00 |

Sheet No. 54 of 94 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $       $ 55,609.02

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re  A. CORDERO BADILLO, INC. _____,   Case No. _10-10705-SEK11_____
                        **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 329 LIONEL ZANABRIA C/O LCDO. NORMAN VELAZQUEZ APARATADO 801400 Coto Laurel PR 00780-1400 | | | 08/18/2008 LABOR SUIT CIVIL NO. G4CI200800289 | X | X | X | $ 1.00 |
| Account No: Creditor # : 330 LIQUID CAPITAL EXCHANGE PO BOX 17000 Greenville SC 29606 | | | 9/28/2010 FINANCIAL SERVICES PROVIDER (FACTORS) | | | | $ 11,834.23 |
| Account No: Creditor # : 331 LISELA LIZARDI C/O LCDO. FERNANDO RODRIGUEZ PO BOX 1291 San Lorenzo PR 00754 | | | 9/28/2010 BALANCE OF SETTLEMENT AGREEMENT IN CIVIL NO. E2CI20090583 | | | | $ 14,299.48 |
| Account No: Creditor # : 332 LOS GENUINOS CALLE COMERIO #454 Bayamon PR 00959-5459 | | | 9/28/2010 DELI INVENTORY PURCHASES | | | | $ 7,167.35 |
| Account No: Creditor # : 333 LOS MUCHACHOS BAKERY PO BOX 7225 Ponce PR 00732-7225 | | | 9/28/2010 DELI INVENTORY PURCHASES | | | | $ 39,600.75 |
| Account No: Creditor # : 334 LUIS A. FRANCO-A4-D2-DP-121 05 DPTO. TRABAJO Y REC. HUMANOS 60 C/PUERTO VIEJO, PLAYA Ponce PR 00716 | | | 06/27/2007 LABOR ARBITRATION CASE NO. A4-D2-DP-121(05) | X | X | X | $ 1.00 |

Sheet No. _55_ of  _94_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 72,903.81

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re  A.  CORDERO BADILLO,  INC.                                    ,          Case No. 10-10705-SEK11
                          Debtor(s)                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 335<br>LUIS A. MATEO<br>C/O LCDA. NORMA I. PASSALACQUA<br>C/OBISPO SALAMANCA #1-A<br>Coamo PR 00769 | | | 06/03/2010<br>EXTRAJUDICIAL CLAIM | X | X | X | $ 1.00 |
| Account No:<br>Creditor # : 336<br>LUIS COTTO HERNANDEZ<br>C/O LCDO. HERIBERTO MARTINEZ<br>PO BOX 22<br>Caguas PR 00726 | | | 03/02/2009<br>SUIT FOR DAMAGES<br>CIVIL NO. EOP 2009-0108 | X | X | X | $ 1.00 |
| Account No:<br>Creditor # : 337<br>LUIS GARRATON, INC.<br>GPO BOX 2984<br>San Juan PR 00936 | | | 9/28/2010<br>MISCELLANEOUS INVENTORY PURCHASES | | | | $ 24,160.28 |
| Account No:<br>Creditor # : 338<br>LUZ C. AQUINO<br>C/O LCDO. JORGE R. DIAZ<br>ROLLING HILLS F-222 C/E.U.<br>Carolina PR 00987 | | | 12/15/2009<br>SUIT FOR DAMAGES<br>CIVIL NO. FEC1200902329 | X | X | X | $ 1.00 |
| Account No:<br>Creditor # : 339<br>LUZ ENEIDA NIEVES<br>C/O LCDO. JORGE MELENDEZ<br>MUNOZ RIVERA #48, PO BOX 2518<br>Toa Baja PR 00951 | | | 06/03/2010<br>EXTRAJUDICIAL CLAIM | X | X | X | $ 1.00 |
| Account No:<br>Creditor # : 340<br>LUZ M. COSME<br>C/O LCDO. EFRAIN A. GARCIA<br>PMB 083 PO BOX 8901<br>Hatillo PR 00659 | | | 06/04/2010<br>EXTRAJUDICIAL CLAIM | X | X | X | $ 1.00 |

Sheet No. _56_ of _94_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 24,165.28

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re  A. CORDERO BADILLO, INC. _____,        Case No. _10-10705-SEK11_____
                    **Debtor(s)**                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 341<br>LUZ M. GUZMAN<br>C/O LCDA. BLANCA RUPERTO<br>PO BOX 191463<br>San Juan PR 00919-1463 | | | 06/05/2008<br>SUIT FOR DAMAGES<br>CIVIL NO. FDP08-0203 | X | X | X | $ 1.00 |
| Account No:<br>Creditor # : 342<br>LUZ MARIA RUIZ<br>C/O LCDO. MAXIMINO MALDONADO<br>HC 01 BOX 6339<br>Las Piedras PR 00771 | | | 10/02/2009<br>EXTRAJUDICIAL CLAIM | X | X | X | $ 1.00 |
| Account No:<br>Creditor # : 343<br>LUZ PEREZ-uadau10-350c<br>C/O DPTO.TRABAJO REC. HUMANOS<br>PO BOX 195540<br>San Juan PR 00919-5540 | | | 06/17/2010<br>LABOR ARBITRATION<br>CASE NO. UADAU10-350C; 16H-2010-00493C | X | X | X | $ 1.00 |
| Account No:<br>Creditor # : 344<br>LUZ RAQUEL COLON<br>C/O LCDO. JOSE E. RAMIREZ<br>PO BOX 195491<br>San Juan PR 00919-5491 | | | 04/02/2008<br>SUIT FOR DAMAGES<br>CIVIL NO. KDP08-0436 | X | X | X | $ 1.00 |
| Account No:<br>Creditor # : 345<br>LYDIA E. RODRIGUEZ<br>C/O LCDO. LUIS M. ORTEGA<br>PO BOX 9023998<br>San Juan PR 00902-3998 | | | 12/29/2009<br>EXTRAJUDICIAL CLAIM | X | X | X | $ 1.00 |
| Account No:<br>Creditor # : 346<br>LYDIA MONTALVO<br>C/O LCDA. ALEXANDRA PEREZ<br>PO BOX 1466<br>Mayaguez PR 00681-1466 | | | 05/06/2010<br>SUIT FOR DAMAGES<br>CIVIL NO. ISCI 201000667 | X | X | X | $ 1.00 |

