B6F (Official Form 6F) (12/07) - Cont.

In re  A. CORDERO BADILLO, INC. _____ ,          Case No. 10-10705-SEK11
                    Debtor(s)                                                  (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: Creditor # : 485 SC JOHNSON DE PR PO BOX 70346 San Juan PR 00936 | | 9/28/2010 MERCHANDISE INVENTORY PURCHASES | | | | $ 94,405.44 |
| Account No: Creditor # : 486 SEA STAR LINE, LLC PO BOX 195461 San Juan PR 00919-5461 | | 9/28/2010 TRANSPORTATION SERVICES | | | | $ 108,455.00 |
| Account No: Creditor # : 487 SEA STAR LINE, LLC C/O LCDO. JOSE E. ALFARO 53 PALMERAS ST., 14th FL. San Juan PR 00901-2417 | | 07/27/2010 EXTRAJUDICIAL CLAIM | X | X | X | $ 1.00 |
| Account No: Creditor # : 488 SEA WORLD, INC. PO BOX 361986 San Juan PR 00936-1986 | | 9/28/2010 MEAT INVENTORIES PURCHASES | | | | $ 610.67 |
| Account No: Creditor # : 489 SECRETARIO DE HACIENDA DPTO DE ASUNTOS AL CONSUMIDOR PO BOX 41059  MINILLAS STA San Juan PR 00940 | | 9/28/2010 FINE BY OCCUPATIONAL SAFETY & HEALTH ADM. (OSHA) | | | | $ 4,000.00 |
| Account No: Creditor # : 490 SELMA GONZALEZ C/O LCDA. NANCY Y. SANCHEZ PO BOX 652 Hormigueros PR 00660 | | 05/10/2010 EXTRAJUDICIAL CLAIM | X | X | X | $ 1.00 |

Sheet No. 81 of 94 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $  $ 207,473.11
Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re **A. CORDERO BADILLO, INC.**, Case No. **10-10705-SEK11**
Debtor(s) (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: Creditor # : 491 SENSE SOFTWARE INT'L. PO BOX 193095 San Juan PR 00919-3095 | | 9/28/2010 INFORMATION TECHNOLOGY SERVICES | | | | $ 3,856.38 |
| Account No: Creditor # : 492 SHERWIN-WILLIAMS CARR. 190 KM 0.8 MARGINAL VISTAMAR Carolina PR 00983 | | 9/28/2010 REPAIRS AND MAINTENANCE | | | | $ 5,498.65 |
| Account No: Creditor # : 493 SHERWIN-WILLIAMS C/O INTEL COLLECTION SERVICES AVE. DE DIEGO #503 B San Juan PR 00920 | | 09/30/2010 EXTRAJUDICIAL CLAIM | X | X | X | $ 1.00 |
| Account No: Creditor # : 494 SILVIA VERGES C/O LCDA. LOURDES COLON PO BOX 8988 Ponce PR 00732 | | 05/17/2010 EXTRAJUDICIAL CLAIM | X | X | X | $ 1.00 |
| Account No: Creditor # : 495 SIMCOX REFRIGRATION SUPPLIERS PO BOX 9608 San Juan PR 00908 | | 9/28/2010 REPAIRS AND MAINTENANCE | | | | $ 21,624.70 |
| Account No: Creditor # : 496 SOFRITO TRINI PO BOX 3433 Manati PR 00674 | | 9/28/2010 INVENTORY PURCHASES (GROCERY) | | | | $ 7,651.75 |

Sheet No. **82** of **94** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ **38,633.48**

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re A. CORDERO BADILLO, INC. , Case No. 10-10705-SEK11
                Debtor(s)                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 497<br>SOLAR WINDS, INC.<br>1301 S. MOPAC EXPRESSWAY<br>Austin TX 78746 | | 9/28/2010<br>INFORMATION TECHNOLOGY SERVICES | | | | $ 1,095.00 |
| Account No:<br>Creditor # : 498<br>START MARKING SYSTEM<br>AVE TNTE NELSON MARTINEZ<br>PO BOX 2175<br>Bayamon PR 00960-2175 | | 9/28/2010<br>RUBBER STAMPS SUPPLIES | | | | $ 1,591.63 |
| Account No:<br>Creditor # : 499<br>SUAREZ TOY HOUSE<br>PO BOX 364911<br>San Juan PR 00936-4911 | | 9/28/2010<br>MERCHANDISE INVENTORY PURCHASES | | | | $ 14,430.60 |
| Account No:<br>Creditor # : 500<br>SUBCO FOODS, INC.<br>9198 EAGLE WAY<br>Chicago IL 60678-1091 | | 9/28/2010<br>INVENTORY PURCHASES (GROCERY) | | | | $ 34,730.30 |
| Account No:<br>Creditor # : 501<br>SUIZA DAIRY<br>PO BOX 363207<br>San Juan PR 00936-3207 | | 11/09/2010<br>DAIRY INVENTORY PURCHASES | | | | $ 357,828.61 |
| Account No:<br>Creditor # : 502<br>SUPER PET CENTER<br>PO BOX 3960<br>Guaynabo PR 00970-3960 | | 09/05/2010<br>TENANT RENT DEPOSIT | | | | $ 6,320.17 |

