160.0-09
REV. 2/87



AUTORIDAD DE ENERGIA ELECTRICA DE PUERTO RICO
PUERTO RICO ELECTRIC POWER AUTHORITY

FIANZA SOBRE CONTRATO DE SERVICIO ELECTRICO
ELECTRIC SERVICE CONTRACT BOND

BOND NO. 914080

1. Nosotros, __A. CORDERO BADILLO, INC._____,
   WE,

   como Principal, y __UNITED SURETY & INDEMNITY COMPANY__,
   as Principal, and

   Una corporación autorizada a hacer negocios en el Estado Libre Asociado
   A corporation authorized to transact business in the Commonwealth of

   de Puerto Rico, como Asegurador, por la presente nos obligamos a favor
   Puerto Rico, as Surety, are hereby held and firmly bound unto Puerto

   de la Autoridad de Energía Eléctrica, una corporación pública del
   Rico Electric Power Authority, a public corporation of the Commonwealth

   Estado Libre Asociado, como Beneficiario, por la suma de __NOVECIENTOS__
   of Puerto Rico, as Obligee, in the penal sum of
   __TREINTA MIL CON 00/100__ dólares ($930,000.00), por el pago de
                              dollars ($         ), for the payment

   cuya suma a su fecha fielmente, nos obligamos solidariamente nosotros,
   of which sum well and truly to be made, we bind ourselves, our heirs,

   nuestros herederos, mandatarios, administradores y sucesores.
   executors, administrators, and successors, jointly and severally, firmly

   by these presents.

2. Esta obligación se constituye como una condición de un contrato suscrito
   The condition of this obligation is such that, whereas the Principal

   por el Principal con el Beneficiario, fechado _____,
   entered into a certain contract with the Obligee, dated _____,

   19 __, para garantizar el pago por consumo de energía eléctrica, renta
   19 __, to guaranty the payment of electrical service, rent of equipment

   de equipos y transformadores y toda obligación económica accesoria y
   and power transformers, and any other economic liabilities related to

   relacionada con el suministro del referido servicio de energía eléctrica
   such services rendered by the Obligee to the Principal at _____

160.0-08
REV. 2/87



AUTORIDAD DE ENERGIA ELECTRICA DE PUERTO RICO
PUERTO RICO ELECTRIC POWER AUTHORITY

FIANZA SOBRE CONTRATO DE SERVICIO ELECTRICO
ELECTRIC SERVICE CONTRACT BOND

BOND NO. __914080__

1. Nosotros, __A. CORDERO BADILLO, INC.__,
   WE,

   como Principal, y __UNITED SURETY & INDEMNITY COMPANY__,
   as Principal, and

   Una corporación autorizada a hacer negocios en el Estado Libre Asociado
   A corporation authorized to transact business in the Commonwealth of

   de Puerto Rico, como Asegurador, por la presente nos obligamos a favor
   Puerto Rico, as Surety, are hereby held and firmly bound unto Puerto

   de la Autoridad de Energía Eléctrica, una corporación pública del
   Rico Electric Power Authority, a public corporation of the Commowealth

   Estado Libre Asociado, como Beneficiario, por la suma de __NOVECIENTOS__
   of Puerto Rico, as Obligee, in the penal sum of
   __TREINTA MIL CON 00/100__ dólares ($930,000.00), por el pago de
   _____ dollars ($          ), for the payment

   cuya suma a su fecha fielmente, nos obligamos solidariamente nosotros,
   of which sum well and truly to be made, we bind ourselves, our heirs,

   nuestros herederos, mandatarios, administradores y sucesores.
   executors, administrators, and successors, jointly and severally, firmly

   by these presents.

2. Esta obligación se constituye como una condición de un contrato suscrito
   The condition of this obligation is such that, whereas the Principal

   por el Principal con el Beneficiario, fechado _____,
   entered into a certain contract with the Obligee, dated _____,

   19 __, para garantizar el pago por consumo de energía eléctrica, renta
   19 __, to guaranty the payment of electrical service, rent of equipment

   de equipos y transformadores y toda obligación económica accesoria y
   and power transformers, and any other economic liabilities related to

   relacionada con el suministro del referido servicio de energía eléctrica
   such services rendered by the Obligee to the Principal at _____

por el Beneficiario al Principal en ___VER DETALLE EN EL ENDOSO___
NUM. 1_____, for as long as

_____, por todo el tiempo que
Principal shall make use of electrical service at above indicated

el Principal utilice dicho servicio en tal localidad, comenzando en
location, commencing on _____, de 19 __, which contract

___20 DE NOVIEMBRE___ de 19⁹¹, cuyo contrato aquí referido se
is hereby referred to and made part of this Contract Bond as fully

hace formar parte de este contrato íntegramente como si fuese aquí
and to the same extent as if copied at length herein.

transcrito literalmente.

