**FIANZA SOBRE CONTRATO DEL SERVICIO ELECTRICO**
**ELECTRIC SERVICE CONTRACT BOND**

CTA. NUM. 0230135622002

FIANZA NUM.: __914127__
BOND NO. _____

1. Nosotros ___A. CORDERO BADILLO, INC._____
   We,

   como Principal, y ___UNITED SURETY & INDEMNITY COMPANY_____
   as Principal, and

   una corporación autorizada a hacer negocios en el Estado Libre Asociado de
   a corporation authorized to transact business in the Commonwealth of Puerto Rico,

   Puerto Rico, como Asegurador, por la presente nos obligamos a favor de la
   as Surety, are hereby held and firmly bound unto Puerto Rico Electric Power

   Autoridad de Energía Eléctrica, una corporación pública del Estado Libre Asociado
   Authority, a public corporation of the Commonwealth of Puerto Rico, as Obligee, in

   como Beneficiario, por la suma de ___MIL_____ dólares ($ 1,000.00)
   the penal sum of _____ dollars ($     )

   por el pago de cuya suma a su fecha, fielmente, nos obligamos solidariamente
   of which sum well and truly to be made, we bind ourselves, our heirs,

   nosotros, nuestros herederos, mandatarios, administradores y sucesores.
   executors, administrators, and successors, jointly and severally, firmly by these
   presents.

2. Esta obligación se constituye como una condición para el suministro de energía
   This obligation shall constitute a condition for the supply of electric energy to

   eléctrica por el Beneficiario al Principal, para garantizar el pago por consumo de
   the Principal, to guaranty the payment of electrical service, rent of equipment and

   energía eléctrica, renta de equipos y transformadores y toda obligación económica
   power transformers, and any other economic liabilities related to such services

# FIANZA SOBRE CONTRATO DE SERVICIO ELECTRICO
## ELECTRIC SERVICE CONTRACT BOND

CTA NUM. 0230135622002

FIANZA NUM.: ___914127___

BOND NO. _____

1. Nosotros    ___A. CORDERO BADILLO, INC._____
   We,

   como Principal, y   ___UNITED SURETY & INDEMNITY COMPANY_____
   as Principal, and

   una corporación autorizada a hacer negocios en el Estado Libre Asociado de
   a corporation authorized to transact business in the Commonwealth of Puerto Rico,

   Puerto Rico, como Asegurador, por la presente nos obligamos a favor de la
   as Surety, are hereby held and firmly bound unto Puerto Rico Electric Power

   Autoridad de Energía Eléctrica, una corporación pública del Estado Libre Asociado
   Authority, a public corporation of the Commonwealth of Puerto Rico, as Obligee, in

   como Beneficiario, por la suma de  ___MIL_____ dólares ($ 1,000.00 )
   the penal sum of  _____ dollars  ($       )

   por el pago de cuya suma a su fecha, fielmente, nos obligamos  solidariamente
   of which  sum  well  and  truly  to  be  made,  we  bind  ourselves,  our  heirs,

   nosotros, nuestros herederos, mandatarios, administradores y sucesores.
   executors, administrators, and successors, jointly and severally, firmly by these
   presents.

2. Esta obligación se constituye como una condición para el suministro de energía
   This obligation shall constitute a condition for the supply of electric energy to

   eléctrica por el Beneficiario al Principal, para garantizar el pago por consumo de
   the Principal, to guaranty the payment of electrical service, rent of equipment and

   energía eléctrica, renta de equipos y transformadores y toda obligación económica
   power transformers, and any other economic liabilities related to such services

accesoria y relacionada con el suministro del referido servicio de energía eléctrica
rendered by the Obligee to the Principal at _____,

AVENIDA LOS CANOS CENTRO MERCANTIL
por el Beneficiario al Principal en GUAYNABO, PUERTO RICO _____,

for as long as Pricipal shall make use of electrical service at above indicated

por todo el tiempo que el Principal utilice dicho servicio en tal localidad,
location, commencing on _____, 19_____.

comenzando en _____ 29 de octubre _____ de 19 91 .

3. Este contrato se entenderá estar condicionado por y sujeto a todas las Reglas y
This Contract Bond shall be construed as conditioned by and subject to all Puerto

Reglamentos de la Autoridad de Energía Eléctrica que existan o puedan existir en
Rico Electric Power Authority Rules and Regulations existing or that may in

el futuro, relativas y aplicables al Contrato de Servicio Eléctrico entre el Principal
the future exist concerning and applicable to the Service Contract between

y el Beneficiario, cuyas Reglas y Reglamentos se hacen formar parte de esta
Principal and Obligee, which Rules and Regulations are made part of this

Fianza en Garantía de Contrato de Servicio Eléctrico, como si se transcribieran
Contract Bond as if copied at length herein.

aquí literalmente.