Sheet No. __57__ of __94__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 6.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re A. CORDERO BADILLO, INC. _____,   Case No. 10-10705-SEK11
                    **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 347 LYNN LATIMER GUADALUPE C/O LCDO. MANUEL MEDINA PO BOX 22435 San Juan PR 00931 | | | 06/15/2009 SUIT FOR DAMAGES CIVIL NO. FDP09-0267 | X | X | X | $ 1.00 |
| Account No: Creditor # : 348 M. CUEVAS, INC. PMB 169 PO BOX 7891 Guaynabo PR 00970-7891 | | | 9/28/2010 MISCELLANEOUS INVENTORY PURCHASES | | | | $ 36,376.52 |
| Account No: Creditor # : 349 M.A. ESTEVES, INC. 48 STREET SE #1272 URB. LA RIVIERA San Juan PR 00921 | | | 9/28/2010 OFFICE SUPPLIES AND FURNITURE | | | | $ 5,972.02 |
| Account No: Creditor # : 350 MADELINE MORALES DIAZ C/O LCDO. MIGUEL A. OLMEDO MSC 914 AVE. W. CHURCHILL 138 San Juan PR 00926 | | | 07/26/2006 SUIT FOR DAMAGES CIVIL NO. FDP 06-0360 | X | X | X | $ 1.00 |
| Account No: Creditor # : 351 MAGALY MARTINEZ C/O LCDO. LUIS B. MUNIZ CALLE PABLO CASALS 136 Mayaguez PR 00680 | | | 03/17/2010 EXTRAJUDICIAL CLAIM | X | X | X | $ 1.00 |
| Account No: Creditor # : 352 MALGOR & CO., INC. PO BOX 366 Catano PR 00963-0366 | | | 9/28/2010 INVENTORY  PURCHASES (GROCERY) | | | | $ 58,412.12 |

Sheet No. 58 of   94 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 100,763.66

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re A. CORDERO BADILLO, INC. _____,   Case No. 10-10705-SEK11 _____
                    **Debtor(s)**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 353 MANI MANI TOSTADO AMILCAR LOZADA PO BOX 312 Cabo Rojo PR 00623 | | | 9/28/2010 INVENTORY  PURCHASES (GROCERY) | | | | $ 1,448.20 |
| Account No: Creditor # : 354 MARA ESCUDERO C/O LCDO. EDGAR ANDUJAR PO BOX 191407 San Juan PR 00919-1407 | | | 03/02/2010 SUIT FOR DAMAGES CIVIL NO.KDP10-0251 | X | X | X | $ 1.00 |
| Account No: Creditor # : 355 MARANGELIS REYES-A4-D1-DP-4308 DPTO. TRABAJO Y REC. HUMANOS 60 C/PUERTO VIEJO, PLAYA Ponce PR 00716 | | | 02/12/2009 LABOR ARBITRATION CASE NO. A4-D1-DP-43(08) | X | X | X | $ 1.00 |
| Account No: Creditor # : 356 MARGARITA VERDEJO C/O LCDO. ALFREDO CRUZ BOX 262, SAN CLAUDIO MAIL ST. San Juan PR 00926 | | | 10/26/2009 SUIT FOR DAMAGES CIVIL NO. FCD09-2179 | X | X | X | $ 1.00 |
| Account No: Creditor # : 357 MARIA CRISTINA GONZALEZ C/O LCDA. ADALYS E. DIAZ PO BOX 362132 San Juan PR 00936-2132 | | | 03/25/2010 SUIT FOR DAMAGES CIVIL NO.CDP 2010-0075 | X | X | X | $ 1.00 |
| Account No: Creditor # : 358 MARIA DEL C. RIVERA C/O PEREZ & CORDERO LAW OFFICE 14 CALLE CORONEL Isabela PR 00662 | | | 08/04/2009 SUIT FOR DAMAGES CIVIL NO. CIDP2009-0020 | X | X | X | $ 1.00 |

Sheet No. 59 of 94 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 1,453.20

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re A. CORDERO BADILLO, INC. _____ ,   Case No. 10-10705-SEK11 _____
                    **Debtor(s)**                                           (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 359 <br> MARIA DEL PILAR REYES <br> C/O LCDA. LOURDES J. GOMEZ <br> 261 TANCA ST., 6th FL. <br> San Juan PR 00901 | | | 08/06/2010 <br> EXTRAJUDICIAL CLAIM | X | X | X | $ 1.00 |
| Account No: <br> Creditor # : 360 <br> MARIA E. PEREZ <br> C/O LCDO. RAFAEL A. RODRIGUEZ <br> LA PROVIDENCIA, 31 C/ABRAHAM <br> Aibonito PR 00705 | | | 08/14/2009 <br> EXTRAJUDICIAL CLAIM | X | X | X | $ 1.00 |
| Account No: <br> Creditor # : 361 <br> MARIA ESTHER SANTIAGO <br> C/O LCDO. LUIS RAUL ALBALADEJO <br> 602 AVE. MUNOZ RIVERA STE.504 <br> San Juan PR 00918 | | | 01/15/2008 <br> SUIT FOR DAMAGES <br> CIVIL NO. DDP2008-0036 | X | X | X | $ 1.00 |
| Account No: <br> Creditor # : 362 <br> MARIA LUISA MALDONADO <br> C/O LCDO. HECTOR GRAU <br> ALTURAS FLAMBOYAN N-67 C/23 <br> Bayamon PR 00959 | | | 10/02/2008 <br> SUIT FOR DAMAGES <br> CIVIL NO. DDP2008-0950 | X | X | X | $ 1.00 |
| Account No: <br> Creditor # : 363 <br> MARINA ANTONIA GARCIA <br> C/O LCDO. JUAN H. SERRANO <br> CALLE ESTRELLA #58 <br> Ponce PR 00731 | | | 01/27/2010 <br> EXTRAJUDICIAL CLAIM | X | X | X | $ 1.00 |
| Account No: <br> Creditor # : 364 <br> MARIOLA/FT PRIVATE LABEL <br> PO BOX 650 <br> Cabo Rojo PR 00623 | | | 9/28/2010 <br> MISCELLANEOUS INVENTORY PURCHASES | | | | $ 240.00 |