Sheet No. 83 of 94 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 415,996.31

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re A. CORDERO BADILLO, INC. , Case No. 10-10705-SEK11
　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: Creditor # : 503 SYLVIA ROSAS ROJAS C/O LCDO. SEGISMUNDO LOPEZ PO BOX 427, PMB 144 Mayaguez PR 00681 | | 10/14/2008 SUIT FOR DAMAGES CIVIL NO. ISCJ200801645 | X | X | X | $ 1.00 |
| Account No: Creditor # : 504 T & D TRADING, INC. 1255 SORRENTO WOODS BLVD. Nokomis FL 34275 | | 9/28/2010 MEAT INVENTORIES PURCHASES | | | | $ 4,026.89 |
| Account No: Creditor # : 505 TAINO ELECTRIC PO BOX 366005 San Juan PR 00936-6005 | | 9/28/2010 REPAIRS AND MAINTENANCE | | | | $ 9.09 |
| Account No: Creditor # : 506 TECHNICAL FIRE SERVICE, INC. PO BOX 2318 Guaynabo PR 00969 | | 9/28/2010 FIRE ALARM SYSTEM MAINTENANCE | | | | $ 10,660.00 |
| Account No: Creditor # : 507 TECNO-LITE DE P.R., INC. 18 G-J AVE. CAMPO RICO URB. COUNTRY CLUB Carolina PR 00979 | | 9/28/2010 REPAIRS AND MAINTENANCE | | | | $ 1,480.25 |
| Account No: Creditor # : 508 TENNIS DEL PRADO, INC. PO BOX 361950 San Juan PR 00936-1950 | | 9/28/2010 MISCELLANEOUS INVENTORY PURCHASES | | | | $ 4,694.20 |

Sheet No. 84 of 94 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $　　$ 20,871.43
Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re **A. CORDERO BADILLO, INC.** ,  Case No. **10-10705-SEK11**
                Debtor(s)                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: Creditor # : 509 TERESA BAEZ C/O LCDA. MAGALI DIAZ PO BOX 9644 Caguas PR 00726-9644 | | 08/20/2010 EXTRAJUDICIAL CLAIM | X | X | X | $ 1.00 |
| Account No: Creditor # : 510 THE CLOROX COMMERCIAL CO. LOCK BOX CLOROX PO BOX 71590 San Juan PR 00936-8690 | | 9/28/2010 MERCHANDISE INVENTORY PURCHASES | | | | $ 88,085.06 |
| Account No: Creditor # : 511 THE FULLER BRUSH CO. OF PR. PO BOX 362617 San Juan PR 00936-2617 | | 9/28/2010 CLEANING SUPPLIES | | | | $ 15,639.48 |
| Account No: Creditor # : 512 THE YATES COMPANY, INC. PO BOX 13430 San Juan PR 00908 | | 9/28/2010 SECURITY SERVICES | | | | $ 1,255.06 |
| Account No: Creditor # : 513 THOMAS DIAZ, INC. PO BOX 1031 Sabana Seca PR 00952-1031 | | 9/28/2010 INVENTORY PURCHASES (GROCERY) | | | | $ 12,063.37 |
| Account No: Creditor # : 514 TIME SECURITY SYSTEMS, INC. AVE MAGNOLIA L-15 Bayamon PR 00956 | | 9/28/2010 SECURITY SERVICES | | | | $ 755.00 |

Sheet No. **85** of **94** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 117,798.97
Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re A. CORDERO BADILLO, INC.,  
                Debtor(s)

Case No. 10-10705-SEK11  
(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: Creditor # : 515 T-MOBILE PO BOX 660252 Dallas TX 75266-0252 | | 11/09/2010 COMMUNICATION SERVICES | | | | $ 2,192.15 |
| Account No: Creditor # : 516 TOBY ICE PLANT BOX 473 CARR. 162 KM 0.8 BO. ASOMANTE Aibonito PR 00705 | | 9/28/2010 ICE INVENTORY PURCHASES | | | | $ 2,370.00 |
| Account No: Creditor # : 517 TOMAS A. DE JESUS C/O LCDO. LUIS ALBERTO PABON CALLE DR. RUFO #39 Caguas PR 00725 | | 10/28/2010 LABOR SUIT CIVIL NO. EPE 2010-0342 | X | X | X | $ 1.00 |
| Account No: Creditor # : 518 TORREFACCION VELEZ GONZALEZ HIJOS PO BOX 291 Angeles PR 00611 | | 9/28/2010 INVENTORY PURCHASES (GROCERY) | | | | $ 13,499.00 |
| Account No: Creditor # : 519 TRAILER BRIDGE, INC. PO BOX 861623 Orlando FL 32886-1623 | | 9/28/2010 TRANSPORTATION SERVICES | | | | $ 10,087.00 |
| Account No: Creditor # : 520 TRANE DE PUERTO RICO PO BOX 9000 San Juan PR 00908-9000 | - | 9/28/2010 REPAIRS AND MAINTENANCE | | | | $ 1,298.98 |