3. Este contrato se entenderá estar condicionado por y sujeto a todas las
   This Contract Bond shall be construed as conditioned by and subject

   Reglas y Reglamentos de la Autoridad de Energía Eléctrica que existan
   to all Puerto Rico Electric Power Authority Rules and Regulations

   o puedan existir en el futuro, relativas y aplicables al Contrato
   existing or that may in the future exist concerning and applicable to

   de Servicio Eléctrico entre el Principal y el Beneficiario, cuyas
   the Service Contract between Principal and Obligee, which Rules and

   Reglas y Reglamentos se hacen formar parte de esta Fianza en Garantía
   Regulations are made part of this Contract Bond as if copied at lenght

   de Contrato de Servicio Eléctrico, como si se transcribieran aquí
   herein.

   literalmente.

4. Esta fianza será ejecutable, y el Asegurador pagará prontamente al
   This Contract Bond shall be executable, and Surety shall promptly

   Beneficiario, cualesquiera sumas que le sean reclamadas cuando
   pay whatever sums are claimed to them by Obligee, whenever Principal

   el Principal incurra en mora en el pago de sus facturas vencidas;
   incurrs in any delay in payment of bills due; and the fact that Obligee

   y el hecho que el Beneficiario no haga una o más de tales
   does not make any such claims, if any such delays are incurred, shall

   reclamaciones cuando ocurran tales retrasos, no constituirá renuncia
   not be construed to deprive Obligee of the right herein granted to make

   del Beneficiario para hacer tal (es) reclamación (es) cuando quiera
   any such claims whenever such delays may further be incurred into.

   luego de que se incurra en atrasos subsiguientes.

5. El Asegurador vendrá obligado al pago de las sumas objeto de esta
   Surety shall pay Obligee the penal sum convened at any time, limited
   fianza en cualquier tiempo, con sujeción sólo a las leyes de prescrip-
   only by the statute of limitations applicable to Principal, and Surety
   ción aplicables al Principal, renunciando el Asegurador a cualesquiera
   hereby waives all other terms on statute of limitations or caducity
   otros términos de prescripción o caducidad relativas al Contrato de
   that may be applicable to bonding contracts.
   Fianza.

6. El Beneficiario, cuando el Asegurador lo requiera, le informará con
   Obligee, whenever Surety so requests, will inform within reasonable
   diligencia razonable el estado de cuenta del Principal bajo el Contrato
   time the status of the account of Principal under the Service Contract.
   de Servicio Eléctrico. El aviso del último estado de la cuenta del
   Remittance of last bill of Principal under the Service Contract will be
   Principal bajo el Contrato de Servicio Eléctrico será aviso suficiente
   considered sufficient and adequate notice of status of the account.
   a tal fin.

7. Este contrato puede ser cancelado en cualquier tiempo, previo aviso
   This Contract Bond may be canceled at any time upon giving sixty (60)
   escrito de sesenta (60) días a la otra parte, como sigue:
   days written notice to other party, as follows:

   A. Por el Asegurador al Beneficiario por cualquier causa, o sin
      By Surety to Obligee, for any cause, or no cause, in which event
      causa, en cuyo caso la responsabilidad del Asegurador se exten-
      the Surety's liability shall cease and terminate at the expiration
      derá hasta sólo el vencimiento de dichos sesenta días.
      of said sixty days.