4. Esta fianza será ejecutable, y el Asegurador pagará prontamente al Beneficiario,
This Contract Bond shall be executable, and Surety shall promptly pay whatever

cualesquiera sumas que le sean reclamadas cuando el Principal incurra en mora
sums are claimed to them by Obligee, whenever Principal incurrs in any delay in

en el pago de sus facturas vencidas; y el hecho que el Beneficiario no haga una o
payment of bills due; and the fact that Obligee does not make any such claims, if

más de tales reclamaciones cuando ocurran tales retrasos, no constituirá renuncia
any such delays are incurred, shall not be construed to deprive Obligee of the right
del Beneficiario para hacer tal(es) reclamación(es) cuando quiera luego de que se
herein granted to make any such a claim whenever such delays further se

incurra en atrasos subsiguientes.
incurred into.

5. El Asegurador vendrá obligado al pago de las sumas objeto de esta fianza en
   Surety shall pay Obligee the penal sum convened at any time, limited only by the

   cualquier tiempo, con sujeción sólo a las leyes de prescripción aplicables al
   statute of limitations applicable to Principal, and Surety hereby waives all other

   Principal, renunciando el Asegurador a cualesquiera otros términos de
   terms on statute of limitations or caducity that may be applicable to bonding

   prescripción o caducidad relativas al Contrato de Fianza.
   contracts.

6. El Beneficiario, cuando el Asegurador lo requiera, le informará con diligencia
   Obligee, whenever Surety so requests, will inform within reasonable time the status

   razonable el estado de cuenta del Principal bajo el Contrato de Servicio Eléctrico.
   of the account of Principal under the Service Contract.

   El aviso del último estado de la cuenta del Principal bajo el Contrato de Servicio
   Remittance of last bill of Principal under the Service Contract will be considered

   Eléctrico será aviso suficiente a tal fin.
   sufficient and adequate notice of status of the account.

7. Este contrato puede ser cancelado en cualquier tiempo, previo aviso escrito de
   This Contract Bond may be cancel at any time upon giving sixty (60) days written

   sesenta (60) días a la otra parte, como sigue:
   notice to other party, as follows:

   A. Por el Asegurador al Beneficiario por cualquier causa, o sin causa, en cuyo
      By Surety to Obligee, for any cause, or no cause, in which event the Surety's

      caso la responsabilidad del Asegurador se extenderá hasta sólo el vencimiento
      liability shall cease and terminate at the expiration of said sixty days.

      de dichos sesenta días.

B. Por la Autoridad de Energía Eléctrica, si el récord refleja que el servicio
By Puerto Rico Electric Power Authority, if record shows that service used by

utilizado por el Principal ha aumentado en tal forma que este Contrato de
principal has been increased to such degree that such cases Principal and

Fianza resulta ya insuficiente, disponiéndose que en tales casos el Principal y
Surety may, within such sixty days, subscribe an endorsement increasing the

el Asegurador podrán, dentro de los sesenta días a partir de la fecha del aviso,
face amount of this Contract Bond to whatever amount is then considered

suscribir y remitir al Beneficiario un endoso aumentando la cuantía de este
adequate.

Contrato de Fianza a aquella suma que se estime adecuada. La cancelación
Cancellation by Puerto Rico Electric Power Authority forefeit its right to claim

de este Contrato de Fianza por el Beneficiario no constituirá renuncia de la
from Surety any amount due used by Principal up to date of cancellation and

Autoridad de Energía Eléctrica para reclamar del Asegurador cualquier suma
within the limits of this contract.

adecuada por el Principal hasta la fecha de cancelación y dentro de los límites
de este contrato.

C. El aviso de cancelación se entregará personalmente o se enviará por correo
   The notice of cancellation shall be personally delivered or sent by mail with

certificado con acuse de recibo.
return receipt request.

Cuando la cancelación sea hecha por el Asegurador, el aviso de cancelación
When the cancellation of the Contract Bond is made by the Surety, the notice of

se tendrá que entregar personalmente o tendrá que enviarse por correo
cancellation must be personally delivered or sent by mail to the address of the

a la dirección de la Oficina de Distrito del Beneficiario que administra la
District Office of the Obligee which handles the account of the Principal.

cuenta del Principal.

Si se trata de una fianza global que garantiza cuentas correspondientes a
In the event of Contract Bond which warrants more than one account handled

diferentes distritos, el aviso de cancelación se entregará o enviará a la atención
by different district offices, the notice of cancellation must be delivered or mailed

del Director de Servicio a Consumidores.
to the attention of the Director of Consumer Services.