Sheet No. 60 of 94 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 245.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re A. CORDERO BADILLO, INC. _____,    Case No. 10-10705-SEK11
              **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 365<br>MARPOR CORPORATION<br>C/O LCDO. LUIS E. PALOU<br>PO BOX 195287<br>San Juan PR 00919-5287 | | | 04/21/2010<br>EXTRAJUDICIAL CLAIM | X | X | X | $ 1.00 |
| Account No:<br>Creditor # : 366<br>MARSH SALDANA, INC.<br>PO BOX 9023549<br>San Juan PR 00902-3549 | | | 9/28/2010<br>INSURANCE POLICY PREMIUMS | | | | $ 11,209.90 |
| Account No:<br>Creditor # : 367<br>MARTA ARISTUD<br>C/O LCDO. MIGUEL CINTRON<br>MSC789,138 AVE. W. CHURCHILL<br>San Juan PR 00926-6023 | | | 03/10/2010<br>SUIT FOR DAMAGES<br>CIVIL NO. FDP10-0078 | X | X | X | $ 1.00 |
| Account No:<br>Creditor # : 368<br>MARTHA SILVA<br>CALLE COLMENAR J-72<br>VILLA ANDALUCIA<br>San Juan PR 00926 | | | 11/13/2009<br>EXTRAJUDICIAL CLAIM | X | X | X | $ 1.00 |
| Account No:<br>Creditor # : 369<br>MARVEL SPECIALTIES, INC.<br>PO BOX 363306<br>San Juan PR 00936-3306 | | | 9/28/2010<br>MEAT INVENTORIES PURCHASES | | | | $ 144,535.98 |
| Account No:<br>Creditor # : 370<br>MATOSANTOS COMERCIAL CO.<br>PO BOX 4435<br>Vega Baja PR 00694-4435 | | | 9/28/2010<br>INVENTORY  PURCHASES  (GROCERY) | | | | $ 48,636.50 |

Sheet No. 61 of 94 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 204,385.38

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re  A.  CORDERO BADILLO,  INC. _____ ,          Case No. _10-10705-SEK11_____
                  **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 371<br>MEAD JOHNSON NUTRITION<br>PO BOX 71343<br>San Juan PR 00936-8443 | | | 9/28/2010<br>INVENTORY   PURCHASES (GROCERY) | | | | $ 41,488.51 |
| Account No:<br>Creditor # : 372<br>MEDALLA PUERTO RICO<br>PO BOX 51985<br>Bayamon PR 00960-1985 | | | 9/28/2010<br>INVENTORY   PURCHASES (GROCERY) | | | | $ 33,956.24 |
| Account No:<br>Creditor # : 373<br>MELISSA SALES CORP.<br>C/O LCDO. ORLANDO MARTINEZ<br>623 PONCE DE LEON AVE, #1205-B<br>San Juan PR 00917 | | | 07/14/2010<br>EXTRAJUDICIAL CLAIM | X | X | X | $ 1.00 |
| Account No:<br>Creditor # : 374<br>MELISSA SALES CORP.<br>CARR 869 KM 1.5 ROYAL IND PARK<br>EDIFICIO A LOCAL 2 BO PALMAS<br>Catano PR 00962 | | | 9/28/2010<br>MEAT INVENTORIES PURCHASES | | | | $ 2,678.30 |
| Account No:<br>Creditor # : 375<br>MENDEZ & CO., INC.<br>PO BOX 363348<br>San Juan PR 00936-3348 | | | 9/28/2010<br>INVENTORY   PURCHASES (GROCERY) | | | | $ 40,424.80 |
| Account No:<br>Creditor # : 376<br>MEYER NURSERIES &<br>FLORAL FARMS, INC.<br>HC-01  BOX 6845<br>Aibonito PR 00705 | | | 9/28/2010<br>MERCHANDISE INVENTORY PURCHASES | | | | $ 2,819.50 |

Sheet No. _62_ of _94_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                    $ 121,368.35

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related)

B6F (Official Form 6F) (12/07)   - Cont.

In re A. CORDERO BADILLO, INC.                                                    , Case No. 10-10705-SEK11
                    Debtor(s)                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address Including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 377<br>MI PAN ASOCIADOS<br>APARTADO 174<br>Sabana Seca PR 00952 | | | 9/28/2010<br>DELI INVENTORY PURCHASES | | | | $ 302,342.39 |
| Account No:<br>Creditor # : 378<br>MIGUEL A. HERNANDEZ DE JESUS<br>C/O LCDO. EMILIO CANCIO<br>C/SAN MATEO #1702<br>San Juan PR 00912 | | | 07/13/09<br>SUIT FOR DAMAGES<br>CIVIL NO. KDP09-0964 | X | X | X | $ 1.00 |
| Account No:<br>Creditor # : 379<br>MIGUEL A. MIRANDA<br>C/O LCDO. DAVID F. CASTILLO<br>1506 PASEO FAGOT STE. 3<br>Ponce PR 00716-2302 | | | 06/04/2010<br>LABOR SUIT<br>CIVIL NO. CPE 2010-0182 | X | X | X | $ 1.00 |
| Account No:<br>Creditor # : 380<br>MIGUEL LOIZ<br>C/O LCDA. EILEEN LOIZ<br>PO BOX 195278<br>San Juan PR 00919 | | | 08/23/2010<br>EXTRAJUDICIAL LABOR CLAIM | X | X | X | $ 1.00 |
| Account No:<br>Creditor # : 381<br>MIGUEL MOYET<br>C/O LCDO. JUAN CORCHADO<br>C/ ESTEBAN PADILLA #60-E ALTOS<br>Bayamon PR 00959 | | | 09/16/2009<br>SUIT FOR DAMAGES<br>CIVIL NO. DDP09-0801 | X | X | X | $ 1.00 |
| Account No:<br>Creditor # : 382<br>MIOSOTIS PANELL<br>C/O LCDA. FRANCISCA DIAZ<br>PO BOX 1873<br>Carolina PR 00984 | | | 09/23/2009<br>SUIT FOR DAMAGES<br>CIVIL NO. FDP09-0385 | X | X | X | $ 1.00 |

Sheet No. 63 of 94 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 302,347.39