Sheet No. 86 of 94 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 29,448.13  
Total $  
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re **A. CORDERO BADILLO, INC.**, Debtor(s)  Case No. **10-10705-SEK11** (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: Creditor # : 521 TRIPLE-S SALUD PO BOX 71548 San Juan PR 00936-8648 | | 11/09/2010 HEALTHCARE INSURANCE PREMIUMS | | | | $ 579,282.93 |
| Account No: Creditor # : 522 TRIPLE-S VIDA, INC. PO BOX 363786 San Juan PR 00936-3786 | | 11/09/2010 LIFE GROUP INSURANCE PREMIUMS | | | | $ 3,435.92 |
| Account No: Creditor # : 523 TROPICAL CITY, INC. AVE. HOSTOS 95 APARTADO 7466 Ponce PR 00732 | | 9/28/2010 INVENTORY PURCHASES (GROCERY) | | | | $ 2,395.00 |
| Account No: Creditor # : 524 TROPICAL FERTILIZER CORP. PO BOX 154 Sabana Seca PR 00952-0154 | | 9/28/2010 INVENTORY PURCHASES (GROCERY) | | | | $ 3,057.72 |
| Account No: Creditor # : 525 UN GRANO DE MOSTAZA C/O LCDO. EDGARDO R. JIMENEZ PO BOX 8765 San Juan PR 00910-0765 | | 10/27/2010 SUIT FOR MONEY COLLECTION CIVIL NO. D2CD2010-0407 | X | X | X | $ 1.00 |
| Account No: Creditor # : 526 UNILEVER DE P.R., INC. DIVISION PERSONAL PROD. PO BOX 70357 San Juan PR 00936-8357 | | 9/28/2010 MERCHANDISE INVENTORY PURCHASES | | | | $ 43,099.29 |

Sheet No. **87** of **94** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ **$ 631,271.86**

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re **A. CORDERO BADILLO, INC.**, Debtor(s)  Case No. **10-10705-SEK11** (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: Creditor # : 527 USA WASTE SERVICES, INC. PO BOX 71561 San Juan PR 00936-8661 | | 11/09/2010 WASTE DISPOSAL SERVICES | | | | $ 261,695.05 |
| Account No: Creditor # : 528 V & R CORPORATION VILLA DEL CARMEN SHOPPING LOCAL 103 Cidra PR 00739 | | 9/28/2010 DELI INVENTORY PURCHASES | | | | $ 2,671.89 |
| Account No: Creditor # : 529 V. SUAREZ & CO. INC. PO BOX 364588 San Juan PR 00936-4588 | | 9/28/2010 INVENTORY PURCHASES (GROCERY) | | | | $ 361,674.56 |
| Account No: Creditor # : 530 VALERIE VARGAS GONZALEZ C/O LCDA. EDMEE VICENTY 867 AVE MUNOZ RIVERA, STE.C-100 San Juan PR 00925 | | 10/27/2010 LABOR SUIT CIVIL NO. DPE2010-1181 | X | X | X | $ 1.00 |
| Account No: Creditor # : 531 VANESSA BERDECIA C/O LCDO. JORGE A. CAMARA PO BOX 1885 Coamo PR 00769-1885 | | 09/30/2003 LABOR SUIT CIVIL NO. B2CI2003-00466 | X | X | X | $ 1.00 |
| Account No: Creditor # : 532 VAQUERIA TRES MONJITAS PO BOX 366757 San Juan PR 00936-6757 | | 9/28/2010 DAIRY INVENTORY PURCHASES | | | | $ 7,070.49 |

Sheet No. **88** of **94** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ **$ 633,113.99**

Total $ (Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re  A. CORDERO BADILLO, INC. ,                                    Case No. 10-10705-SEK11
       Debtor(s)                                                           (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: Creditor # : 533 VARIETY FOOD SERVICES PO BOX 414 Saint Just PR 00978 | | 9/28/2010 INVENTORY PURCHASES (GROCERY) | | | | $ 14,696.67 |
| Account No: Creditor # : 534 VEDELNIS DISTRIBUTING CO. AMOCO PO BOX 367 San Juan PR 00936 | | 9/28/2010 INVENTORY PURCHASES (GROCERY) | | | | $ 31,846.81 |
| Account No: Creditor # : 535 VENTO DISTRIBUTORS CORP. PO BOX 363051 San Juan PR 00936-3051 | | 9/28/2010 INVENTORY PURCHASES (GROCERY) | | | | $ 15,345.96 |
| Account No: Creditor # : 536 VENTO PONCE, INC. PO BOX 7823 Ponce PR 00732-7823 | | 9/28/2010 INVENTORY PURCHASES (GROCERY) | | | | $ 1,723.71 |
| Account No: Creditor # : 537 VENTURA FOODS PO BOX 641100 Pittsburgh PA 15264-1100 | | 9/28/2010 INVENTORY PURCHASES (GROCERY) | | | | $ 15,532.02 |
| Account No: Creditor # : 538 VICTOR ORTIZ-A4-D2-DP-67(09) DPTO. TRABAJO Y REC. HUMANOS PO BOX 1421 Juana Diaz PR 00795 | | 05/14/2010 LABOR ARBITRATION CASE NO. A4-D2-DP-67 (09) | X | X | X | $ 1.00 |