   B. Por la Autoridad de Energía Eléctrica, si el récord refleja
      By Puerto Rico Electric Power Authority, if record shows that
      que el servicio utilizado por el Principal ha aumentado en tal
      service used by principal has been increased to such degree that

forma que este Contrato de Fianza resulta ya insuficiente, dispo-
this Contract Bond is rendered insufficient, provided that in

niéndose que en tales casos el Principal y el Asegurador podrán,
such cases Principal and Surety may, within such sixty days,

dentro de los sesenta días a partir de la fecha del aviso, sus-
subscribe an endorsement increasing the face amount of this

cribir y remitir al Beneficiario un endoso aumentando la cuantía de
Contract Bond to whatever amount is then considered adequate.

este Contrato de Fianza a aquella suma que se estime adecuada.
Cancellation by Puerto Rico Electric Power Authority

La cancelación de este Contrato de Fianza por el Beneficiario no
forefeit its right to claim from Surety any amount due used by

constituirá renuncia de la Autoridad de Energía Eléctrica
Principal up to date of cancellation and within the limits of this

para reclamar del Asegurador cualquier suma adeudada por el
contract.

Principal hasta la fecha de cancelación y dentro de los límites de
este contrato.

   C. El aviso de cancelación se entregará personalmente, o por correo
      Notification of Cancellations shall be personally delivered, or by

certificado. En cualesquiera de los dos casos, copia del aviso de
certified mail. In any such case, copy of notice of cancellation

cancelación será remitido al Principal.
shall be sent to Principal.

8. En caso que el Principal cumpla fielmente cada una y todas las obliga-
   Now, therefore, if the Principal shall well and truly keep, do and

ciones bajo el Contrato de Servicio Eléctrico, en la forma, tiempo,
perform, each and every, all and singular, the matters and things in

maneras especificadas en dicho contrato, y pague y reembolse al
said contract set forth and specified to be by the said Principal kept,

Beneficiario cualesquiera créditos, pérdida o daños que al Beneficiario
done and performed at the time and in the manner in said contract

favorezcan como resultado de cualquier retraso o incumplimiento
specified, and shall pay over, make good and reimburse to the Obligee

del Principal, entonces este Contrato de Fianza se tendrá por no
all loss and damage which said Obligee may sustain by reason of

ejecutable; de lo contrario permanecerá en toda su fuerza y vigor.
failure or default on the part of said Principal, then this obligation
shall be void; otherwise to be and remain in full force and effect.

9. En caso de conflicto en la interpretación de las palabras o frases de
   In case of conflict as to the meaning of words and phrases of this
   este contrato, prevalecerá la versión en español.
   contract, the Spanish version shall prevail.

En testimonio de lo cual, las partes arriba obligadas suscriben este
In witness whereof, the above bound parties have executed this ins-
instrumento bajo los correspondientes sellos oficiales, hoy día
trument under their several seals this          day of         19 __,
25 de OCTUBRE de 19 91, insertándose y estampándose
the name and corporate seal of each corporate party being hereto
con el nombre y sello corporativo, y otorgado por los oficiales
affixed and these presents duly signed by its undersigned represen-
autorizados en sus cuerpos directivos.
tatives pursuant to authority of its governing body.

TESTIGO:
WITNESS:

_____          A. CORDERO BADILLO, INC.   SELLO
(Si individuo o agencia)                      ( Principal)        SEAL
(If individual or firm)

                                      Por:
                                      BY: _____  SELLO
_____                                      SEAL
(Si corporación)
(If corporation)
                                      UNITED SURETY & INDEMNITY COMPANY
                                      _____ SELLO
DOY FE:                                      Asegurador              SEAL
ATTEST:                                       (Surety)

Por:
BY: _____

                                      Por:                        SELLO
                                      BY: _____  SEAL
                                           Representante Legal
                                           (Attorney-in-Fact)
                                          ANTONIO BLANES



# UNITED SURETY & INDEMNITY COMPANY
• A Commitment to Excellence and Integrity •

## ENDOSO NUM. 1

ESTE ENDOSO, EFECTIVO 20 DE NOVIEMBRE DE 1991 FORMA PARTE DE LA FIANZA NÚM. 914080 EMITIDA A NOMBRE DE A. CORDERO BADILLO, INC. COMO PRINCIPAL POR UNITED SURETY & INDEMNITY COMPANY Y A FAVOR DE AUTORIDAD DE ENERGIA ELECTRICA, COMO BENEFICIARIO CON LÍMITE DE NOVECIENTOS TREINTA MIL CON 00/100 DOLARES ($930,000.00).