En cualquiera de ambos casos copia del aviso de cancelación será enviada al
In any of the two aforementioned cases, a copy of the cancellation notice must

Principal.
be sent to the Principal.

8.  En caso que el Principal cumpla fielmente cada una y todas las obligaciones bajo
Now, therefore, if the Principal shall well and truly keep, do and perform, each and

el Contrato de Servicio Eléctrico, en la forma, tiempo, maneras especificadas en
every, all and singular, the matters and things in said contract set forth and

dicho contrato, y pague y reembolse al Beneficiario cualesquiera créditos,
specified to be by the said Principal kept, done and performed at the time and in

pérdidas o daños que al Beneficiario favorezcan como resultado de cualquier
the manner in said contract specified, and shall pay over, make good and

retraso o incumplimiento ejecutable; de lo contrario permanecerá en toda su
reimburse to the Obligee all loss and to be and damage which said Principal, then

fuerza y vigor.
this obligation shall be void; otherwise to be and remain in full force and effect.

9.  En caso de conflicto en la interpretación de las palabras o frases de este contrato,
In case of conflict as to the meaning of words and phrases of this contract, the

prevalecerá la versión en español.
Spanish version shall prevail.

En testimonio de lo cual. las partes arriba obligadas suscriben este instrumento
In witness whereof, the above bound parties have executed this instrument under

bajo los correspondientes sellos oficiales, hoy día __18__ de ___octubre___
their several seals this _____ day of _____ 19 _____ , the name

de 19 __94__ , insertándose y estampándose con el nombre y sello corporativo, y
and corporate seal of each corporate party being hereto affixed and these presents

otorgado por los oficiales autorizados en sus cuerpos directivos.
duly signed by its undersigned representatives pursuant to authority of its
governing body.


TESTIGOS:
WITNESS:


_____          A. CORDERO BADILLO, INC.      SELLO
Si individuo o agencia           _____       SEAL
(If individual or firm)                 Principal


                                 Por:
_____          By: _____   SELLO
Si corporación                                                 SEAL
(If corporation)


DOY FE:                          UNITED SURETY &
ATTEST:                          INDEMNITY COMPANY              SELLO
                                 _____       SEAL
                                       Asegurador
                                        (Surety)


Por:                             Por:
By: _____      By: _____   SELLO
                                    Representante Legal          SEAL
                                    (Attorney-in-Fact)
                                 MARTA I. BENITEZ

## FIANZA SOBRE CONTRATO DE SERVICIO ELECTRICO
## ELECTRIC SERVICE CONTRACT BOND

Cta. #2319092-31501

BOND NO. 914127

1.  Nosotros, __A. CORDERO BADILLO, INC._____,
    WE,

    como Principal, y___ __UNITED SURETY & INDEMNITY COMPANY_____,
    as Principal, and

    Una corporación autorizada a hacer negocios en el Estado Libre Asociado
    A corporation authorized to transact business in the Commonwealth of

    de Puerto Rico, como Asegurador, por la presente nos obligamos a favor
    Puerto Rico, as Surety, are hereby held and firmly bound unto Puerto

    de la Autoridad de Energía Eléctrica, una corporación pública del
    Rico Electric Power Authority, a public corporation of the Commonwealth

    Estado Libre Asociado, como Beneficiario, por la suma de _MIL_____
    of Puerto Rico, as Obligee, in the penal sum of _____
    _____ dólares ($ 1,000.00 ), por el pago de
    _____ dollars  ($          ), for the payment

    cuya suma a su fecha fielmente, nos obligamos solidariamente nosotros,
    of which sum well and truly to be made, we bind ourselves, our heirs,

    nuestros herederos, mandatarios, administradores y sucesores.
    executors, administrators, and successors, jointly and severally, firmly by
    these presents.

2.  Esta obligación se constituye como una condición de un contrato suscrito
    The condition of this obligation is such that, whereas the Principal

    por el Principal con el Beneficiario, fechado _____,
    entered into a certain contract with the Obligee, dated _____,

    19___, para garantizar el pago por consumo de energía eléctrica, renta
    19___, to guaranty the payment of electrical service, rent of equipment

    de equipos y transformadores y toda obligación económica accesoria y
    and power transformers, and any other economic liabilities related to

    relacionada con el suministro del referido servicio de energía eléctrica
    such services rendered by the Obligee to the Principal at _____

por el Beneficiario al Principal en _____, for as long as

_GUAYNABO, PUERTO RICO_____, por todo el tiempo que
Principal shall make use of electrical service at above indicated

el Principal utilice dicho servicio en tal localidad, comenzando en
location, commencing on _____, 19 ___, which contract

_____29 de octubre_____ de 19 _91_, cuyo contrato aquí referido se
is hereby referred to and made part of this Contract Bond as fully and to

hace formar parte de éste contrato íntegramente como si fuese aquí
the same extent as if copied at length herein.

transcrito literalmente.