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re  A. CORDERO BADILLO, INC. _____ ,        Case No. 10-10705-SEK11
                    **Debtor(s)**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address Including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 383<br>MIREYA GUZMAN<br>C/O LCDO. HECTOR SANTIAGO<br>C/ESTEBAN PADILLA 60-E ALTOS<br>Bayamon PR 00959 | | | 07/08/2008<br>SUIT FOR DAMAGES<br>CIVIL NO. KDP 08-0881 | X | X | X | $ 1.00 |
| Account No:<br>Creditor # : 384<br>MMR SUPERMARKET, INC.<br>C/O LCDO. ROGELIO MUNOZ<br>PO BOX 191979<br>San Juan PR 00919-1979 | | | 09/16/2010<br>EXTRAJUDICIAL CLAIM | X | X | X | $ 1.00 |
| Account No:<br>Creditor # : 385<br>MMR SUPERMARKETS, INC.<br>C/O ECONO PASTRANA<br>PO BOX 1657<br>Trujillo Alto PR 00977 | | | 10/15/2010<br>HEALTHCARE INSURANCE<br>CLAIMS AND PAYMENTS DUE STORE<br>PURCHASER | | | | $ 344,290.52 |
| Account No:<br>Creditor # : 386<br>MONTEBELLO MEAT PROCESSING<br>RR-02  BOX 6785<br>Manati PR 00674 | | | 9/28/2010<br>MEAT INVENTORIES PURCHASES | | | | $ 5,410.41 |
| Account No:<br>Creditor # : 387<br>MORALES DISTRIBUTORS, INC.<br>PO BOX 787<br>Hormigueros PR 00660-1394 | | | 9/28/2010<br>INVENTORY   PURCHASES (GROCERY) | | | | $ 16,946.64 |
| Account No:<br>Creditor # : 388<br>MORALES DISTRIBUTORS, INC.<br>C/O LCDA. AIXA V. ALONSO<br>195 C/FLAMBOYAN URB. EL VALLE<br>Lajas PR 00667 | | | 08/08/2010<br>EXTRAJUDICIAL CLAIM | X | X | X | $ 1.00 |

Sheet No.  64  of   94  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 366,650.57

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re  A. CORDERO BADILLO, INC. _____,     Case No. 10-10705-SEK11
                    **Debtor(s)**                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| **Account No:** Creditor # : 389 MORTON SALT PO BOX 93052 Chicago IL 60673 | | 9/28/2010 INVENTORY PURCHASES (GROCERY) | | | | $ 6,830.88 |
| **Account No:** Creditor # : 390 MORTON SALT-1030684-41 C/O MARK WAGNER PO BOX 33127 Louisville KY 40232-3127 | | 08/13/2010 EXTRAJUDICIAL CLAIM | X | X | X | $ 1.00 |
| **Account No:** Creditor # : 391 NATIONAL COMPRESSOR EXCHANGE 75 ONDERDONK AVENUEZ Ridgewood NY 11385 | | 9/28/2010 MAINTENANCE AND REPAIRS | | | | $ 19,057.49 |
| **Account No:** Creditor # : 392 NATIONAL LUMBER HARDWARE, INC. BANCO SANTANDER PR  051-027481 PO BOX 195579 San Juan PR 00919-5579 | | 9/28/2010 MAINTENANCE AND REPAIRS | | | | $ 1,026.36 |
| **Account No:** Creditor # : 393 NATIVIDAD VELEZ VARGAS C/O LCDA. EDA L. ORTIZ PO BOX 1309 Guaynabo PR 00970-1309 | | 04/24/2009 SUIT FOR DAMAGES CIVIL NO. FDP09-0178 | X | X | X | $ 1.00 |
| **Account No:** Creditor # : 394 NEGRON PRODUCE GPO BOX 363006 San Juan PR 00936 | | 9/28/2010 VEGETABLES & FRUITS INVENTORY PURCHASES | | | | $ 1,156.00 |

Sheet No. 65 of 94 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 28,072.73
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re A. CORDERO BADILLO, INC.                    ,         Case No. 10-10705-SEK11
                 **Debtor(s)**                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address Including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:**<br>Creditor # : 395<br>NEPTUNO MEDIA<br>PO BOX 191995<br>San Juan PR 00919-1995 | | | 9/28/2010<br>COMMUNICATION SERVICES | | | | $ 12,635.00 |
| **Account No:**<br>Creditor # : 396<br>NESTLE P.R., INC.<br>PO BOX 15069<br>San Juan PR 00902-8569 | | | 9/28/2010<br>INVENTORY  PURCHASES (GROCERY) | | | | $ 61,664.87 |
| **Account No:**<br>Creditor # : 397<br>NEW YORK EXPORT CO., INC.<br>100 CLEARBROOK ROAD<br>Elmsford NY 10523 | | | 9/28/2010<br>INVENTORY  PURCHASES (GROCERY) | | | | $ 979.36 |
| **Account No:**<br>Creditor # : 398<br>NILDA ACEVEDO CARDONA<br>C/O LCDO. SAMUEL D. COLON<br>PMB 152 PO BOX 607061<br>Bayamon PR 00960-7061 | | | 9/28/2010<br>BALANCE OF SETTLEMENT AGREEMENT<br>IN CIVIL NO. DDP 2008-127 | | | | $ 12,000.00 |
| **Account No:**<br>Creditor # : 399<br>NIN-TORREGROSA LAW OFFICE<br>CITIBANK TOWER SUITE 1801<br>252 PONCE DE LEON AVE<br>San Juan PR 00918-2001 | | | 9/28/2010<br>PROFESSIONAL (LEGAL) SERVICES | | | | $ 852.60 |
| **Account No:**<br>Creditor # : 400<br>NOEMI CASTRO<br>C/O LCDA. GINA H. FERRER<br>PO BOX 2342<br>Mayaguez PR 00681-2342 | | | 02/23/2010<br>EXTRAJUDICIAL CLAIM | X | X | X | $ 1.00 |

Sheet No. 66 of 94 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 88,132.83

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re A. CORDERO BADILLO, INC. _____,     Case No. 10-10705-SEK11
            **Debtor(s)**                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 401 <br> NOEMI CLEMENTE <br> C/O LCDO. GILBERTO E. PADUA <br> 1111 AVE. JESUS T. PINERO <br> San Juan PR 00920-5605 | | | 06/29/2010 <br> EXTRAJUDICIAL CLAIM | X | X | X | $ 1.00 |
| Account No: <br> Creditor # : 402 <br> NSA TRADING, INC. <br> PO BOX 3920 <br> Guaynabo PR 00970-3920 | | | 9/28/2010 <br> MERCHANDISE INVENTORY PURCHASES | | | | $ 9,943.81 |
| Account No: <br> Creditor # : 403 <br> NUPCAY <br> BO SUSANA ALTO <br> SECTOR LA PALMITA <br> Yauco PR 00698 | | | 9/28/2010 <br> INVENTORY PURCHASES (GROCERY) | | | | $ 449.57 |
| Account No: <br> Creditor # : 404 <br> OFFICE ZONE, INC. <br> C/O LCDO. LUIS F. MANGUAL <br> CALLE 7, L-3 EL MIRADOR <br> San Juan PR 00926 | | | 09/08/2010 <br> SUIT FOR MONEY COLLECTION <br> CIVIL NO. D2CM 2010-0566 | X | X | X | $ 1.00 |
| Account No: <br> Creditor # : 405 <br> OLGA TRINIDAD <br> MIRAMONTE 285 <br> SABANERA <br> Cidra PR 00739 | | | 9/28/2010 <br> VEGETABLES & FRUITS INVENTORY PURCHASES | | | | $ 1,980.00 |
| Account No: <br> Creditor # : 406 <br> OLIVER EXTERMINATING CORP. <br> PO BOX 363888 <br> San Juan PR 00936-3888 | | | 9/28/2010 <br> EXTERMINATING SERVICES | | | | $ 6,735.40 |