Sheet No. 89 of 94 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 79,146.17

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re  A. CORDERO BADILLO, INC.                                       Case No. 10-10705-SEK11
          Debtor(s)                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: Creditor # : 539 VILLA BLANCA VB PLAZA, LLC PO BOX 362983 San Juan PR 00936-2983 | | 9/28/2010 RENT ARREARS VILLA BLANCA (CAGUAS) STORE | | | | $ 82,523.31 |
| Account No: Creditor # : 540 VILMA Y. IRIZARRY C/O LCDA. NAYDA CASTRO PO BOX 194762 San Juan PR 00919-4762 | | 06/01/2009 SUIT FOR DAMAGES CIVIL NO. DDP09-0470 | X | X | X | $ 1.00 |
| Account No: Creditor # : 541 VIVERO UN GRANO DE MOSTAZA APARTADO POSTAL 8479 San Juan PR 00910-0479 | | 9/28/2010 VEGETABLES & FRUITS INVENTORY PURCHASES | | | | $ 17,718.21 |
| Account No: Creditor # : 542 WANDA FEBUS-A8-D1-DP-501-09 DPTO. TRABAJO Y REC. HUMANOS PO BOX 1057 Bayamon PR 00960 | | 09/17/2010 LABOR ARBITRATION CASE NO. A8-D1-DP-501-09 | X | X | X | $ 1.00 |
| Account No: Creditor # : 543 WANDA MACHI CUEVAS C/O LCDA. FABIOLA FERNANDEZ CALL BOX 7886, SUITE 223 Carolina PR 00979-7886 | | 12/03/2009 SUIT FOR DAMAGES CIVIL NO. FDP09-0480 | X | X | X | $ 1.00 |
| Account No: Creditor # : 544 WANDA RODRIGUEZ DIAZ C/O LCDO. RICHARD SCHELL-ASAD 254 SAN JOSE ST., 3rd FLOOR San Juan PR 00901 | | 03/24/2010 SUIT FOR DAMAGES CIVIL NO. 10-1016 (DRD) | X | X | X | $ 1.00 |

Sheet No. 90 of 94 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $  $ 100,245.52
Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re A. CORDERO BADILLO, INC. , Case No. 10-10705-SEK11
 Debtor(s) (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 545<br>WARCO<br>PO BOX 1868<br>Trujillo Alto PR 00977-1868 | | 9/28/2010<br>REPAIRS AND MAINTENANCE | | | | $ 16,605.58 |
| Account No:<br>Creditor # : 546<br>WE ENTERPRISE, CORP.<br>AVE. ASHFORD 1020<br>SUITE 323<br>San Juan PR 00907 | | 09/05/2010<br>SUSHI SALES<br>(75% OF GROSS SALES DUE CONCESSIONAIRE) | | | | $ 69,630.22 |
| Account No:<br>Creditor # : 547<br>WE ENTERPRISE, CORP.<br>AVE. ASHFORD 1020<br>SUITE 323<br>San Juan PR 00907 | | 9/28/2010<br>SUSHI FOOD INVENTORY | | | | $ 102,139.67 |
| Account No:<br>Creditor # : 548<br>WEST INDIES & GREY<br>PO BOX 71354<br>San Juan PR 00936-8454 | | 9/28/2010<br>ADVERTISING SERVICES | | | | $ 687.50 |
| Account No:<br>Creditor # : 549<br>WG GROUP<br>2000 CARR 8177 SUITE 26<br>PMB 20020<br>Guaynabo PR 00966 | | 9/28/2010<br>INVENTORY PURCHASES (GROCERY) | | | | $ 8,470.50 |
| Account No:<br>Creditor # : 550<br>WHITE ROSE, INC.<br>380 MIDDLESEX AVE.<br>Carteret NJ 07008 | | 9/28/2010<br>INVENTORY PURCHASES (GROCERY) | | | | $ 247,687.69 |

Sheet No. 91 of 94 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 445,221.16