SE HACE CONSTAR POR LA PRESENTE QUE LOS LOCALES Y CUENTAS CUBIERTOS POR ESTA FIANZA SON LOS DETALLADOS A CONTINUACIÓN:

| LOCAL | CUENTA |
|---|---|
| Santa Rosa Shopping Center, Bayamón, Puerto Rico | 2117907-13002 |
| Metropolitan Shopping Center, Ave. Muñoz Rivera, Hato Rey, P.R. | 1314917-25002 |
| Centro Comercial Rpto. Metropolitano, Ave. Americo Miranda, Rio Piedras, P.R. | 2615906-31003 |
| Ave. Baldorioty de Castro, Isla Verde, Carolina, Puerto Rico | 1016929-10002 |
| 65 de Infantería Shopping Center, Ave. 65 Infantería, Rio Piedras, P.R. | 1113933-12002 Y 1113939-12010 |
| Quebradillas Shopping Center, Km. 100.8, Carr. #2, Quebradillas | 7274019-30900 |
| Villa Blanca Shopping Center, Caguas Norte, Caguas, P.R. | 4030090-05002 |
| San Francisco Shopping Center, Ave. De Diego, Rio Piedras, P.R. | 2213900-23002 |
| Centro Comercial Cayey, PR-1, Cayey, P.R. | 4234036-40102 |
| Bonneville Shopping Center, Calle Degetau, Caguas, P.R. | 4130089-52102 |
| Centro Comercial Villa María, Manatí, P.R. | 7384050-32102 |

PÁGINA 2, ENDOSO NÚM. 1
FIANZA NÚM. 914080

| Dirección | Número |
|---|---|
| Eastern Regional Shopping Center PR-3, Km. 45.9, Fajardo, P. R. | 3420906-21002 |
| Ponce Mall, PR-1, Ponce By Pass Ponce, P. R. | 5251048-31000 |
| Centro Comercial Jardines de Guaynabo, PR-20, Guaynabo, P. R. | 2219913-24702 |
| Country Club Shopping Center Ave. Campo Rico, Carolina, P.R. | 3116911-16002 |
| Victory Shopping Center, PR-167 Km. 4.5, Bayamón, P. R. | 2017900-18001 |
| Ave. Rodríguez Olmo, Bo. Tanamá Arecibo, P. R. | 7080111-30500 |
| Ave. Los Caños, Carr. #28 Guaynabo, P. R. - Almacén | 2319936-18100 |
| Km. 15, Hato Tejas, P. R. | 2093923-31200 |
| Ave. Ponce de León #52 Bo. Sabana, Guaynabo, P. R. | 2319936-17000 |
| Carr. Estatal 128 y #2, Bo. Susua Baja, Yauco | 5353054-80500 |
| Ave. Campo Rico, Esq. Avenida Galicia Carolina, P. R. | 3016915-26005 |
| Carr. #3, Esq. Ave. Roberto Clemente Carolina, P. R. | 3016910-25300 |
| Carr. Estatal, Esq. Corazones SI Mayaguez, P. R. | 6060150-42250 |
| Calle José I. Quintón 56, Coamo, P. R. | 5546040-92000 |
| Edificio Sindicato Obreros Unidos Salinas, P. R. | 5545037-40103 |

P.O. BOX 3432 OLD SAN JUAN STATION SAN JUAN, PUERTO RICO 00902-3432 Tel. (809) 722-8896 Fax. (809) 722-3877

PÁGINA 3, ENDOSO NÚM. 1
FIANZAS NÚM. 914080

| | |
|---|---|
| URB. JARDINES DE SANTA ISABEL<br>CARR. 153<br>SANTA ISABEL, P. R. | 5544021-20102 |
| CENTRO COMERCIAL DORADO DEL MAR<br>DORADO, P. R. | 2492905-22000 |
| CENTRO COMERCIAL SAN CRISTÓBAL<br>RUTA 156, KM. 17.3<br>BARRANQUITAS, P. R. | 4596026-65000 |

TODOS LOS DEMÁS TÉRMINOS Y CONDICIONES DE ESTA FIANZA PERMANECEN INALTERADOS.

FIRMADO Y SELLADO HOY, 25 DE OCTUBRE DE 1991.