3.  Este contrato se entenderá estar condicionado por y sujeto a todas las
    This Contract Bond shall be construed as conditioned by and subject

    Reglas y Reglamentos de la Autoridad de Energía Eléctrica que existan o
    to all Puerto Rico Electric Power Authority Rules and Regulations

    puedan existir en el futuro, relativas y aplicables al Contrato de Servicio
    existing or that may in the future exist concerning and applicable to the

    Eléctrico entre el Principal y el Beneficiario, cuyas Reglas y Reglamentos
    Service Contract between Principal and Obligee, which Rules and

    se hacen formar parte de esta Fianza en Garantía de Contrato de Servicio
    Regulations are made part of this Contract Bond as if copied at lenght

    Eléctrico, como si se transcribieran aquí literalmente.
    herein.

4.  Esta fianza será ejecutable, y el Asegurador pagará prontamente al
    This Contract Bond shall be executable, and Surety shall promptly

    Beneficiario, cualesquiera sumas que le sean reclamadas cuando el
    pay whatever sums are claimed to them by Obligee, whenever Principal

    Principal incurra en mora en el pago de sus facturas vencidas; y el hecho
    incurrs in any delay in payment of bills due; and the fact that Obligee

    que el Beneficiario no haga una o más de tales reclamaciones cuando
    does not make any such claims, if any such delays are incurred, shall

    ocurran tales retrasos, no constituirá renuncia del Beneficiario para hacer
    not be construed to deprive Obligee of the right herein granted to make

tal (es) reclamación (es) cuando quiera y luego de que se incurra en
any such claims whenever such delays may further be incurred into.
atrasos subsiguientes.

5. El Asegurador vendrá obligado al pago de las sumas objeto de esta
   Surety shall pay Obligee the penal sum convened at any time, limited

   fianza en cualquier tiempo, con sujeción sólo a las leyes de prescripción
   only by the statute of limitations applicable to Principal, and Surety

   aplicables al Principal, renunciando el Asegurador a cualesquiera otros
   hereby waives all other terms on statute of limitations or caducity

   términos de prescripción o caducidad relativas al Contrato de Fianza.
   that may be applicable to bonding contracts.

6. El Beneficiario, cuando el Asegurador lo requiera, le informará con dili-
   Obligee, whenever Surety so requests, will inform within reasonable

   gencia razonable el estado de cuenta del Principal bajo el Contrato de
   time the status of the account of Principal under the Service Contract.

   Servicio Eléctrico. El aviso del último estado de la cuenta del Principal
   Remittance of last bill of Principal under the Service Contract will be

   bajo el Contrato de Servicio Eléctrico será aviso suficiente a tal fin.
   considered sufficient and adquate notice of status of the account.

7. Este contrato puede ser cancelado en cualquier tiempo, previo aviso
   This Contract Bond may be canceled at any time upon giving sixty (60)
   escrito de sesenta (60) días a la otra parte, como sigue:
   days written notice to other party, as follows:

   A. Por el Asegurador al Benificiario por cualquier causa, o sin
      By Surety to Obligee, for any cause, or no cause, in which event

      causa, en cuyo caso la responsabilidad del Asegurador se
      the Surety's liability shall cease and terminate at the expiration

      extenderá hasta sólo el vencimiento de dichos sesenta días.
      of said sixty days.

   B. Por la Autoridad de Energía Eléctrica, si el récord refleja que el
      By Puerto Rico Electric Power Authority, if record shows that

      servicio utilizado por el Principal ha aumentado en tal forma que este
      service used by principal has been increased to such degree that

Contrato de Fianza resulta ya insuficiente, disponiéndose que en
such cases  Principal  and Surety  may,  within  such  sixty  days,

tales  casos  el  Principal  y  el  Asegurador  podrán,  dentro  de  los
subscribe  an  endorsemente  increasing  the  face  amount  of  this

sesenta días a partir de la fecha del aviso, suscribir y  remitir al Bene-
Contract Bond to whatever  amount  is  then  considered  adequate.

ficiario un endoso aumentando la cuantía de este Contrato de Fianza
Cancellation  by  Puerto  Rico  Electric  Power  Authority  forefeit

a aquella suma que se estime adecuada. La cancelación de este
its  right  to  claim  from  Surety  any  amount  due  used  by  Principal

Contrato  de  Fianza  por  el  Beneficiario no constituirá renuncia de la
up to date of cancellation and within the limits of this contract.