Sheet No. 67 of 94 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 19,110.78

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re A. CORDERO BADILLO, INC. _____, Case No. 10-10705-SEK11 _____
                    **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 407** ORBI SANTOS-A8-D1-DP-0138-08 DPTO. TRABAJO Y REC. HUMANOS PO BOX 1057 Bayamon PR 00960 | | | 10/31/2008 LABOR ARBITRATION CASE NO. A8-D1-DP-0138-08 | X | X | X | $ 1.00 |
| Account No: **Creditor # : 408** ORLANDO VELEZ CARDE C/O LCDO. HECTOR A. CORTES PO BOX 896 Arecibo PR 00613 | | | 10/19/2010 LABOR SUIT CIVIL NO. CD2010-1082 | X | X | X | $ 1.00 |
| Account No: **Creditor # : 409** OSRAM SYLVANIA C/O ROBERT KRAMER 6303 E. TANQUE VERDE RD. #110 Tucson AZ 85715 | | | 09/20/2010 EXTRAJUDICIAL CLAIM | X | X | X | $ 1.00 |
| Account No: **Creditor # : 410** P. R. TELEPHONE CO. PO BOX 71535 San Juan PR 00936-8635 | | | 10/31/2010 TELEPHONE SERVICES | | | | $ 53,767.13 |
| Account No: **Creditor # : 411** P.D.C.M. ASSOCIATES, S.E. PO BOX 839 San Juan PR 00917 | | | 09/22/2010 SUIT FOR MONEY COLLECTION CIVIL NO. DPE 2010-1038 | X | X | X | $ 1.00 |
| Account No: **Creditor # : 412** P.R. MERCHANDISING PO BOX 10322 San Juan PR 00922-0322 | | | 9/28/2010 MERCHANDISE INVENTORY PURCHASES | | | | $ 2,202.11 |

Sheet No. 68 of 94 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 55,973.24

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re  A. CORDERO BADILLO, INC. _____ ,     Case No. 10-10705-SEK11 _____
                      **Debtor(s)**                                                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 413<br>PACKAGING SOLUTION EPS DIV<br>PO BOX 4321<br>Bayamon PR 00960 | | | 9/28/2010<br>MERCHANDISE INVENTORY PURCHASES | | | | $ 2,431.00 |
| Account No:<br>Creditor # : 414<br>PACKERS PROVISION<br>PMB #342-1353 CARR 19<br>Guaynabo PR 00966-2700 | | | 9/28/2010<br>MEAT INVENTORIES PURCHASES | | | | $ 83,953.33 |
| Account No:<br>Creditor # : 415<br>PAN AMERICAN GRAIN<br>PO BOX 41136<br>MINILLAS STATION<br>San Juan PR 00940 | | | 9/28/2010<br>MERCHANDISE INVENTORY PURCHASES | | | | $ 72,492.73 |
| Account No:<br>Creditor # : 416<br>PANIFICADORA DEL SUR, INC.<br>268 LUIS MUNOZ RIVERA SUITE #1<br>CENTRO COMERCIAL STA. ELENA<br>Guayanilla PR 00656 | | | 9/28/2010<br>DELI INVENTORY PURCHASES | | | | $ 2,384.00 |
| Account No:<br>Creditor # : 417<br>PARADISE ICE PLANT, INC.<br>PO BOX 361807<br>San Juan PR 00936-1807 | | | 9/28/2010<br>ICE INVENTORY PURCHASES | | | | $ 1,390.00 |
| Account No:<br>Creditor # : 418<br>PEDRO IRIZARRY-A4-D1-DP-204(09<br>DPTO. TRABAJO Y REC. HUMANOS<br>60 C/PUERTO VIEJO, PLAYA<br>Ponce PR 00716 | | | 11/01/2006<br>LABOR ARBITRATION<br>CASE NO. A4-D1-DP-204(09) | X | X | X | $ 1.00 |

Sheet No. __69__ of ___94___ continuation sheets attached to Schedule of          Subtotal $          $ 162,652.06
Creditors Holding Unsecured Nonpriority Claims                                    Total $
                        (Use only on last page of the completed Schedule F. Report also on Summary of
                        Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re A. CORDERO BADILLO, INC. _____,   Case No. 10-10705-SEK11
                    **Debtor(s)**                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** Creditor # : 419 PEPSI COLA PR BOTTLING CO PO BOX 2600 Toa Baja PR 00951-2600 | | | 9/28/2010 INVENTORY  PURCHASES (GROCERY) | | | | $ 709,794.93 |
| **Account No:** Creditor # : 420 PEPSI COLA PR DISTRIBUTING,LLC PO BOX 2600 Toa Baja PR 00951-2600 | | | 09/30/2010 INVENTORY PURCHASES AND SUPPLY AGREEMENT | X | X | X | $ 1,908,258.98 |
| **Account No:** Creditor # : 421 PERFECT EQUIPMENT & PRODUCT SUPPLY LOS PASEOS 112/MCS 115 San Juan PR 00926 | | | 9/28/2010 CLEANING SUPPLIES | | | | $ 65,069.54 |
| **Account No:** Creditor # : 422 PERFECT EQUIPMENT AND PRODUCT C/O LCDO. HECTOR L. BANCHS APARTADO 194243 San Juan PR 00919-4243 | | | 09/28/2010 BALANCE OF SETTLEMENT AGREEMENT IN CIVIL NO. D2CD 2010-1537 | X | X | X | $ 93,617.81 |
| **Account No:** Creditor # : 423 PERSONA INTERNATIONAL DE PR PO BOX 70317 San Juan PR 00936-8317 | | | 9/28/2010 MERCHANDISE INVENTORY PURCHASES | | | | $ 16,057.56 |
| **Account No:** Creditor # : 424 PETROWEST, INC. PO BOX 1256 Mayaguez PR 00681 | | | 9/28/2010 FUEL & MAINTENANCE SERVICES | | | | $ 3,243.00 |