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re A. CORDERO BADILLO, INC. , Case No. 10-10705-SEK11
Debtor(s) (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: Creditor # : 551 WILMA J. RODRIGUEZ C/O LCDO. MIGUEL A. OLMEDO MSC 914,AVE. W.CHURCHILL 138 San Juan PR 00926 | | 08/20/2010 SUIT FOR DAMAGES CIVIL NO.DDP2010-0715 | X | X | X | $ 1.00 |
| Account No: Creditor # : 552 WIN-HOLT EQUIPMENT CORP. PO BOX 823210 Philadelphia PA 19182-3210 | | 9/28/2010 REPAIRS AND MAINTENANCE | | | | $ 978.00 |
| Account No: Creditor # : 553 WORLDNET TELECOMMUNICATION PO BOX 70201 San Juan PR 00936-8201 | | 9/28/2010 COMMUNICATION SERVICES | | | | $ 1,100.53 |
| Account No: Creditor # : 554 WRIGLEY PUERTO RICO, INC. CALLE BAETRIZ #8A URB INDUSTRIAL AMELIA Guaynabo PR 00968 | | 9/28/2010 MERCHANDISE INVENTORY PURCHASES | | | | $ 2,824.13 |
| Account No: Creditor # : 555 XAVI ICE PLANT RR 02 BOX 6459 Toa Alta PR 00953 | | 9/28/2010 ICE INVENTORY PURCHASES | | | | $ 1,729.50 |
| Account No: Creditor # : 556 YADIRA SERRANO MORALES PO BOX 356 Barranquitas PR 00794 | | 02/11/2010 EXTRAJUDICIAL LABOR CLAIM | X | X | X | $ 1.00 |

Sheet No. 92 of 94 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 6,634.16

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re  A. CORDERO BADILLO, INC.                                       ,          Case No. 10-10705-SEK11
              Debtor(s)                                                                            (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: Creditor # : 557 YAMIL MELENDEZ-A6-D1-DP-207-09 CENTRO GOBIERNO, ST. 6 45 C/CRUZ ORTIZ STELLA N. Humacao PR 00791 | | 08/06/2010 LABOR ARBITRATION CASE NO. A6-D1-DP-207-09 | X | X | X | $ 1.00 |
| Account No: Creditor # : 558 YAMILET VEGA C/O LCDO. ARIEL IRIZARRY PO BOX 5399 Yauco PR 00698-5399 | | 05/03/2010 LABOR SUIT CIVIL NO. I3C2010-00298 | X | X | X | $ 1.00 |
| Account No: Creditor # : 559 YARAS SERVICE CORP. PMB #3372135  CARR 2 SUITE 15 Bayamon PR 00959-5259 | | 10/31/2010 REPAIRS AND MAINTENANCE | | | | $ 116,462.60 |
| Account No: Creditor # : 560 YAZMIN L. SUAREZ C/O LCDO. FRANCISCO J. TORRES PO BOX 874 Caguas PR 00726-0874 | | 9/28/2010 BALANCE OF SETTLEMENT AGREEMENT IN CIVIL NO. EDP2010-0021 | | | | $ 3,200.00 |
| Account No: Creditor # : 561 YOLANDA DELGADO C/O LCDO. EDWIN ORTIZ APARTADO 305 Coamo PR 00769 | | 09/03/2009 EXTRAJUDICIAL CLAIM | X | X | X | $ 1.00 |
| Account No: Creditor # : 562 ZARAHI ANADON C/O LCDA. HORTENSIA FRANQUIZ 777 VIA DE LA HERMITA, HSJ Caguas PR 00727 | | 12/15/2009 SUIT FOR DAMAGES CIVIL NO. EDP2009-0450 | X | X | X | $ 1.00 |

Sheet No. 93 of 94 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 119,666.60
Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re A. CORDERO BADILLO, INC._____,  Case No. 10-10705-SEK11
　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: Creditor # : 563 ZULMA MIRANDA MARRERO C/O LCDO. FEDERICO DUCOUDRAY 500 AVE. MUNOZ RIVERA, STE.262 San Juan PR 00918 | | 05/14/2009 SUIT FOR DAMAGES CIVIL NO.DDP2009-412 | X | X | X | $ 1.00 |
| Account No: Creditor # : 564 ZWANENBERG FOOD GROUP 3640 MUDDY CREEK ROAD Cincinnati OH 45238 | | 9/28/2010 INVENTORY PURCHASES (GROCERY) | | | | $ 59,800.00 |
| Account No: | | | | | | |
| Account No: | | | | | | |
| Account No: | | | | | | |
| Account No: | | | | | | |

Sheet No. __94__ of __94__ continuation sheets attached to Schedule of　　　　Subtotal $　　$ 59,801.00
Creditors Holding Unsecured Nonpriority Claims　　　　　　　　　　　　　　　Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related)　　$ 21,379,866.85

B6G (Official Form 6G) (12/07)