A. CORDERO BADILLO, INC.
PRINCIPAL

POR _____

UNITED SURETY & INDEMNITY CO.
FIANDORA

POR _____
ANTONIO BLANES
APODERADO



# UNITED SURETY & INDEMNITY COMPANY
• A Commitment to Excellence and Integrity •

## CONTINUATION CERTIFICATE
### PUERTO RICO ELECTRIC POWER AUTHORITY

United Surety & Indemnity Company hereby continues in force its

**Bond No.** 914080

**on Behalf of** A. CORDERO BADILLO INC. , as Principal,

**located** VARIOS LOCALES $1,465,750.00

**beginning** 11/20/04 **and ending** 11/20/05

subject to all the terms and conditions of said bond; PROVIDED that the liability of United Surety & Indemnity Company shall not exceed in the aggregate the amount above written, whether the loss shall have occurred during the term of said bond or during any continuation or continuations thereof.

Signed and Sealed    September 7, 2004

**United Surety & Indemnity Company**

_____
Attorney-in-Fact

**This bond is subject to Rule XXIX of the Puerto Rico Insurance Code. In order for it to be valid it should have been paid at its inception or renewal date as applicable. If you are a beneficiary under it, be sure to receive evidence that it has been paid.**

PO BOX 2111 SAN JUAN, PUERTO RICO 00922-2111 TEL. (787) 273-1818 FAX ADM. 783-8232 FAX FIANZAS 783-8115 FAX FLOOD 792-8666

**USIC**

A Commitment to Excellence and Integrity

## CONTINUATION CERTIFICATE
### PUERTO RICO ELECTRIC POWER AUTHORITY

United Surety & Indemnity Company hereby continues in force its

**Bond No.** 914080

**on Behalf of** A. CORDERO BADILLO, INC. , as Principal,

**located** VARIOS LOCALES /$1,479,250.00

**beginning** 11/20/05 **and ending** 11/20/06

subject to all the terms and conditions of said bond; PROVIDED that the liability of United Surety & Indemnity Company shall not exceed in the aggregate the amount above written, whether the loss shall have occurred during the term of said bond or during any continuation or continuations thereof.

Signed and Sealed   August 29, 2005

**United Surety & Indemnity Company**

_____
Attorney-in-Fact

**This bond is subject to Rule XXIX of the Puerto Rico Insurance Code. In order for it to be valid it should have been paid at its inception or renewal date as applicable. If you are a beneficiary under it, be sure to receive evidence that it has been paid.**

PO BOX 2111 SAN JUAN, PUERTO RICO 00922-2111   TEL. (787) 273-1818   FAX ADM. 783-8232   FAX FIANZAS 783-8115
FAX PROPIEDAD 625-0893   FAX INUNDACION Y RECLAMACIONES 625-0896   FAX CONTABILIDAD 625-0892
http://www.usicpr.com

**USIC**

*A Commitment to Excellence and Integrity*

# CONTINUATION CERTIFICATE
## PUERTO RICO ELECTRIC POWER AUTHORITY

United Surety & Indemnity Company hereby continues in force its

Bond No.     914080

on Behalf of     A. CORDERO BADILLO, INC.     , as Principal,

located     VARIOS LOCALES /$1,533,250.00

beginning     11/20/06     and ending     11/20/07

subject to all the terms and conditions of said bond; PROVIDED that the liability of United Surety & Indemnity Company shall not exceed in the aggregate the amount above written, whether the loss shall have occurred during the term of said bond or during any continuation or continuations thereof.

Signed and Sealed     <u>August 8, 2006</u>

**United Surety & Indemnity Company**

_____
Attorney-in-Fact

This bond is subject to Rule XXIX of the Puerto Rico Insurance Code. In order for it to be valid it should have been paid at its inception or renewal date as applicable. If you are a beneficiary under it, be sure to receive evidence that it has been paid.