Autoridad  de  Energía  Eléctrica  para  reclamar  del  Asegurador
cualquier  suma  adecuada  por  el  Principal  hasta  la  fecha  de
cancelación y dentro de los límites de este contrato.

C.  El  aviso  de  cancelación  se  entregará personalmente, o por correo
Notification  of  Cancellations  shall  be  personally  delivered,  or  by

certificado.   En cualesquiera de los dos casos, copia del aviso de
certified  mail.  In  any  such case, copy of notice of cancellation shall

cancelación será remitido al Principal.
be sent to Principal.

8.  En caso que el Principal cumpla fielmente cada una y todas las obliga-
Now, therefore, if  the  Principal  shall well and truly keep, do and perform,

ciones bajo el Contrato de Servicio Eléctrico, en la forma, tiempo,
each and every, all and singular, the matters and things in said contract set

maneras especificadas en dicho  contrato,  y  pague  y  reembolse  al
forth and specified to be by the said Principal kept, done and performed at

Beneficiario cualesquiera créditos,  pérdida  o  daños  que al Beneficiario
the  time  and  in  the  manner in said contract specified, and shall pay over,

favorezcan como resultado de cualquier retraso o incumplimiento
make  good  and  reimburse  to  the  Obligee all loss and damage which said

del  Principal,  entonces  este  Contrato  de  Fianza  se  tendrá  por  no
Obligee may sustain by reason of failure or default on the part of said

ejecutable, de lo contrario permanecerá en toda su fuerza y vigor.
Principal, then this obligation shall be void, otherwise to be and remain in
full force and effect.

9.  En caso de conflicto en la interpretación de las palabras o frases de
    In  case  of  conflict  as  to  the  meaning  of  words  and  phrases  of  this

    este contrato, prevalecerá la versión en español.
    contract, the Spanish version shall prevail.

    En  testimonio  de  lo  cual,  las  partes  arriba  obligadas  suscriben  este
    In  witness  whereof,  the  above  bound  parties  have  executed  this  ins-

    instrumento    bajo    los    correspondientes    sellos    oficiales,    hoy    día
    trument under their several seals this          day of                    19___,

    __29__  de  _____octubre__  de 19 _91_ , insertándose  y  estampándose
    the  name  and  corporate  seal  of  each  corporate  party  being  hereto

    con  el  nombre  y    sello corporativo,  y  otorgado  por  los  oficiales
    affixed  and  these presents duly signed by its undersigned representatives

    autorizados en sus cuerpos directivos.
    pursuant to authority of its governing body.

TESTIGO:
WITNESS:


_____        ___A. CORDERO BADILLO, INC.__ SELLO
  (Si individuo o agencia)                (Principal)          ·    SEAL
    (If individual or firm)

                                     Por:
                                     BY:_____  SELLO
_____                                     SEAL
    (Si corporación)
     (If corporation)


DOY FE:                      UNITED SURETY & INDEMNITY COMPANY SELLO
ATTEST:                                 Asegurador               SEAL
                                        (Surety)

   Por:
   BY:_____

                                   Por:_____   SELLO
                                   BY:    Representante Legal    SEAL
                                        (Attorney-in-Fact)
                                        ANTONIO BLANES

**USIC**

# CONTINUATION  CERTIFICATE
## PUERTO RICO ELECTRIC POWER AUTHORITY

United Surety & Indemnity Company hereby continues in force its

**Bond No.**        914127

**on Behalf of**          A. CORDERO BADILLO, INC.                    , as Principal,

**located**    CTA. 2319092-31501   AVE. LOS CANOS, GUAYNABO,
P.R.  $1,000.00

**beginning**       10/29/99     **and ending**      10/29/00

subject to all the terms and conditions of said bond; PROVIDED that the liability of United Surety & Indemnity Company shall not exceed in the aggregate the amount above written, whether the loss shall have occurred during the term of said bond or during any continuation or continuations thereof.

Signed and Sealed        August 25, 1999

**United Surety & Indemnity Company**

Attorney-in-Fact

PO BOX 2111 SAN JUAN, PUERTO RICO 00922-2111  TEL (787) 273-1818 FAX ADM. 783-8232 FAX FIANZAS 783-8115 FAX FLOOD 792-8666

**USIC**

# CONTINUATION CERTIFICATE
## PUERTO RICO ELECTRIC POWER AUTHORITY

United Surety & Indemnity Company hereby continues in force its

**Bond No.** 914127

**on Behalf of** A. CORDERO BADILLO, INC. , as Principal,

**located** CTA. 2319092-31501 AVE. LOS CANOS, GUAYNABO, P.R. $1,000.00

**beginning** 10/29/00 **and ending** 10/29/01

subject to all the terms and conditions of said bond; PROVIDED that the liability of United Surety & Indemnity Company shall not exceed in the aggregate the amount above written, whether the loss shall have occurred during the term of said bond or during any continuation or continuations thereof.