Sheet No. 70 of 94 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 2,796,041.82

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re A. CORDERO BADILLO, INC. _____,    Case No. 10-10705-SEK11
                    **Debtor(s)**                                      (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address Including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 425<br>PHOENIX PACKAGING<br>3900 PEMBROKE ROAD<br>Hollywood FL 33021-8127 | | | 9/28/2010<br>MERCHANDISE INVENTORY PURCHASES | | | | $ 108,531.74 |
| Account No:<br>Creditor # : 426<br>PLANTA DE HIELO CASELLAS<br>PO BOX 594<br>Arecibo PR 00612 | | | 9/28/2010<br>ICE INVENTORY PURCHASES | | | | $ 2,146.00 |
| Account No:<br>Creditor # : 427<br>PLAZA DEGETAU INVESTMENT CORP.<br>C/O CARLOS ESCOTO<br>PO BOX 4817<br>Carolina PR 00984-4817 | | | 9/28/2010<br>RENT ARREARS<br>STORE AT BONNEVILLE SHOPPING CENTER<br>(STORE CLOSED) | | | | $ 35,077.23 |
| Account No:<br>Creditor # : 428<br>PLAZA PROVISION CO., INC.<br>PO BOX 363328<br>San Juan PR 00936-3328 | | | 9/28/2010<br>MERCHANDISE INVENTORY PURCHASES | | | | $ 127,480.98 |
| Account No:<br>Creditor # : 429<br>PLOM ELECTRIC<br>PO BOX 1771<br>Juncos PR 00777-1771 | | | 9/28/2010<br>REPAIRS AND MAINTENANCE | | | | $ 1,686.80 |
| Account No:<br>Creditor # : 430<br>PLUMBING & SEWER CLEANING R US<br>C/O LCDO. BAYON-CASIANO<br>420 PONCE DE LEON AVE. STE 307<br>San Juan PR 00918 | | | 07/08/2010<br>EXTRAJUDICIAL CLAIM | X | X | X | $ 1.00 |

Sheet No. 71 of 94 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 274,923.75

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re  A. CORDERO BADILLO, INC. _____ ,        Case No. 10-10705-SEK11 _____
                    **Debtor(s)**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 431<br>PLUMBING & SEWER CLEANING R US<br>Y/O ROD-RODDER SERVICE, INC.<br>PO BOX 191713<br>San Juan PR 00919-1713 | | | 9/28/2010<br>REPAIRS AND MAINTENANCE | | | | $ 4,550.00 |
| Account No:<br>Creditor # : 432<br>PMQ BROKERAGE & MARKETING<br>PO BOX 9021623<br>San Juan PR 00902 | | | 9/28/2010<br>FINANCIAL SERVICES PROVIDER | | | | $ 1,021.70 |
| Account No:<br>Creditor # : 433<br>PONCE CARIBBEAN DIST., INC.<br>PO BOX 11946<br>San Juan PR 00922-1946 | | | 9/28/2010<br>INVENTORY  PURCHASES (GROCERY) | | | | $ 16,377.40 |
| Account No:<br>Creditor # : 434<br>POPEYE'S ICE FACTORY<br>PO BOX 943<br>Quebradillas PR 00678 | | | 9/28/2010<br>DAIRY INVENTORY PURCHASES | | | | $ 675.00 |
| Account No:<br>Creditor # : 435<br>POPULAR AUTO<br>DIVISION DE FLOTAS<br>1901 AVE JESUS T PIÑERO<br>San Juan PR 00920-5608 | | | 10/31/2010<br>AUTO LEASE ARREARS | | | | $ 1,269.45 |
| Account No:<br>Creditor # : 436<br>PR PRODUCTS, INC.<br>189 BERDAN AVE<br>SUITE #281<br>Wayne NJ 07470 | | | 9/28/2010<br>DELI INVENTORY PURCHASES | | | | $ 4,003.26 |

Sheet No. __72__ of __94__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                                    $ 27,896.81
Total $
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re A. CORDERO BADILLO, INC. _____ , Case No. 10-10705-SEK11 ____
           **Debtor(s)**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 437<br>PREMIUM BRAND OF PR<br>PUERTO RICO CO. INC<br>PO BOX 11908<br>San Juan PR 00922-1908 | | | 9/28/2010<br>INVENTORY   PURCHASES (GROCERY) | | | | $ 484.08 |
| Account No:<br>Creditor # : 438<br>PREMIUM BRANDS OF PR-BORDEN<br>PO BOX 364265<br>SAN JUAN PR 00936-4265 | | | 9/28/2010<br>DAIRY INVENTORY PURCHASES | | | | $ 12,820.89 |
| Account No:<br>Creditor # : 439<br>PRICE & NOVELTIES<br>PO BOX 191108<br>San Juan PR 00918-1108 | | | 9/28/2010<br>MISCELLANEOUS INVENTORY PURCHASES | | | | $ 468.67 |
| Account No:<br>Creditor # : 440<br>PROCESADORA CAMPOFRESCO<br>PO BOX 755<br>Santa Isabel PR 00757 | | | 9/28/2010<br>DAIRY INVENTORY PURCHASES | | | | $ 3,189.76 |
| Account No:<br>Creditor # : 441<br>PRODUCTORES DE CITRICOS DE<br>LA MONTANA, INC.<br>PO BOX 398<br>Lares PR 00669 | | | 9/28/2010<br>VEGETABLES &  FRUITS INVENTORY<br>PURCHASES | | | | $ 52,263.00 |
| Account No:<br>Creditor # : 442<br>PRODUCTOS AVICOLAS DEL SUR<br>PO BOX 139<br>Aguirre PR 00704 | | | 9/28/2010<br>MEAT INVENTORIES PURCHASES | | | | $ 1,376.77 |

Sheet No. 73 of 94 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 70,603.17