**AMENDED**

In re A. CORDERO BADILLO, INC. / Debtor    Case No. 10-10705-SEK11
(if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| ALMACENES CARABALLO, INC.<br>APARTADO 783<br>Gurabo PR   00778 | Contract Type: *LEASE AGREEMENT*<br>Terms: *23 YEARS, 7 MONTHS AND 20 DAYS*<br>Beginning date: *8/1/2002*<br>Debtor's Interest: *Lessee*<br>Description: *BUILDING OF 45,215.64 SQ.FT. LOCATED AT CALLE ANDRES ARUS RIVERA FINAL, GURABO, PR (GURABO STORE)*<br>Buyout Option: *NO* |
| ALMACENES PITUSA, INC.<br>C/O ISRAEL KOPEL AMSTER<br>CALL BOX 839, HATO REY STATION<br>San Juan PR   00919-0839 | Contract Type: *SUB LEASE AGREEMENT*<br>Terms: *5 YRS. WITH THREE 5-YR. OPTIONS & ONE OF 3-YR. 7 MO.*<br>Beginning date: *8/1/2002*<br>Debtor's Interest: *Lessor*<br>Description: *BUILDING OF 45,215.64 SQ.FT. LOCATED AT CALLE ANDRES ARUS RIVERA FINAL, GURABO, PR (GURABO STORE)*<br>Buyout Option: *NO* |
| ARECIBO BUILDING CORPORATION<br>GENERAL PO BOX 362007<br>San Juan PR   00936-2007 | Contract Type: *LEASE AGREEMENT*<br>Terms: *10 YEARS WITH 4 CONSECUTIVE RENEWAL TERMS OF 5 YRS.*<br>Beginning date: *7/1/1993*<br>Debtor's Interest: *Lessee*<br>Description: *PREMISES OF 32,849 SQ. FT. LOCATED AT "VICTORY SHOPPING CENTER", BAYAMON, PR*<br>Buyout Option: *NO* |
| CARDTRONICS USA, INC.<br>3250 BRIARPARK DRIVE<br>SUITE 400<br>Houston TX   77042 | Contract Type: *EXCLUSIVE LICENSE AGREEMENT*<br>Terms: *3 YEARS WITH AN AUTOMATIC 2-YEAR RENEWAL*<br>Beginning date: *9/21/2009*<br>Debtor's Interest: *Retailer*<br>Description: *INSTALLATION AND OPERATION OF AUTOMATED TELLER MACHINES ("ATM") IN DEBTOR'S STORES LOCATED AT CAROLINA, RIO PIEDRAS, BAYAMON, FAJARDO, MANATI, NARANJITO, OROCOVIS AND SALINAS*<br>Buyout Option: *NO* |

Page 1 of 6

In re **A. CORDERO BADILLO, INC.** / Debtor          Case No. **10-10705-SEK11**
(if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| CAROLINA SHOPPING COURT, INC.<br>PO BOX 29112<br>65th INFANTERIA STATION<br>San Juan PR  00929 | Contract Type: *LEASE AGREEMENT*<br>Terms: *20 YEARS WITH TWO 5- YEAR OPTIONS*<br>Beginning date: *10/6/1986*<br>Debtor's Interest: *Lessee*<br>Description: *PREMISES OF 30,000 SQ. FT. LOCATED AT "CAROLINA SHOPPING COURT", CAROLINA, PR (CAROLINA STORE)*<br>Buyout Option: *NO* |
| COINSTAR, INC.<br>1800 114th AVE.. S.E.<br>Bellevue WA  98004 | Contract Type: *RETAILER AGREEMENT*<br>Terms: *3 YEARS WITH AN AUTOMATIC 1-YEAR RENEWAL OPTION*<br>Beginning date: *11/7/2008*<br>Debtor's Interest: *Retailer*<br>Description: *INSTALLATION AND OPERATION OF COINSTAR UNITS IN DEBTOR'S STORES*<br>Buyout Option: *NO* |
| COMMERCIAL CENTERS MANAGEMENT<br>C/O REAL INVESTMENT, S.E.<br>GENERAL POST OFFICE 362983<br>San Juan PR  00936 | Contract Type: *LEASE AGREEMENT*<br>Terms: *15 YEARS (EXPIRED), MONTH TO MONTH*<br>Beginning date: *2/1/1991*<br>Debtor's Interest: *Lessee*<br>Description: *PREMISES OF 11,376 SQ. FT. ON THE GROUND FLOOR AND 6,458 SQ. FT. ON THE 2ND FLOOR LOCATED AT "CENTRO COMERCIAL REPARTO METROPOLITANO", SAN JUAN, PR (REPARTO METROPOLITANO STORE)*<br>Buyout Option: *NO* |
| COMPAÑIA DE COMERCIO<br>Y EXPORTACION DE PUERTO RICO<br>PO BOX 195009<br>San Juan PR  00919-5009 | Contract Type: *LEASE AGREEMENT*<br>Terms: *5 YEARS*<br>Beginning date: *4/1/2006*<br>Debtor's Interest: *Lessee*<br>Description: *PREMISES OF 104,227.41 SQ. FT. LOCATED AT CENTRO MERCANTIL INTERNACIONAL, GUAYNABO, PR, TO BE USED AS OFFICE AND WAREHOUSE*<br>Buyout Option: *NO* |
| CONNECTING HOME AND BUSINESS<br>C/O ALEJANDRO CARELA GONZALEZ<br>1124 AVE. JESUS T. PINERO<br>San Juan PR  00929 | Contract Type: *SUB LEASE AGREEMENT*<br>Terms: *1 YEAR*<br>Beginning date: *8/1/2007*<br>Debtor's Interest: *Lessor*<br>Description: *BUSINESS SPACE AT PREMISES LOCATED AT DRIVE IN SHOPPING CENTER, BAYAMON, PR*<br>Buyout Option: *NO* |