PO BOX 2111 SAN JUAN, PUERTO RICO 00922-2111 TEL. (787) 273-1818 FAX ADM. 783-8232 FAX FIANZAS 783-8115
FAX PROPIEDAD 625-0893 FAX INUNDACION Y RECLAMACIONES 625-0896 FAX CONTABILIDAD 625-0892
http://www.usicpr.com

**USIC**

# CONTINUATION CERTIFICATE
## PUERTO RICO ELECTRIC POWER AUTHORITY

United Surety & Indemnity Company hereby continues in force its

**Bond No.** 914080

**on Behalf of** A. CORDERO BADILLO DBA GRANDE SUPERMARKET DBA EMPRESAS CORDE , as Principal,

**located** VARIOS LOCALES /$1,686,250.00

**beginning** 11/20/07 **and ending** 11/20/08

subject to all the terms and conditions of said bond; PROVIDED that the liability of United Surety & Indemnity Company shall not exceed in the aggregate the amount above written, whether the loss shall have occurred during the term of said bond or during any continuation or continuations thereof.

Signed and Sealed   September 4, 2007

**United Surety & Indemnity Company**

_____
Attorney-in-Fact

This bond is subject to Rule XXIX of the Puerto Rico Insurance Code. In order for it to be valid it should have been paid at its inception or renewal date as applicable. If you are a beneficiary under it, be sure to receive evidence that it has been paid.

PO BOX 2111 SAN JUAN, PUERTO RICO 00922-2111   TEL. (787) 273-1818   FAX ADM. 783-8232   FAX FIANZAS 783-8115
FAX PROPIEDAD 625-0893   FAX INUNDACION Y RECLAMACIONES 625-0896   FAX CONTABILIDAD 625-0892
http://www.usicpr.com

• A Commitment to Excellence and Integrity •

**USIC**

## CONTINUATION CERTIFICATE
### PUERTO RICO ELECTRIC POWER AUTHORITY

United Surety & Indemnity Company hereby continues in force its

**Bond No.**     914080

**on Behalf of**     A. CORDERO BADILLO DBA GRANDE SUPERMARKET DBA EMPRESAS CORDERO BADILLO     , as Principal,

**located**     VARIOS LOCALES /$1,642,750.00

**beginning**     11/20/08     **and ending**     11/20/09

subject to all the terms and conditions of said bond; PROVIDED that the liability of United Surety & Indemnity Company shall not exceed in the aggregate the amount above written, whether the loss shall have occurred during the term of said bond or during any continuation or continuations thereof.

Signed and Sealed     <u>August 15, 2008</u>

**United Surety & Indemnity Company**

_____
Attorney-in-Fact

**This bond is subject to Rule XXIX of the Puerto Rico Insurance Code. In order for it to be valid it should have been paid at its inception or renewal date as applicable. If you are a beneficiary under it, be sure to receive evidence that it has been paid.**

PO BOX 2111 SAN JUAN, PUERTO RICO 00922-2111   TEL. (787) 273-1818   FAX ADM. 783-8232   FAX FIANZAS 783-8115
FAX PROPIEDAD 625-0893   FAX INUNDACION Y RECLAMACIONES 625-0896   FAX CONTABILIDAD 625-0892
http://www.usicpr.com



**USIC**

*A Commitment to Excellence and Integrity*

## CONTINUATION CERTIFICATE
### PUERTO RICO ELECTRIC POWER AUTHORITY

United Surety & Indemnity Company hereby continues in force its

Bond No. 914080

on Behalf of   A. CORDERO BADILLO DBA GRANDE SUPERMARKET DBA EMPRESAS CORDE , as Principal,

located   VARIOS LOCALES /$1,642,750.00

beginning 11/20/09   and ending 11/20/10

subject to all the terms and conditions of said bond; PROVIDED that the liability of United Surety & Indemnity Company shall not exceed in the aggregate the amount above written, whether the loss shall have occurred during the term of said bond or during any continuation or continuations thereof.

Signed and Sealed   August 14, 2009

**United Surety & Indemnity Company**

_____
Attorney-in-Fact

This bond is subject to Rule XXIX of the Puerto Rico Insurance Code. In order for it to be valid it should have been paid at its inception or renewal date as applicable. If you are a beneficiary under it, be sure to receive evidence that it has been paid.

PO BOX 2111 SAN JUAN, PUERTO RICO 00922-2111   TEL. (787) 273-1818   FAX ADM. 783-8232   FAX FIANZAS 783-8115
FAX PROPIEDAD 625-0893   FAX INUNDACION Y RECLAMACIONES 625-0896   FAX CONTABILIDAD 625-0892
http://www.usicpr.com