Signed and Sealed _August 15, 2000_

## United Surety & Indemnity Company

Attorney-in-Fact

PO BOX 2111 SAN JUAN, PUERTO RICO 00922-2111 TEL (787) 273-1818 FAX ADM. 783-8232 FAX FIANZAS 783-8115 FAX FLOOD 792-8666

# UNITED SURETY & INDEMNITY COMPANY
• A Commitment to Excellence and Integrity •

**USIC**

## CONTINUATION CERTIFICATE
### PUERTO RICO ELECTRIC POWER AUTHORITY

United Surety & Indemnity Company hereby continues in force its

**Bond No.**            914127

**on Behalf of**            **A. CORDERO BADILLO, INC.**            , as Principal,

**located**      **CTA. 0230135622002  AVE. LOS CANOS, GUAYNABO, P.R.**
**$1,000.00**

**beginning**      10/29/01      **and ending**      10/29/02

subject to all the terms and conditions of said bond; PROVIDED that the liability of United Surety & Indemnity Company shall not exceed in the aggregate the amount above written, whether the loss shall have occurred during the term of said bond or during any continuation or continuations thereof.

Signed and Sealed            <u>August 7, 2001</u>

**United Surety & Indemnity Company**

Attorney-in-Fact

# UNITED SURETY & INDEMNITY COMPANY

USIC

• A Commitment to Excellence and Integrity •

## CONTINUATION  CERTIFICATE
### PUERTO RICO ELECTRIC POWER AUTHORITY

United Surety & Indemnity Company hereby continues in force its

| | |
|---|---|
| **Bond No.** | 914127 |

| | | |
|---|---|---|
| **on Behalf of** | A. CORDERO BADILLO, INC. | , as Principal, |

| | |
|---|---|
| **located** | CTA. 0230135622002  AVE. LOS CANOS, GUAYNABO, P.R.<br>$1,000.00 |

| | | | |
|---|---|---|---|
| **beginning** | 10/29/02 | **and ending** | 10/29/03 |

subject to all the terms and conditions of said bond; PROVIDED that the liability of United Surety & Indemnity Company shall not exceed in the aggregate the amount above written, whether the loss shall have occurred during the term of said bond or during any continuation or continuations thereof.

Signed and Sealed          August 22, 2002

## United Surety & Indemnity Company

Attorney-in-Fact

PO BOX 2111 SAN JUAN, PUERTO RICO 00922-2111  TEL. (787) 273-1818 FAX ADM.  783-8232  FAX FIANZAS 783-8115 FAX FLOOD 792-8666

**UNITED SURETY & INDEMNITY COMPANY**

• A Commitment to Excellence and Integrity •

USIC

# CONTINUATION CERTIFICATE
## PUERTO RICO ELECTRIC POWER AUTHORITY

United Surety & Indemnity Company hereby continues in force its

Bond No.              914127

on Behalf of              A. CORDERO BADILLO, INC.              , as Principal,

located       CTA. 0230135622002   AVE. LOS CANOS, GUAYNABO, P.R.
$1,000.00

beginning       10/29/03       and ending       10/29/04

subject to all the terms and conditions of said bond; PROVIDED that the liability of United Surety & Indemnity Company shall not exceed in the aggregate the amount above written, whether the loss shall have occurred during the term of said bond or during any continuation or continuations thereof.

Signed and Sealed              July 15, 2003

## United Surety & Indemnity Company

Attorney-in-Fact

This bond is subject to Rule XXIX of the Puerto Rico Insurance Code. In order for it to be valid it should have been paid at its inception or renewal date as applicable. If you are a beneficiary under it, be sure to receive evidence that it has been paid.

PO BOX 2111 SAN JUAN, PUERTO RICO 00922-2111 TEL. (787) 273-1818 FAX ADM 783-8232 FAX FIANZAS 783-8115 FAX FLOOD 792-8666



# UNITED SURETY & INDEMNITY COMPANY
• A Commitment to Excellence and Integrity •

**USIC**

## CONTINUATION CERTIFICATE
### PUERTO RICO ELECTRIC POWER AUTHORITY

United Surety & Indemnity Company hereby continues in force its

**Bond No.**        914127

**on Behalf of**        A. CORDERO BADILLO, INC.        , as Principal,

**located**        CTA. 0230135622002   AVE. LOS CANOS, GUAYNABO, P.R.
$1,000.00

**beginning**        10/29/04        **and ending**        10/29/05

subject to all the terms and conditions of said bond; PROVIDED that the liability of United Surety & Indemnity Company shall not exceed in the aggregate the amount above written, whether the loss shall have occurred during the term of said bond or during any continuation or continuations thereof.