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re A. CORDERO BADILLO, INC. _____,   Case No. 10-10705-SEK11 ____
          **Debtor(s)**                                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 443 PRODUCTOS LA FINCA PO BOX 456 San German PR 00683 | | | 9/28/2010 VEGETABLES & FRUITS INVENTORY PURCHASES | | | | $ 733.11 |
| Account No: Creditor # : 444 PRODUCTOS TERE PO BOX 1029 Isabela PR 00662 | | | 9/28/2010 DELI INVENTORY PURCHASES | | | | $ 72,472.32 |
| Account No: Creditor # : 445 PROVIMI DE P.R., INC. PO BOX 248 Vega Baja PR 00693 | | | 9/28/2010 MEAT INVENTORIES PURCHASES | | | | $ 414.72 |
| Account No: Creditor # : 446 PROVISIONES LE GRAND MERCADO CENTRAL  EDIFICIO C ZONA PORTUARIA San Juan PR 00920 | | | 9/28/2010 INVENTORY  PURCHASES (GROCERY) | | | | $ 672.46 |
| Account No: Creditor # : 447 PUBLISHING SERVICES GROUP PO BOX 360813 San Juan PR 00936 | | | 9/28/2010 ADVERTISING SERVICES | | | | $ 2,705.46 |
| Account No: Creditor # : 448 PUERTO RICO BEAUTY SUPPLY PO BOX 2317 San Juan PR 00919 | | | 9/28/2010 MERCHANDISE INVENTORY PURCHASES | | | | $ 53.50 |

Sheet No. __74__ of __94__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $  $ 77,051.57

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re A. CORDERO BADILLO, INC. _____,  Case No. 10-10705-SEK11
              **Debtor(s)**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 449<br>PUERTO RICO WIRE PRODUCT<br>PO BOX 363167<br>San Juan PR 00936-3167 | | | 9/28/2010<br>REPAIRS AND MAINTENANCE | | | | $ 1,005.00 |
| Account No:<br>Creditor # : 450<br>QUESERA EL GIGANTE DORMIDO<br>PO BOX 977<br>Hatillo PR 00659 | | | 9/28/2010<br>DAIRY INVENTORY PURCHASES | | | | $ 1,144.75 |
| Account No:<br>Creditor # : 451<br>RADIO COAMO (WCPR)<br>PO BOX 1863<br>Coamo PR 00769 | | | 9/28/2010<br>ADVERTISING SERVICES | | | | $ 345.60 |
| Account No:<br>Creditor # : 452<br>RADIO HOY (WHOY)<br>PO BOX 1148<br>Salinas PR 00751-1148 | | | 9/28/2010<br>ADVERTISING SERVICES | | | | $ 345.60 |
| Account No:<br>Creditor # : 453<br>RAFAEL BENITEZ CARRILLO,INC.<br>PO BOX 362769<br>San Juan PR 00936-2769 | | | 9/28/2010<br>REPAIRS AND MAINTENANCE | | | | $ 251.45 |
| Account No:<br>Creditor # : 454<br>RAFAEL VELEZ LAMOUTTE<br>C/O LCDO. LUIS SEVILLANO<br>PO BOX 141118<br>Arecibo PR 00614 | | | 12/31/2008<br>LABOR SUIT<br>CIVIL NO. CPE 2008-0107 | X | X | X | $ 1.00 |

Sheet No. 75 of 94 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 3,093.40

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re A. CORDERO BADILLO, INC. _____,   Case No. 10-10705-SEK11
            **Debtor(s)**                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:**<br>Creditor # : 455<br>RAICES DEL YUNQUE<br>PO BOX 43001<br>Rio Grande PR 00745 | | | 9/28/2010<br>VEGETABLES & FRUITS INVENTORY<br>PURCHASES | | | | $ 432.00 |
| **Account No:**<br>Creditor # : 456<br>RAMALLO BROS. PRINTING<br>PO BOX 70225<br>San Juan PR 00926 | | | 9/28/2010<br>ADVERTISING MATERIALS<br>AND PRINTING SERVICES | | | | $ 75,017.43 |
| **Account No:**<br>Creditor # : 457<br>RAMON PEREZ-515-2010-00432<br>525 F D ROOSEVELT<br>1202 PLAZA LAS AMERICAS<br>San Juan PR 00918 | | | 05/20/2010<br>LABOR ARBITRATION<br>EEOC CHARGE NO. 515-2010-00432 | X | X | X | $ 1.00 |
| **Account No:**<br>Creditor # : 458<br>RAMONA QUINONES MANGUAL<br>C/O LCDO. JORGE CARAZO<br>PMB 133 #53 AVE. ESMERALDA<br>Guaynabo PR 00969-4429 | | | 06/27/2008<br>SUIT FOR DAMAGES<br>CIVIL NO. KDP08-0840 | X | X | X | $ 1.00 |
| **Account No:**<br>Creditor # : 459<br>RANGER AMERICAN ARMORED<br>SERVICES, INC.<br>PO BOX 29105<br>San Juan PR 00929-0105 | | | 10/31/2010<br>ARMORED TRANSPORTATION SERVICES | | | | $ 66,163.13 |
| **Account No:**<br>Creditor # : 460<br>RD MANATI, L.P.<br>C/O LCDO. RAFAEL E. DAVILA<br>C/JOSE MARTI 60<br>San Juan PR 00917 | | | 08/16/2010<br>SUIT FOR MONEY COLLECTION<br>CIVIL NO. CPE 2010-0231 | X | X | X | $ 1.00 |

Sheet No. 76 of 94 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   |   $ 141,615.56
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re  A. CORDERO BADILLO, INC. _____, Case No. 10-10705-SEK11
           **Debtor(s)**                                                                 (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address Including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 461<br>REFRICENTRO, INC.<br>AVENIDA BARBOSA 380<br>San Juan PR 00917 | | | 9/28/2010<br>REPAIRS AND MAINTENANCE | | | | $ 51,666.20 |
| Account No:<br>Creditor # : 462<br>REFRIGERAMA , INC.<br>PO BOX 446<br>Catano PR 00963-0446 | | | 9/28/2010<br>REPAIRS AND MAINTENANCE | | | | $ 50,974.31 |
| Account No:<br>Creditor # : 463<br>REPARTO METROPOLITANO SHOPPING<br>C/O LCDA. MARIA FERNANDA VELEZ<br>PO BOX 195582<br>San Juan PR 00919-5582 | | | 10/06/2010<br>SUIT<br>CIVIL NO. KPE10-4001 | X | X | X | $ 1.00 |
| Account No:<br>Creditor # : 464<br>RG PREMIER BANK<br>PO BOX 2510<br>Guaynabo PR 00970-2510 | | | 09/05/2010<br>FINANCE AGREEMENT<br>PURCHASE OF CATERPILLAR P-3000-LP | | | | $ 14,224.33 |
| Account No:<br>Creditor # : 465<br>RG PREMIER BANK<br>PO BOX 2510<br>Guaynabo PR 00970-2510 | | | 09/05/2010<br>FINANCE AGREEMENT<br>PURCHASE OF ELECTRIC (NARROW) AND<br>LIFT TRUCK | | | | $ 16,682.56 |
| Account No:<br>Creditor # : 466<br>RG PREMIER BANK<br>PO BOX 2510<br>Guaynabo PR 00970-2510 | | | 09/05/2010<br>FINANCE AGREEMENT<br>PURCHASE OF CLEANING EQUIPMENT | | | | $ 2,423.61 |