B6G (Official Form 6G) (12/07)

In re A. CORDERO BADILLO, INC. _____ / Debtor    Case No. 10-10705-SEK11
                                                                                        (if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| DRIVE IN CENTER, S.E.<br>GARDEN HILLS PLAZA 1353<br>STE. 344<br>Guaynabo PR   00966 | Contract Type: LEASE AGREEMENT<br>Terms: 20 YEARS WITH FOUR (4) AUTOMATIC 5-YEAR EXTENSIONS<br>Beginning date: 12/30/1997<br>Debtor's Interest: Lessee<br>Description: PARCEL OF LAND OF 45,000 SQ. FT. LOCATED AT "DRIVE IN SHOPPING CENTER", BAYAMON, PR<br>Buyout Option: NO |
| F. CARRO PROPERTIES, INC.<br>MANSIONES DE VILLANOVA<br>CALLE C-E1-16<br>San Juan PR   00926 | Contract Type: LEASE AGREEMENT<br>Terms: 10 YEARS WITH A 10-YEAR RENEWAL TERM<br>Beginning date: 4/10/1991<br>Debtor's Interest: Lessee<br>Description: PREMISES OF 9,825 SQUARE METERS LOCATED AT BARROS WARD, OROCOVIS, PR AND ANOTHER OF 1,144 SQUARE METERS AT MOROVIS, PR  (OROCOVIS AND MOROVIS STORES)<br>Buyout Option: NO |
| FIREMAN'S FUND INSURANCE CO<br>C/O MARSH SALDANA, INC.<br>PO BOX 9023549<br>San Juan PR   00902-3549 | Contract Type: INSURANCE POLICY<br>Terms: 1 YEAR<br>Beginning date: 4/30/2010<br>Debtor's Interest: Insured<br>Description: INLAND MARINE COVERAGE<br>Buyout Option: NO |
| INTEGRAND ASSURANCE COMPANY<br>PO BOX 70128<br>San Juan PR   00936-8128 | Contract Type: INSURANCE POLICY<br>Terms: 1 YEAR<br>Beginning date: 4/30/2010<br>Debtor's Interest: Insured<br>Description: COMMERCIAL UMBRELLA COVERAGE<br>Buyout Option: NO |
| INTEGRAND ASSURANCE COMPANY<br>PO BOX 70128<br>San Juan PR   00936-8128 | Contract Type: INSURANCE POLICY<br>Terms: 1 YEAR<br>Beginning date: 4/30/2010<br>Debtor's Interest: Insured<br>Description: COMPANY COMMERCIAL AUTO COVERAGE<br>Buyout Option: NO |
| INTEGRAND ASSURANCE COMPANY<br>PO BOX 70128<br>San Juan PR   00936-8128 | Contract Type: INSURANCE POLICY<br>Terms: 1 YEAR<br>Beginning date: 4/30/2010<br>Debtor's Interest: Insured<br>Description: EMPLOYEES COMMERCIAL AUTO COVERAGE<br>Buyout Option: NO |

B6G (Official Form 6G) (12/07)

In re A. CORDERO BADILLO, INC. _____ / Debtor       Case No. 10-10705-SEK11
(if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| INTEGRAND ASSURANCE COMPANY<br>PO BOX 70128<br>San Juan PR   00936-8128 | Contract Type: INSURANCE POLICY<br>Terms: 1 YEAR<br>Beginning date: 4/30/2010<br>Debtor's Interest: Insured<br>Description: COVERAGES: EMPLOYEE DISHONESTY, FORGERY OR ALTERATION, COMMERCIAL PROPERTY, COMMERCIAL GENERAL LIABILITY, COMMERCIAL CRIME, COMMERCIAL INLAND MARINE<br>Buyout Option: NO |
| ITF FINANCIAL LICENSES, INC.<br>INCOMM<br>1800 114th AVE. S.E.<br>Bellevue WA   98004 | Contract Type: RETAILER AGREEMENT<br>Terms: 3 YEARS WITH AUTOMATIC 1-YEAR RENEWALS<br>Beginning date: 10/1/2008<br>Debtor's Interest: Retailer<br>Description: MARKETING AND SALE OF COMMUNICATION AND ENTERTAINMENT PRODUCTS AND SERVICES OF PROVIDER AT DEBTOR'S STORES.<br>Buyout Option: NO |
| KMART CORPORATION<br>3100 WEST BIG BEAVER RD.<br>Troy MI   48084 | Contract Type: LEASE AGREEMENT<br>Terms: 20 YEARS WITH TWO 5-YEAR OPTIONS<br>Beginning date: 3/30/2002<br>Debtor's Interest: Lessee<br>Description: PREMISES OF 31,107 SQ. FT. LOCATED AT "PLAZA DEL OESTE SHOPPING CENTER", FAJARDO, PR (FAJARDO STORE)<br>Buyout Option: NO |
| LIBERTY MUTUAL INSURANCE CO<br>55 WATER ST., 18th FL.<br>New York NY   10041 | Contract Type: INSURANCE POLICY<br>Terms: 1 YEAR<br>Beginning date: 4/30/2010<br>Debtor's Interest: Insured<br>Description: EXCESS UMBRELLA COVERAGE<br>Buyout Option: NO |
| MEGA PET   DOG WASH GROOMING<br>ADDRESS UNKNOWN<br>Catano PR   00962 | Contract Type: SUB LEASE AGREEMENT<br>Terms: 5 YEARS WITH ONE 5-YEAR EXTENSION<br>Beginning date: 7/1/2010<br>Debtor's Interest: Lessor<br>Description: PREMISES OF 4,340.01 SQ.FT. LOCATED AT DRIVE IN PLAZA STORE, BAYAMON, PR<br>Buyout Option: NO |