Signed and Sealed        July 16, 2004

### United Surety & Indemnity Company

Attorney-in-Fact

**This bond is subject to Rule XXIX of the Puerto Rico Insurance Code. In order for it to be valid it should have been paid at its inception or renewal date as applicable. If you are a beneficiary under it, be sure to receive evidence that it has been paid.**

PO BOX 2111 SAN JUAN, PUERTO RICO 00922-2111  TEL. (787) 273-1818 FAX ADM.  783-8232  FAX FIANZAS 783-8115 FAX FLOOD 792-8666

# CONTINUATION CERTIFICATE
## PUERTO RICO ELECTRIC POWER AUTHORITY

United Surety & Indemnity Company hereby continues in force its

**Bond No.**     **914127**

**on Behalf of**     **A. CORDERO BADILLO INC.**     **, as Principal,**

**located**     **AVE. LOS CANOS; GUAYNABO, P.R.**
          **$1,000.00   CTA. #023-0135622-002**

**beginning**    **10/29/05**    **and ending**    **10/29/06**

subject to all the terms and conditions of said bond; PROVIDED that the liability of United Surety & Indemnity Company shall not exceed in the aggregate the amount above written, whether the loss shall have occurred during the term of said bond or during any continuation or continuations thereof.

Signed and Sealed      <u>July 6, 2005</u>

## United Surety & Indemnity Company

Attorney-in-Fact

**This bond is subject to Rule XXIX of the Puerto Rico Insurance Code. In order for it to be valid it should have been paid at its inception or renewal date as applicable. If you are a beneficiary under it, be sure to receive evidence that it has been paid.**

PO BOX 2111 SAN JUAN, PUERTO RICO 00922-2111   TEL. (787) 273-1818   FAX ADM. 783-8232   FAX FIANZAS 783-8115
FAX PROPIEDAD 625-0893   FAX INUNDACION Y RECLAMACIONES 625-0896   FAX CONTABILIDAD 625-0892
http://www.usicpr.com



## USIC

## CONTINUATION CERTIFICATE
### PUERTO RICO ELECTRIC POWER AUTHORITY

United Surety & Indemnity Company hereby continues in force its

**Bond No.**        **914127**

**on Behalf of**          **A. CORDERO BADILLO, INC.**          **, as Principal,**

**located**     **CTA. 0230135622002  AVE. LOS CANOS, GUAYNABO,**
**P.R.  $1,000.00**

**beginning**       **10/29/06**      **and ending**       **10/29/07**

subject to all the terms and conditions of said bond; PROVIDED that the liability of United Surety & Indemnity Company shall not exceed in the aggregate the amount above written, whether the loss shall have occurred during the term of said bond or during any continuation or continuations thereof.

Signed and Sealed       <u>July 13, 2006</u>

### United Surety & Indemnity Company

Attorney-in-Fact

**This bond is subject to Rule XXIX of the Puerto Rico Insurance Code.  In order for it to be valid it should have been paid at its inception or renewal date as applicable.  If you are a beneficiary under it, be sure to receive evidence that it has been paid.**

PO BOX 2111 SAN JUAN, PUERTO RICO 00922-2111   TEL. (787) 273-1818   FAX ADM. 783-8232   FAX FIANZAS 783-8115
FAX PROPIEDAD 625-0893   FAX INUNDACION Y RECLAMACIONES 625-0896   FAX CONTABILIDAD 625-0892
http://www.usicpr.com

# UNITED SURETY & INDEMNITY COMPANY

• A Commitment to Integrity •

## CONTINUATION  CERTIFICATE

### PUERTO RICO ELECTRIC POWER AUTHORITY

United Surety & Indemnity Company hereby continues in force its

**Bond No.**     914127

**on Behalf of**     **A. CORDERO BADILLO, INC.**     , as Principal,

**LOCATED AT**     **CUENTA NUM. 0230135622002  AVE. LOS
CANOS, GUAYNABO, P.R.  $1,000.00**

**beginning**   **10/29/2007**   **and ending**   **10/29/2008**

subject to all the terms and conditions of said bond; PROVIDED that the liability of United
Surety & Indemnity Company shall not exceed in the aggregate the amount above written,
whether the loss shall have occurred during the term of said bond or during any continuation
or continuations thereof.