Sheet No. 77 of 94 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                      **Subtotal $**        $ 135,972.01

                                        **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re A. CORDERO BADILLO, INC. _____,   Case No. 10-10705-SEK11 _____
                    **Debtor(s)**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 467<br>RG PREMIER BANK OF PR<br>PO BOX 2510<br>Guaynabo PR 00970-2510 | | | 9/28/2010<br>AUTO LEASE ARREARS | | | | $ 7,158.35 |
| Account No:<br>Creditor # : 468<br>RICARDO A. TROCHE<br>C/O LCDO. ANGEL RAMIREZ<br>PO BOX 1386<br>Boqueron PR 00622 | | | 02/27/2009<br>SUIT FOR DAMAGES<br>CIVIL NO. ISCI2C7900338 | X | X | X | $ 1.00 |
| Account No:<br>Creditor # : 469<br>RICARDO MONTALVO RIVERA<br>C/O LCDO. CARLOS M. CABRERA<br>PO BOX 7105, PMB 555<br>Ponce PR 00732-7105 | | | 11/09/2009<br>LABOR SUIT<br>CIVIL NO. JPE 2009-0834 | X | X | X | $ 1.00 |
| Account No:<br>Creditor # : 470<br>RICARDO OLAVARRIA-A3 D1-DP5008<br>DPTO. TRABAJO Y REC. HUMANOS<br>EDIF 828 AVE HOSTOS ST 301<br>Mayaguez PR 00682-1536 | | | 05/18/2009<br>LABOR ARBITRATION<br>CASE NO. A3 D1-DP-50-08 | X | X | X | $ 1.00 |
| Account No:<br>Creditor # : 471<br>ROGER ELECTRIC CO., INC.<br>BO SABANETA<br>1698 PASEO VILLA FLORES<br>Ponce PR 00716-2978 | | | 9/28/2010<br>REPAIRS AND MAINTENANCE | | | | $ 3,680.74 |
| Account No:<br>Creditor # : 472<br>ROGER ELECTRIC CO., INC.<br>PO BOX 3166<br>Bayamon PR 00960-3166 | | | 9/28/2010<br>REPAIRS AND MAINTENANCE | | | | $ 1,706.21 |

Sheet No. 78 of 94 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 12,548.30

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re A. CORDERO BADILLO, INC. _____, Case No. 10-10705-SEK11 ____
             **Debtor(s)**                                               (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 473<br>ROSA MARIA DEL RIO<br>EDDIE GARCIA<br>#514 EXT ROOSEVELT<br>San Juan PR 00918 | | | 9/28/2010<br>PROFESSIONAL SERVICES | | | | $ 4,645.90 |
| Account No:<br>Creditor # : 474<br>ROVIRA FOODS, INC.<br>URB BUENA VISTA<br>619 AVE LA CEIBA<br>Ponce PR 00717-1901 | | | 9/28/2010<br>MERCHANDISE INVENTORY PURCHASES | | | | $ 33,288.24 |
| Account No:<br>Creditor # : 475<br>RSM ROC & COMPANY<br>PO BOX 10528<br>San Juan PR 00922-0528 | | | 10/31/2010<br>INFORMATION TECHNOLOGY SERVICES | | | | $ 425.00 |
| Account No:<br>Creditor # : 476<br>RUBIO IMPORTS, INC.<br>PO BOX 3933<br>Aguadilla PR 00603 | | | 9/28/2010<br>MERCHANDISE INVENTORY PURCHASES | | | | $ 705.36 |
| Account No:<br>Creditor # : 477<br>RUTH D. MARQUEZ<br>C/O LCDO. JUAN RAMON<br>APARTADO 287<br>Trujillo Alto PR 00977 | | | 02/19/2010<br>SUIT FOR DAMAGES<br>CIVIL NO. FDP10-0049 | X | X | X | $ 1.00 |
| Account No:<br>Creditor # : 478<br>RUZA, INC.<br>PMB 483<br>200 AVE RAFAEL CORDERO SUITE 1<br>Caguas PR 00725-3757 | | | 9/28/2010<br>INVENTORY  PURCHASES (GROCERY) | | | | $ 778.43 |

Sheet No. 79 of 94 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 39,843.93

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re A. CORDERO BADILLO, INC.                                          Case No. 10-10705-SEK11
                    Debtor(s)                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address Including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 479<br>SABANA LUMBER YARD<br>CALLE JUANCHO LOPEZ #59<br>BO. SABANA<br>Catano PR 00962 | | | 9/28/2010<br>REPAIRS AND MAINTENANCE | | | | $ 1,145.38 |
| Account No:<br>Creditor # : 480<br>SABROSURAS BORICUAS<br>PO BOX 4385<br>SALUD STATION<br>Mayaguez PR 00681-4385 | | | 9/28/2010<br>DELI INVENTORY PURCHASES | | | | $ 3,167.42 |
| Account No:<br>Creditor # : 481<br>SAMMY'S MODERN BEAUTY<br>AVE JESUS T PINEIRO #1028<br>San Juan PR 00921 | | | 9/28/2010<br>MERCHANDISE INVENTORY PURCHASES | | | | $ 1,126.32 |
| Account No:<br>Creditor # : 482<br>SAMUEL MATOS<br>C/O LCDO. ARTURO NIEVES<br>602 AVE MUNOZ RIVERA, STE.504<br>San Juan PR 00918 | | | 01/04/2010<br>EXTRAJUDICIAL CLAIM | X | X | X | $ 1.00 |
| Account No:<br>Creditor # : 483<br>SAN JUAN TRADING CO., INC.<br>PO BOX 366458<br>San Juan PR 00936-6458 | | | 9/28/2010<br>MERCHANDISE INVENTORY PURCHASES | | | | $ 28,678.40 |
| Account No:<br>Creditor # : 484<br>SAN MIGUEL LABEL<br>PO BOX 1401<br>Ciales PR 00638 | | | 9/28/2010<br>MERCHANDISE INVENTORY PURCHASES | | | | $ 2,391.85 |

Sheet No. 80 of 94 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 36,510.37
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related