Page 4 of 6

B6G (Official Form 6G) (12/07)

In re A. CORDERO BADILLO, INC. / Debtor    Case No. 10-10705-SEK11
(if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| NATURAL NUTRITION CENTER<br>ATALAYA D-13<br>GARDEN HILLS<br>Guaynabo PR 00966 | Contract Type: SUB LEASE AGREEMENT<br>Terms: MONTH TO MONTH<br>Beginning date: 1/1/1999<br>Debtor's Interest: Lessor<br>Description: 543 SQ. FT. PREMISE AT DRIVE IN PLAZA STORE, BAYAMON, PR<br>Buyout Option: NO |
| P.D.C.M. ASSOCIATES, S.E.<br>PO BOX 839<br>San Juan PR 00917 | Contract Type: LEASE AGREEMENT<br>Terms: 20 YEARS<br>Beginning date: 1/7/2001<br>Debtor's Interest: Lessee<br>Description: PREMISES OF 40,847 SQ. FT. LOCATED AT "COAMO PLAZA SHOPPING CENTER", COAMO, PR (COAMO STORE)<br>Buyout Option: NO |
| POPULAR AUTO, INC.<br>APARTADO 50045<br>San Juan PR 00902-6245 | Contract Type: LEASE AGREEMENT<br>Terms: 2 YEARS<br>Beginning date: 7/31/2009<br>Debtor's Interest: Lessee<br>Description: 2004 NISSAN PATHFINDER<br>Buyout Option: YES |
| PR TELEPHONE CO.- CLARO<br>1515 AVE. F.D. ROOSEVELT<br>Guaynabo PR 00968 | Contract Type: SUB LEASE AGREEMENT<br>Terms: 1 YEAR<br>Beginning date: 10/1/2009<br>Debtor's Interest: Lessor<br>Description: SPACE TO INSTALL FIFTEEN (15) REMOVABLE BOOTHS IN LESSOR'S PREMISES LOCATED AT 65 DE INFANTERIA, VILLA BLANCA (CAGUAS), COUNTRY CLUB (CAROLINA), FAJARDO, ISLA VERDE, LOS PRADOS (CAGUAS), QUEBRADILLAS, REPARTO METROPOLITANO (RIO PIEDRAS), SALINAS, VICTORY SHOPPING CENTER (BAYAMON), PLAZA GUAYNABO, ARECIBO, LAS PIEDRAS, DORADO Y TRUJILLO ALTO.<br>Buyout Option: NO |
| RG PREMIER BANK<br>PO BOX 2510<br>Guaynabo PR 00970-2510 | Contract Type: LEASE AGREEMENT (AUTO)<br>Terms: 5 YEARS<br>Beginning date: 6/14/2006<br>Debtor's Interest: Lessee<br>Description: 2007 MERCEDES-BENZ S550V<br>Buyout Option: YES |

Page 5 of 6

In re A. CORDERO BADILLO, INC. _____ / Debtor    Case No. 10-10705-SEK11
(if known)

## SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| RG PREMIER BANK<br>PO BOX 2510<br>Guaynabo PR  00970-2510 | Contract Type: LEASE AGREEMENT (AUTO)<br>Terms: 5 YEARS<br>Beginning date: 12/29/2005<br>Debtor's Interest: Lessee<br>Description: 2006 BMW 525 SERIES<br>Buyout Option: YES |
| SUBWAY REAL ESTATE CORP.<br>1606 AVE. PONCE DE LEON #200<br>San Juan PR  00909 | Contract Type: SUB LEASE AGREEMENT<br>Terms: 5 YEARS WITH FIVE 5-YEAR OPTIONS<br>Beginning date: 10/1/2006<br>Debtor's Interest: Lessor<br>Description: PREMISES OF 1,079.62 SQ.FT. LOCATED AT PLAZA GUAYNABO, GUAYNABO, PR<br>Buyout Option: NO |
| THE TRAVELERS INSURANCE CO.<br>ONE TOWER SQUARE<br>Hartford CT  01683 | Contract Type: INSURANCE POLICY<br>Terms: 1 YEAR<br>Beginning date: 4/30/2010<br>Debtor's Interest: Insured<br>Description: BOILER & MACHINERY COVERAGE<br>Buyout Option: NO |

Page  6  of   6