Signed and Sealed     July 16, 2007

**United Surety & Indemnity Company**

Attorney-in-Fact

PO BOX 2111 SAN JUAN, PUERTO RICO 00922-2111  TEL. (787) 273-1818 FAX ADM.  783-8232  FAX FIANZAS 783-8115 FAX FLOOD 792-8666

UNITED SURETY & INDEMNITY COM....
A Commitment to Excellence and Integrity

USIC

## CONTINUATION  CERTIFICATE
### PUERTO RICO ELECTRIC POWER AUTHORITY

United Surety & Indemnity Company hereby continues in force its

**Bond No.**     **914127**

**on Behalf of**     **A. CORDERO BADILLO , INC.**     , **as Principal,**

**located**     **AVE. LOS CANOS, GUAYNABO, P.R./**
**$1,000.00/CTA.#0230135622002**

**beginning**    **10/29/08**     **and ending**    **10/29/09**

subject to all the terms and conditions of said bond; PROVIDED that the liability of United Surety & Indemnity Company shall not exceed in the aggregate the amount above written, whether the loss shall have occurred during the term of said bond or during any continuation or continuations thereof.

Signed and Sealed     <u>August 6, 2008</u>

### United Surety & Indemnity Company

Attorney-in-Fact

**This bond is subject to Rule XXIX of the Puerto Rico Insurance Code. In order for it to be valid it should have been paid at its inception or renewal date as applicable. If you are a beneficiary under it, be sure to receive evidence that it has been paid.**

PO BOX 2111 SAN JUAN, PUERTO RICO 00922-2111   TEL. (787) 273-1818   FAX ADM. 783-8232   FAX FIANZAS 783-8115
FAX PROPIEDAD 625-0893   FAX INUNDACION Y RECLAMACIONES 625-0896   FAX CONTABILIDAD 625-0892
http://www.usicpr.com

# UNITED SURETY & INDEMNITY COMPANY
• A Commitment to Excellence and Integrity •

## USIC

---

## CONTINUATION CERTIFICATE
### PUERTO RICO ELECTRIC POWER AUTHORITY

United Surety & Indemnity Company hereby continues in force its

**Bond No.**     914127

**on Behalf of**     A. CORDERO BADILLO, INC     , as Principal,

**located**     AVE. LOS CANOS, GUAYNABO, P.R./
$1,000.00/CTA. 0230135622002

**beginning**     10/29/09     **and ending**     10/29/10

subject to all the terms and conditions of said bond; PROVIDED that the liability of United Surety & Indemnity Company shall not exceed in the aggregate the amount above written, whether the loss shall have occurred during the term of said bond or during any continuation or continuations thereof.

Signed and Sealed     <u>August 4, 2009</u>

### United Surety & Indemnity Company

Attorney-in-Fact

**This bond is subject to Rule XXIX of the Puerto Rico Insurance Code. In order for it to be valid it should have been paid at its inception or renewal date as applicable. If you are a beneficiary under it, be sure to receive evidence that it has been paid.**

PO BOX 2111 SAN JUAN, PUERTO RICO 00922-2111 TEL (787) 273-1818 FAX ADM. 783-8232 FAX FIANZAS 783-8115
FAX PROPIEDAD 625-0893 FAX INUNDACION Y RECLAMACIONES 625-0896 FAX CONTABILIDAD 625-0892
http://www.usicpr.com

**UNITED SURETY & INDEMNITY COMPANY**

*Commitment to Excellence and Integrity*

## USIC

# CONTINUATION CERTIFICATE
### PUERTO RICO ELECTRIC POWER AUTHORITY

United Surety & Indemnity Company hereby continues in force its

**Bond No.**      914127

**on Behalf of**      A. CORDERO BADILLO, INC.      , as Principal,

**located**      AVE. LOS CANOS, GUAYNABO, P.R./
$1,000.00/CTA. 0230135622002

**beginning**      10/29/10      **and ending**      10/29/11

subject to all the terms and conditions of said bond; PROVIDED that the liability of United Surety & Indemnity Company shall not exceed in the aggregate the amount above written, whether the loss shall have occurred during the term of said bond or during any continuation or continuations thereof.

Signed and Sealed      <u>July 30, 2010</u>

**United Surety & Indemnity Company**

Attorney-in-Fact

**This bond is subject to Rule XXIX of the Puerto Rico Insurance Code. In order for it to be valid it should have been paid at its inception or renewal date as applicable. If you are a beneficiary under it, be sure to receive evidence that it has been paid.**

PO BOX 2111 SAN JUAN, PUERTO RICO 00922-2111    TEL. (787) 273-1818    FAX ADM  783-8232    FAX FIANZAS 783-8115
FAX PROPIEDAD 625-0893    FAX INUNDACION Y RECLAMACIONES 625-0896    FAX CONTABILIDAD 625-0892
http://www.usicpr.com